# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLYSA FITCH, et al.,** <br><br> *Plaintiffs*, <br><br> v. <br><br> **CENERGY INTERNATIONAL SERVICES, INC.,** <br><br> *Defendant.* | CIVIL ACTION <br> NO. 2:25-cv-02318 -DJP-JVM |

## DECLARATION OF WILLIAM X. KING

I, William X. King, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I make this declaration in support of the *ex parte* motion for my admission *pro hac vice* to appear and participate in the above-captioned matter as co-counsel for Defendant Cenergy International Services, Inc. The facts set forth herein are based upon my personal knowledge.

2. I am over 18 years of age and fully competent to give testimony. I am a resident of the State of Texas, and my business address is 1001 Fannin Street, Suite 2400, Houston, Texas 77002. My office telephone number is (713) 221-3840; my e-mail address is William.King@mhllp.com.

3. I am an attorney with McDowell Hetherington LLP. I have been admitted to practice in the following courts:

| COURT | DATE OF ADMISSION | BAR NUMBER |
|---|---|---|
| Texas State Bar | 9/1/2011 | 24072496 |
| California State Bar | 10/1/2013 | 291202 |
| Southern District of Texas | 8/1/2013 | 1674134 |
| Western District of Texas | 8/12/2013 | N/A |

| | | |
|---|---|---|
| Eastern District of Texas | 5/20/2013 | N/A |
| Northern District of Texas | 2/4/2013 | N/A |
| Central District of California | 6/29/2017 | N/A |
| U.S. Court of Appeals, Seventh Circuit | 6/28/2023 | N/A |
| U.S. Court of Appeals, Fifth Circuit | 9/4/2019 | N/A |
| U.S Supreme Court | 3/7/2022 | 315766 |

4. I am in good standing in all bars of which I am a member. I am and have been an active member in good standing for the State Bar of Texas since 2011, and the State Bar of California since 2013.

5. There have been no disciplinary proceedings or criminal charges instituted against me in any court or jurisdiction.

6. I have reviewed and am familiar with the Local Rules of the United States District Court for the Eastern District of Louisiana and will comply with those rules.

7. I acknowledge that under Local Rule 83.2.5, local counsel Andrew Brien is responsible to the court at all stages of the proceedings.

8. My appearance in the above-entitled matter is necessary for proper representation of Cenergy International Services, Inc.

9. I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: January 16, 2026.

_____
William X. King

**United States District Court**
**Eastern District of Louisiana**
**ELECTRONIC CASE FILING SYSTEM**
**Consent to Electronic Filing**

# E-File Privileges

**must be requested through PACER:**
www.pacer.gov

This form shall be used to consent to electronic filing in the Eastern District of Louisiana's Electronic Case Filing System (ECF). Registered attorneys will have privileges to submit documents electronically and to view and retrieve electronic docket sheets and documents accessible to the public for cases in the ECF System. If you are seeking admission to the bar of this Court, attach this form to your petition for admission to practice. If you are already admitted to practice, this form should be emailed to ECF_Registration@laed.uscourts.gov. The following information is required for electronic filing.

**Please Type**

First/Middle/Last Name: William Xander King

Attorney Bar # and State: Texas (24072496); California (291202)

Firm Name: McDowell Hetherington LLP

Firm Address: 1001 Fannin Street, Suite 2400
Houston, Texas 77002

Telephone Number: 713-337-5580

E-Mail Address: william.king@mhllp.com
(Attorney's email for electronic service)

Additional E-Mail Address: lisette.martinez@mhllp.com
(Secretary, central repository, etc.)

Is this regarding a Petition for Admission to practice in the Eastern District of Louisiana?
Yes [ ]  No [✓]  Date of Filing of Petition for Admission _____

Is this regarding Pro Hac Vice Admission? Yes [✓] No [ ]  Case number 2:25-cv-02318

Is this regarding a MDL case? Yes [ ] No [✓]  MDL case number or name _____

Are you a federal government attorney? Yes [ ] No [✓]  Office where employed:
_____

1

- Electronic case filing by attorneys is mandatory in the USDC for the Eastern District of Louisiana for all attorneys and attorneys must file all documents using the CM/ECF System, unless the attorney has filed a motion for an exemption, and the Chief Judge has granted an exemption for good cause shown. See EDLA Local Rule 5.1, EDLA Administrative Procedures for Electronic Case Filings and Unique Procedures for Electronic Case Filings, Rules 1 and 2.

- Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court, Eastern District of Louisiana, pursuant to Civil Local Rule 83.2.2 or be admitted for a particular case (pro hac vice) pursuant to Civil Local Rule 83.2.5. If allowed in the MDL case management order, attorneys may register for electronic case filing in MDL cases without being admitted to practice in this Court or admitted pro hac vice.

- By signing this consent to electronic filing, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the Electronic Filing System. The undersigned also consents to receive notice of filings pursuant to Fed.R.Civ.P. 5(b) and 77(d) via the Court's Electronic Filing System and consents to receive service from other Filing Users by the Notice of Electronic Filing generated by the Court's Electronic Filing System. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

- The undersigned agrees to keep informed of the current electronic filing procedures and any updated procedures posted on the court's website at http://www.laed.uscourts.gov/case-information/procedures-and-practices-e-filing.

- The undersigned certifies that he/she has an individual PACER account for filing and viewing documents in the system, appropriate computer hardware, internet access, and software, necessary for ECF filing, including hardware/software that will convert documents created into Portable Document Format (PDF) as required by the Court.

- The undersigned acknowledges that it is his/her responsibility to understand how to file electronically via the CM/ECF system. If necessary, the undersigned will obtain CM/ECF training via the court's online tutorial at http://www.laed.uscourts.gov/cmecf/ecf.htm.

- The undersigned agrees and acknowledges that pursuant to Local Rule 83.2.7, everyone who appears in court in proper person and every attorney permitted to practice in this court must be familiar with the Local Rules. Willful failure to comply with the rules, or a false certificate of compliance is cause for disciplinary action.

1/15/2026
**Date**

/s/ *William X. King*
**Attorney Signature**

[Rev.11/2019]

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

January 09, 2026

Re: William Xander King, State Bar Number 24072496

To Whom It May Concern:

This is to certify that William Xander King was licensed to practice law in Texas on September 01, 2011, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 1/9/2026

**LICENSEE NAME:** William Xander King

**LICENSEE BAR NUMBER:** 291202

**LICENSEE STATUS:** Active

**ADMIT DATE:** 10/1/2013

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 6/27/2017 | Active | | |
| 2/1/2016 | Inactive | | |

*Carolina Almarante-Terrero*
**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*