UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLYSA FITCH, JAKIRA POINDEXTER, TASHIBA HARRIS, TYSHAUN MOULTRIE, RYAN DICKERSON, and ADE ANIMASHAUN, individually and on behalf of those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENERGY INTERNATIONAL SERVICES, INC.,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 2:25-cv-02318 -DJP-JVM<br><br>JUDGE DARREL J. PAPILLION<br>SECTION "P"<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD<br>DIVISION 1 |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AND MOTION TO DISMISS UNDER RULE 12(b)(6)**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*., or in the alternative, the Louisiana Binding Arbitration Law, LA. R.S. 9:4201, *et seq*., Defendant Cenergy International Services, Inc. ("Cenergy"), moves to compel Plaintiffs Ade Animashaun, Ryan Dickerson, Allysa Fitch, Tashiba Harris, Tyshaun Moultrie, and Jakira Poindexter to arbitrate their claims and stay the proceedings for the reasons set forth in the accompanying Memorandum in Support. All Plaintiffs entered valid and binding contracts with Cenergy requiring arbitration of their claims under the Fair Labor Standards Act ("FLSA") and state law on an individualized basis.

Subject to its Motion to Compel Arbitration, Cenergy moves to dismiss Plaintiffs' Complaint (Doc. 1) under Federal Rule of Civil Procedure 12(b)(6) for the reasons set in the accompanying Memorandum in Support. Plaintiffs' Complaint fails to state claims for relief under the FLSA's overtime provisions, alleged "conversion and misappropriation" under Louisiana state law, or entitlement to a collective action.

WHEREFORE, Defendant Cenergy International Services, Inc. asks the Court to grant its Motion to Compel Arbitration and Stay Proceedings, order Plaintiffs to submit their claims to arbitration pursuant to the parties' arbitration agreements, and stay these proceedings.

Subject to its Motion to Compel Arbitration, Cenergy also asks the Court to dismiss Plaintiffs' claims for failure to state a claim upon which relief can be granted under Rule 12(b)(6).

Respectfully submitted,

 /s/ Andrew J. Brien
Andrew J. Brien
La. Bar No. 37051
andrew.brien@mhllp.com
Robert Paul Debelak III*
Texas Bar No. 24078410
bobby.debelak@mhllp.com
William X. King*
Texas Bar No. 24072496
william.king@mhllp.com
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850

**Counsel for Defendant Cenergy International Services, Inc.**

**\* Pro Hac Vice Application Pending**

### CERTIFICATE OF CONFERENCE

I hereby certify that on December 30, 2025, I corresponded with counsel for Plaintiffs (via letter) regarding the relief sought in this motion. On January 9, 2025, Plaintiffs' counsel indicated that they are opposed to the relief sought.

 /s/ Robert P. Debelak III
Robert P. Debelak III

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on January 20, 2026.

Caroline Gabriel
William Most
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel.: 985-441-9355
caroline.gabriel.ma@gmail.com
williammost@gmail.com

Kenneth C. Bordes
Abigail Floresca
Law Office of Kenneth C. Bordes
3914 Canal St.
New Orleans, Louisiana 70119
Tel.: 504-588-2700
Fax: 504-708-1717
kcb@kennethbordes.com
abigail@kennethbordes.com
**ATTORNEYS FOR PLAINTIFFS**

             _/s/ *Andrew J. Brien*_
             Andrew J. Brien