UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLYSA FITCH,** *et al.,* § § | |
| *Plaintiffs,* § § | |
| v. § § § | CIVIL ACTION NO. 2:25-cv-02318 |
| **CENERGY INTERNATIONAL SERVICES, INC.,** § § § | |
| *Defendant.* § § | |

**DECLARATION OF JIM PICOU**
**IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION**

1. My name is Jim Picou. I am over the age of 18 years, of sound mind, competent to testify, and authorized to provide this declaration on behalf of Cenergy International Services, Inc. ("Cenergy" or "Company") formerly known as "Cenergy International Services, L.L.C." I have personal knowledge of the facts set forth herein.

2. All statements in this declaration are based on my personal knowledge. I acquired personal knowledge of these matters in connection with my position, responsibilities, and duties as Cenergy's Executive Vice President of Operations, a role that I have occupied since May of 2023. I have been employed with the Company since 2004. My duties include planning, directing, and coordinating the Company's daily operations. I am also familiar with Cenergy's recordkeeping and electronic signature practices, as well as the policies and procedures applicable to personnel who work for Cenergy.

3. Cenergy has provided workforce, logistics, and staffing solutions to the energy industry for over 25 years. Cenergy's clients include PHI, Inc., a company that provides helicopter transportation services for the oil and gas sector. PHI transports passengers and cargo to locations off the coast of Louisiana from a helicopter transfer facility located in Houma, Louisiana.

1

4. For over the past 10 years, Cenergy's practice has been to present new employees "Dispute Resolution Agreements" during the onboarding process, along with employee handbooks and other employment documentation.

5. Whether the individual is an existing employee, a new hire, or going through onboarding again for any reason, Cenergy's typical procedure for distributing DRAs is straightforward. Managers will present a blank copy of the DRA to the employee or prospective employee in person or electronically for their review. The employee is then given reasonable time to read, review, and execute the DRA. After the individual signs the DRA, he or she will return it to his or her supervisor, who will then return it to the HR department. Since approximately 2016, Cenergy has accepted executed DRAs back either in person, scanned, or via electronic means (such as DocuSign) to obtain signatures from employees.

6. Attached hereto as **Exhibit A** is a true and correct copy of the DRA between Plaintiff Ade Animashaun and Cenergy International Services, L.L.C. Consistent with Cenergy's procedures described above, Cenergy presented the DRA to Ade Animashaun, which they signed using DocuSign on September 14, 2022.

7. Attached hereto as **Exhibit B** is a true and correct copy of the DRA between Plaintiff Ryan Dickerson and Cenergy International Services, L.L.C. Consistent with Cenergy's procedures described above, Cenergy presented the DRA to Mr. Dickerson, which he electronically signed using DocuSign on April 7, 2022.

8. Attached hereto as **Exhibit C** is a true and correct copy of the DRA between Plaintiff Alyssa Fitch and Cenergy International Services, L.L.C. Consistent with Cenergy's procedures described above, Cenergy presented the DRA to Ms. Fitch, which she electronically signed using DocuSign on January 14, 2023.

9. Attached hereto as **Exhibit D** is a true and correct copy of the DRA between Plaintiff Tyshaun Maultrie and Cenergy International Services, L.L.C. Consistent with Cenergy's procedures described above, Cenergy presented the DRA to Mr. Maultrie, which he electronically signed using DocuSign on December 7, 2021.

10. Attached hereto as **Exhibit E** is a true and correct copy of the DRA between Plaintiff Jakira Poindexter and Cenergy International Services, L.L.C. Consistent with Cenergy's procedures described above, Cenergy presented the DRA to Ms. Poindexter, which she electronically signed using DocuSign on February 1, 2022.

11. Attached hereto as **Exhibit F** is a true and correct copy of the DRA between Plaintiff Tashiba Harris and Cenergy Partners, LLC. Consistent with Cenergy's procedures described above, Cenergy presented the DRA to Ms. Poindexter, which she signed on May 31, 2016.

12. As mentioned, Cenergy International Services, Inc., is formerly known as Cenergy International Services, L.L.C. because they are the same entity. On January 1, 2019, Cenergy International Services, L.L.C., a Delaware limited liability company, was converted to Cenergy International Services, Inc., a Delaware corporation. True and correct copies of the Certificate of Conversion and the Certificate of Incorporation filed with the State of Delaware are attached hereto as **Exhibit G.**

13. Additionally, after Cenergy International Services, L.L.C's conversion on January 1, 2019, Cenergy International Services, Inc. acquired and ratified all of Cenergy Partners, LLC's assets and contracts, including DRAs such as Ms. Harris's.

14. All versions of the DRA attached hereto contain an arbitration provision in the first numbered paragraph, which states, in relevant part, that "[a]ny claim, dispute or controversy

('Claim') by either You or the Company against the other arising from or relating in any way to this Agreement or Your employment with the Company shall, at the demand of any party, be resolved by an arbitration proceeding before the American Arbitration Association pursuant to the code of procedures of the American Arbitration Association in effect at the time the Claim is filed."

15. The American Arbitration Association's Employment/Workplace Arbitration Rules and Mediation Procedures ("AAA Rules"), amended and effective May 1, 2025, were in effect in November 2025. A true and correct copy of the AAA Rules that I obtained from https://www.adr.org/rules-forms-and-fees/employment/ is attached hereto **Exhibit H**.

16. The attached **Exhibits A, B, C, D, E, F, and G** are records made at or near the time of the acts, events, or conditions described therein, by—or from information transmitted by—persons with knowledge, and were kept in the regular course of business activities of Cenergy. It is the regular practice of Cenergy to make and maintain such records, including electronically signed agreements, as part of its regularly conducted business activities.

17. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 16, 2026, at Houston, Texas.

_____
Jim Picou
Executive Vice President of Operations for Cenergy International Services, Inc.