# EXHIBIT D

## DISPUTE RESOLUTION AGREEMENT

This Dispute Resolution Agreement ("Agreement") is entered into between the undersigned You ("You") and Cenergy International Services, LLC, a Delaware limited liability company, or if you are employed by a subsidiary of Cenergy International Services, LLC, the particular subsidiary by whom You are employed (the "Company").

1.      Any claim, dispute or controversy ("Claim") by either You or the Company against the other arising from or relating in any way to this Agreement or Your employment with the Company shall, at the demand of any party, be resolved by an arbitration proceeding before the American Arbitration Association pursuant to the code of procedures of the American Arbitration Association in effect at the time the Claim is filed. Any arbitration proceeding will take place in Houston, Texas unless Company agrees to another location, upon Your request. A demand for arbitration under this Agreement may be made either before or after a lawsuit or other legal proceeding begins. This clause includes all controversies and claims of any kind between You and the Company.

   a.  **NO ARBITRATOR OR COURT MAY ORDER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY GENERAL LITIGATION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH ANY CLAIM. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OF PARTIES IN CONNECTION WITH ANY CLAIM, UNLESS BOTH YOU AND THE COMPANY CONSENT TO SUCH JOINDER IN WRITING. BY ACCEPTING THIS ARBITRATION AGREEMENT, YOU AGREE TO WAIVE THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY GENERAL LITIGATION OR CONSOLIDATED ARBITRATION RELATED TO ANY CLAIM.**

   b.  The arbitrator's decision shall become final and binding after 30 days unless any Party to the arbitration takes an appeal from the decision to the American Arbitration Association. The appeal panel, which will consist of three arbitrators, will consider all factual and legal issues anew and will conduct the appeal in the same manner as the initial arbitration. The appeal panel's decision shall be final and binding.

2.      Except to the extent that the arbitration provisions herein control, the Parties agree to submit all disputes regarding Your employment with the Company, and/or arising out of or relating to any claim to the exclusive jurisdiction of the state or federal courts in Harris County, Texas. You hereby expressly consent to the jurisdiction of the foregoing courts for such purposes and further consent to the appointment of the Secretary of State for the State of Texas, as agent for service of process, if You are outside the range of service for the respective Court. The Parties WAIVE ANY RIGHTS TO A TRIAL BY JURY AND ANY OBJECTIONS TO THE VENUE OR JURISDICTION OF THESE COURTS.

3.      Entire Agreement and Agreement Construction. This Agreement constitutes the entire agreement between the Parties relating to this subject matter. This Agreement may be amended or modified only with the written consent of both You and the President of the Company. No oral waiver, amendment or modification of this Agreement will be effective under any circumstances

1

whatsoever.  The headings used in this Agreement are for organizational purposes only and shall not be used in interpreting this Agreement.

4.      This Agreement supersedes any previous dispute resolution agreements You previously signed with the Company.

Agreed to and executed on this 07    day of December   , 20 21 .

**Tyshaun Moultrie**

Employee Printed Name

*Tyshaun Moultrie*
Tyshaun Moultrie (Dec 7, 2021 10:13 CST)

Employee Signature

Cenergy Authorized Representative
Printed Name

Cenergy Rep Signature

2

CIS-QF-421C  Rev 1