# EXHIBIT G

# Delaware

## The First State

Page 1

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "CENERGY INTERNATIONAL SERVICES, INC." FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2018, AT 2:02 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF INCORPORATION IS THE FIRST DAY OF JANUARY, A.D. 2019.*

*A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE KENT COUNTY RECORDER OF DEEDS.*



Jeffrey W. Bullock, Secretary of State

4492888  8100V
SR# 20188443483

Authentication: 202010720
Date: 01-03-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:02 PM 12/31/2018
FILED 02:02 PM 12/31/2018
SR 20188443483 - File Number 4492888

# CERTIFICATE OF INCORPORATION
# OF
# CENERGY INTERNATIONAL SERVICES, INC.

THE UNDERSIGNED, acting as the incorporator of a corporation under and in accordance with the General Corporation Law of the State of Delaware, as the same exists or may hereafter be amended from time to time (the "DGCL"), hereby adopts the following Certificate of Incorporation for such corporation:

## ARTICLE I
## NAME

The name of the corporation is Cenergy International Services, Inc. (the "Corporation").

## ARTICLE II
## REGISTERED AGENT

The address of the Corporation's registered office in the State of Delaware is 850 New Burton Road, Suite 201, Dover, Delaware 19904 Kent County. The name of its registered agent at such address is Cogency Global Inc.

## ARTICLE III
## DURATION

The period of the Corporation's duration is perpetual.

## ARTICLE IV
## PURPOSE

The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the DGCL.

## ARTICLE V
## CAPITALIZATION

The total number of shares of all classes of stock which the Corporation shall have authority to issue is 2,000,000 shares of common stock, and the par value of each such share is $0.01.

## ARTICLE VI
## INCORPORATOR

The name and mailing address of the incorporator is as follows:

| Name | Address |
|---|---|
| Matt McKenna | Locke Lord LLP<br>600 Travis St., Suite 2800<br>Houston, TX 77002 |

The powers of the incorporator shall automatically terminate upon the filing of this Certificate of Incorporation with the Secretary of State of Delaware without any further action required in connection therewith.

## ARTICLE VII
## DIRECTORS

The business and affairs of the Corporation shall be managed by or under the direction of the board of directors of the Corporation. The number of directors which shall constitute the board of directors of the Corporation shall be fixed from time to time by, or in the manner provided in, the Bylaws of the Corporation or in any amendment thereof duly adopted by the board of directors of the Corporation or by the stockholders of the Corporation.

The number of directors constituting the initial board of directors is one (1), and the names and mailing addresses of such person who is to serve as director until the first annual meeting of stockholders, or until their successor or successors are elected and qualified, is as follows:

| Name | Address |
|---|---|
| June Ressler | 12650 Crossroads Park Drive  Houston, Texas 77065 |

## ARTICLE VIII
## ELECTION OF DIRECTORS

Directors need not be elected by written ballot unless required by the Bylaws of the Corporation.

## ARTICLE IX
## BYLAWS

In furtherance and not in limitation of the powers conferred by statute, the board of directors is expressly authorized to adopt, amend or repeal Bylaws of the Corporation.

## ARTICLE X
## AMENDMENT OF CERTIFICATE OF INCORPORATION

The Corporation reserves the right to amend or repeal any provision contained in this Certificate of Incorporation in the manner now or hereafter prescribed by statute. All rights conferred upon stockholders herein are granted subject to this reservation.

## ARTICLE XI
## LIMITED LIABILITY

No director shall personally be liable to the Corporation or the stockholders for monetary damages for any breach of his or her fiduciary duty as a director, except for liability (i) for any breach of the director's duty of loyalty to the Corporation or the stockholders, (ii) for acts or omissions not in good faith or which involve intentional misconduct or a knowing violation of law, (iii) under section 174 of the DGCL, or (iv) for any transaction from which the director derived an

improper personal benefit. If the DGCL or other applicable law is amended to authorize corporate action further eliminating or limiting the personal liability of directors, then the liability of a director of the Corporation shall be eliminated or limited to the fullest extent permitted by the DGCL or such other applicable law, as so amended. Any repeal or modification of this Article XI by the stockholders shall not adversely affect any right or protection of a director existing at the time of such repeal or modification.

## ARTICLE XII
### EFFECTIVENESS

This Certificate of Incorporation shall become effective on January 1, 2019.

**[Signature Page Follows]**

IN WITNESS WHEREOF, the incorporator of the Corporation hereto has caused this Certificate of Incorporation to be duly executed as of December 31, 2018.

/s/ Matt McKenna
Matt McKenna, Incorporator

# Delaware
### The First State

Page 1



*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THAT THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF CONVERSION OF A DELAWARE LIMITED LIABILITY COMPANY UNDER THE NAME OF "CENERGY INTERNATIONAL SERVICES, L.L.C." TO A DELAWARE CORPORATION, CHANGING ITS NAME FROM "CENERGY INTERNATIONAL SERVICES, L.L.C." TO "CENERGY INTERNATIONAL SERVICES, INC.", FILED IN THIS OFFICE ON THE THIRTY-FIRST DAY OF DECEMBER, A.D. 2018, AT 2:02 O`CLOCK P.M.*

*AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF CONVERSION IS THE FIRST DAY OF JANUARY, A.D. 2019.*

*A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE KENT COUNTY RECORDER OF DEEDS.*

Jeffrey W. Bullock, Secretary of State

4492888  8100V
SR# 20188443483

Authentication: 202010720
Date: 01-03-19

You may verify this certificate online at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 02:02 PM 12/31/2018
FILED 02:02 PM 12/31/2018
SR 20188443483 - File Number 4492888

Case 2:25-cv-02318-DJP-JVM   Document 9-9   Filed 01/20/26   Page 8 of 8

# STATE OF DELAWARE
## CERTIFICATE OF CONVERSION
### FROM A LIMITED LIABILITY COMPANY TO A CORPORATION PURSUANT TO SECTION 265 OF THE DELAWARE GENERAL CORPORATION LAW

1. The jurisdiction where the Limited Liability Company first formed is **Delaware**.

2. The jurisdiction immediately prior to filing this Certificate is **Delaware**.

3. The date the Limited Liability Company first formed is **January 22, 2008**.

4. The name of the Limited Liability Company immediately prior to filing this Certificate is **Cenergy International Services, L.L.C.**

5. The name of the Corporation as set forth in the Certificate of Incorporation is **Cenergy International Services, Inc.**

6. The effective date of this Certificate of Conversion shall be **January 1, 2019**.

IN WITNESS WHEREOF, the undersigned being duly authorized to sign on behalf of the converting Limited Liability Company have executed this Certificate on the 31st day of December, A.D. 2018.

By: *[signature]*

Name: June Ressler
Print or Type

Title: President
Print or Type