UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ALLYSA FITCH, JAKIRA POINDEXTER, TASHIBA HARRIS, TYSHAUN MOULTRIE, RYAN DICKERSON, and ADE ANIMASHAUN, individually and on behalf of those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CENERGY INTERNATIONAL SERVICES, INC.,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 2:25-cv-02318 -DJP-JVM<br><br>JUDGE DARREL J. PAPILLION<br>SECTION "P"<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD<br>DIVISION 1 |

### AMENDED *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*[1]

NOW INTO COURT, through undersigned counsel, comes Cenergy International Services, Inc., who respectfully moves this Court for an Order, pursuant to E.D. La. Loc. R. 83.2.5, and requests that Robert P. Debelak, III of McDowell Hetherington LLP, 1001 Fannin Street, Suite 2400, Houston, Texas 77002, be admitted *pro hac vice* before the Court in the above-captioned matter as additional counsel of record for Cenergy International Services, Inc. Undersigned counsel is a member of the bar of this Court and represents as follows:

1.      Mr. Debelak is an attorney admitted to practice in the State of Texas on November 4, 2011 (Texas State Bar No. 24078410), will be the designated "Trial Attorney" with responsibility for this litigation involving Cenergy International Services, Inc.

---

[1] On January 21, 2026, the Clerk issued a notice of deficiency concerning Mr. Debelak's prior Ex Parte Motion for Admission Pro Hac Vice (Doc. 7). Exhibit A is intended to correct the noted deficiency as it includes Mr. Debelak's certificates of good standing from the Texas Supreme Court.

1

2.  A declaration by Mr. Debelak and his Certificate of Good Standing from The Supreme Court of Texas are attached as **Exhibit A.** His executed Consent to Electronic Filing form is attached as **Exhibit B**. The undersigned is submitting the admission fee for Mr. Debelak to the Clerk of Court.

3.  Upon admission *pro hac vice*, Mr. Debelak will be associated with the undersigned counsel for Cenergy International Services, Inc. in this action.

WHEREFORE, the undersigned counsel respectively requests that Robert P. Debelak III of McDowell Hetherington LLP, 1001 Fannin Street, Suite 2400, Houston, Texas 77002, be admitted *pro hac vice* before the Court in the above-captioned matter as additional counsel of record for Cenergy International Services, Inc.

Respectfully Submitted,

_____
Andrew J. Brien
La. Bar No. 37051
Andrew.Brien@mhllp.com
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
***Counsel for Defendant, Cenergy International Services, Inc.***