# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLYSA FITCH, et al.,**<br><br>    *Plaintiffs*,<br><br>v.<br><br>**CENERGY INTERNATIONAL SERVICES, INC.,**<br><br>    *Defendant.* | CIVIL ACTION<br>NO. 2:25-cv-02318 -DJP-JVM |

### DECLARATION OF ROBERT P. DEBELAK III

I, Robert P. Debelak III, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. I make this declaration in support of the *ex parte* motion for my admission *pro hac vice* to appear and participate in the above-captioned matter as co-counsel for Defendant Cenergy International Services, Inc. The facts set forth herein are based upon my personal knowledge.

2. I am over 18 years of age and fully competent to give testimony. I am a resident of the State of Texas, and my business address is 1001 Fannin Street, Suite 2400, Houston, Texas 77002. My office telephone number is (713) 337-8853. My e-mail address is bobby.debelak@mhllp.com.

3. I am an attorney with McDowell Hetherington LLP. I have been admitted to practice in the following courts:

| COURT | DATE OF ADMISSION | BAR NUMBER |
|---|---|---|
| Texas State Bar | 11/4/2011 | 24078410 |
| Southern District of Texas | 2/2/2012 | 1357835 |
| Western District of Texas | 3/21/2013 | N/A |
| Eastern District of Texas | 10/30/2012 | N/A |
| Northern District of Texas | 3/18/2013 | N/A |

| U.S. Court of Appeals, Second Circuit | 2017/04/28 | N/A |
| U.S. Court of Appeals, Fifth Circuit | 11/30/2023 | N/A |

4. I am in good standing in all bars of which I am a member. I am and have been an active member in good standing for the State Bar of Texas since 2011.

5. There have been no disciplinary proceedings or criminal charges instituted against me in any court or jurisdiction.

6. I have reviewed and am familiar with the Local Rules of the United States District Court for the Eastern District of Louisiana and will comply with those rules.

7. I acknowledge that under Local Rule 83.2.5, local counsel Andrew Brien is responsible to the court at all stages of the proceedings.

8. My appearance in the above-entitled matter is necessary for proper representation of Cenergy International Services, Inc.

9. I declare under penalty of perjury in accordance with 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: January 22, 2026.

_____
Robert P. Debelak III

# The Supreme Court of Texas

AUSTIN
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Robert Paul Debelak III**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of November, 2011.

I further certify that the records of this office show that, as of this date

**Robert Paul Debelak III**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 21th day of January, 2026.

BLAKE HAWTHORNE, Clerk

Clerk, Supreme Court of Texas

No. 5759C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.