UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLYSA FITCH, JAKIRA POINDEXTER, TASHIBA HARRIS, TYSHAUN MOULTRIE, RYAN DICKERSON, and ADE ANIMASHAUN,** individually and on behalf of those similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>**CENERGY INTERNATIONAL SERVICES, INC.,**<br><br>*Defendant*. | CIVIL ACTION<br>NO. 2:25-cv-02318 -DJP-JVM<br><br>JUDGE DARREL J. PAPILLION<br>SECTION "P"<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD<br>DIVISION 1 |

## AMENDED *EX PARTE* MOTION FOR ADMISSION *PRO HAC VICE*[1]

NOW INTO COURT, through undersigned counsel, comes Cenergy International Services, Inc., who respectfully moves this Court for an Order, pursuant to E.D. La. Loc. R. 83.2.5, and requests that William X. King of McDowell Hetherington LLP, 1001 Fannin Street, Suite 2400, Houston, Texas 77002, be admitted *pro hac vice* before the Court in the above-captioned matter as additional counsel of record for Cenergy International Services, Inc. Undersigned counsel is a member of the bar of this Court and represents as follows:

1. Mr. King is an attorney admitted to practice in the State of Texas on September 1, 2011 (Texas State Bar No. 24072496), and the State of California on October 1, 2013 (California State Bar No. 291202), with responsibility for this litigation involving Cenergy International Services, Inc.

---

[1] On January 21, 2026, the Clerk issued a notice of deficiency concerning Mr. King's prior Ex Parte Motion for Admission Pro Hac Vice (Doc. 8). Exhibit A is intended to correct the noted deficiency as it includes Mr. King's certificates of good standing from the Texas and California Supreme Courts.

1

2.     A declaration by Mr. King and his Certificates of Good Standing from The Supreme Court of Texas and The Supreme Court of California are attached as **Exhibit A**. His executed Consent to Electronic Filing form is attached as **Exhibit B**. The undersigned is submitting the admission fee for Mr. King to the Clerk of Court.

3.     Upon admission *pro hac vice*, Mr. King will be associated with the undersigned counsel for Cenergy International Services, Inc. in this action.

WHEREFORE, the undersigned counsel respectively requests that William X. King of McDowell Hetherington LLP, 1001 Fannin Street, Suite 2400, Houston, Texas 77002, be admitted *pro hac vice* before the Court in the above-captioned matter as additional counsel of record for Cenergy International Services, Inc.

Respectfully Submitted,

_____
Andrew J. Brien
La. Bar No. 37051
Andrew.Brien@mhllp.com
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
***Counsel for Defendant, Cenergy International Services, Inc.***