UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLYSA FITCH**, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> **CENERGY INTERNATIONAL SERVICES, INC.**, <br><br> *Defendant.* | CIVIL ACTION <br> NO. 2:25-cv-02318 -DJP-JVM <br><br> JUDGE DARREL J. PAPILLION <br> SECTION "P" <br><br> MAGISTRATE JUDGE JANIS VAN MEERVELD <br> DIVISION 1 |

## ORDER

Considering the foregoing *Ex Parte* Motion for Admission *Pro Hac Vice* of William X. King, submitted on behalf of Cenergy International Services, Inc.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's *Ex Parte* Motion for Admission *Pro Hac Vice* is hereby GRANTED.

IT IS FURTHER ORDERED, that William X. King of McDowell Hetherington LLP, 1001 Fannin Street, Suite 2400, Houston, Texas 77002, is permitted to appear and participate before this Court on behalf of Cenergy International Services, Inc. for all purposes in this case in accordance with applicable laws of the State of Louisiana and the Rules of this Court.

SIGNED, this _____ day of _____, 2026.

_____
JUDGE PRESIDING