# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLYSA FITCH ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2318** |
| **CENERGY INTERNATIONAL SERVICES, INC.** | **SECTION: "P" (1)** |

## ORDER

Considering the foregoing Amended *Ex Parte* Motion for Admission *Pro Hac Vice* (R. Doc. 11),

**IT IS ORDERED** that the motion is **GRANTED**, and Robert P. Debelak, III, of McDowell Hetherington LLP, is hereby admitted *pro hac vice* and enrolled as additional counsel of record for Defendant, Cenergy International Services, Inc., in the above-captioned matter.

New Orleans, Louisiana, this 23rd day of January 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**