UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALLYSA FITCH, et al.** | NO. 2:25-cv-02318 -DJP-JVM |
| **VERSUS** | JUDGE DARREL J. PAPILLION |
| **CENERGY INTERNATIONAL SERVICES, INC.** | MAGISTRATE JUDGE JANIS VAN MEERVELD |

### Consent Motion for Extension of Submission Date

This motion is to ask that the Court extend the submission date for Defendant's pending motions by one submission date to February 18, 2026.

As background, this case was filed on November 14, 2025. R. Doc. 1. It is a putative collective action under the FLSA alleging a pattern of failure to properly pay overtime wages. *Id.*

On January 20, 2026, Defendant filed a combined Motion to Compel Arbitration, Motion to Stay Proceedings, and Motion to Dismiss. R. Doc. 9. Defendant set the submission date as February 11, 2026. R. Doc. 9-11.

Plaintiffs now ask that the submission date be extended to the next date, which is February 18, 2026. Defendant consents to this motion.

Respectfully Submitted:

*/s/William Most*
CAROLINE GABRIEL (La. Bar No. 38224)
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
E-Mail: caroline.gabriel.ma@gmail.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
Law Office of Kenneth C. Bordes
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*

1