UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ALLYSA FITCH, et al.**                                   NO. 2:25-cv-02318 -DJP-JVM

**VERSUS**                                                 **JUDGE DARREL J. PAPILLION**

**CENERGY INTERNATIONAL SERVICES, INC.**   **MAGISTRATE JUDGE JANIS VAN MEERVELD**

### Order on Motion for Extension of Submission Date

Considering Plaintiffs' motion to extend the submission date for Defendant's pending motions to February 18, 2026, it is ordered that the motion is GRANTED.

The submission date for Defendant's combined Motion to Compel Arbitration, Motion to Stay Proceedings, and Motion to Dismiss (R. Doc. 9) shall be extended to February 18, 2026.

So ordered.

_____

Judge, Eastern District of Louisiana

1