UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALLYSA FITCH, et al.                                NO. 2:25-cv-02318 -DJP-JVM

VERSUS                                               JUDGE DARREL J. PAPILLION

CENERGY INTERNATIONAL SERVICES, INC.      MAGISTRATE JUDGE JANIS
                                                     VAN MEERVELD

### Joint Status Report

Pursuant to this Court's Order (R. Doc. 17) the parties jointly file this status report to advise the Court of the following:

1.  On February 27, 2026, counsel for the parties conferred via telephone to discuss the allegations, contentions, and arguments set forth in Cenergy's combined motion to compel arbitration and motion to dismiss to determine what, if any, agreements, stipulations, amendments, or dismissals might be possible or practical.

2.  The parties agreed that amending the complaint may address some of the arguments in Defendant's motion to dismiss.

3.  Therefore, Plaintiffs intend to file an amended complaint that will: add more detail to the positions and approximate times of employment for Plaintiffs; clarify the schedules and timesheets of hours worked by Plaintiffs; clarify and correct descriptions of Plaintiffs' pay stubs; remove references to minimum wage violations; clarify the class definition; and voluntarily dismiss Count II.

4.  Defendant Cenergy International Services, Inc. reserves its right to file an amended motion to dismiss after evaluating the amended pleading.

5.  The parties certify that, despite having conferred in good faith, no agreement on arbitration has been made. However, Plaintiffs have propounded discovery to Defendant specific to

the issues raised in Defendant's Motion to Compel Arbitration, and the parties intend to continue to confer in good faith throughout this limited discovery process.

6. Defendant disputes that discovery is warranted prior to an answer or ruling on a motion to dismiss, but is evaluating what documentation it may be willing to informally provide.

Respectfully Submitted:

*/s/Caroline Gabriel*
CAROLINE GABRIEL (La. Bar No. 38224)
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
E-Mail: caroline.gabriel.ma@gmail.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
Law Office of Kenneth C. Bordes
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*

*/s/Robert P. Debelak III*
Robert Paul Debelak III
Texas Bar No. 24078410
bobby.debelak@mhllp.com
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
*Counsel for Defendant*