**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALLYSA FITCH ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2318** |
| **CENERGY INTERNATIONAL SERVICES, INC.** | **SECTION: "P" (1)** |

## ORDER

In light of the Joint Status Report (R. Doc. 18),

**IT IS ORDERED** that the telephone status conference currently set for Wednesday, April 8, 2026, is hereby **CANCELED**. Defendant may refile a motion to compel arbitration upon completion of the limited discovery process regarding issues raised in Defendant's original motion to compel arbitration.[1] Defendant also reserves its right to file an amended motion to dismiss. If the parties believe a status conference is necessary to address any of the matters raised in the Joint Status Report, they may request one by filing a motion.

New Orleans, Louisiana, this 7th day of April 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 18 ¶ 5.