**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ALLYSA FITCH ET AL.**                          **CIVIL ACTION**

**VERSUS**                                       **NO. 2:25-cv-02318 -DJP-JVM**

**CENERGY INTERNATIONAL**                        **SECTION: P (1)**
**SERVICES, INC.**

<u>**ORDER**</u>

Considering Cenergy International Services, Inc.'s Consent Motion Requesting Telephonic Status Conference (Dkt. No. 24),

**IT IS ORDERED** that the motion is GRANTED, and the parties attend a telephonic status conference on _____ _____, 2026 at _____. To participate in the conference, the parties should call _____ and use access code _____. The parties shall promptly join the call at _____.

New Orleans, Louisiana, this ____ day of _____ 2026.


_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**