UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALLYSA FITCH ET AL.                                    CIVIL ACTION

VERSUS                                                 NO. 25-2318

CENERGY INTERNATIONAL                                  SECTION: "P" (1)
SERVICES, INC.

## ORDER

Considering Defendant Cenergy International Services, Inc.'s Consent Motion Requesting Telephonic Status Conference (R. Doc. 24),

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will hold a **telephone status conference** in the above-captioned matter on **May 28, 2026, at 3:00 p.m.** To participate in the conference, the parties shall call in promptly at 2:55 p.m. using the phone number and Call ID provided below.

- Phone Number: 571-353-2301

- Call ID: 515773125

New Orleans, Louisiana, this 22nd day of May 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**