**MINUTE ENTRY**
**PAPILLION, J.**
**May 28, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALLYSA FITCH ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2318** |
| **CENERGY INTERNATIONAL SERVICES, INC.** | **SECTION: "P" (1)** |

**MINUTE ENTRY**

On May 28, 2026, the Court held a telephone status conference in the above-captioned matter.  Participating were Caroline Gabriel for Plaintiffs and Robert P. Debelak, III, for Defendant.

The Court held this telephone status conference at Defendant's request.[1] Pursuant to that request, the Court and the parties discussed the timing of Defendant's filing a renewed motion to compel arbitration and an amended motion to dismiss. The Court and the parties also discussed the status of the ongoing limited arbitration-related discovery. The Court advised the parties to request a status conference should a discovery issue arise as the limited arbitration-related discovery concludes.

New Orleans, Louisiana, this 29th day of May 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

(JS-10 00:18)

---

[1] *See* R. Doc. 24.