**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALLYSA FITCH, et al.** | **NO. 2:25-cv-02318 -DJP-JVM** |
| **VERSUS** | **JUDGE DARREL J. PAPILLION** |
| **CENERGY INTERNATIONAL SERVICES, INC.** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

**<u>Ex parte Motion to Set a Status Conference Related to Limited Discovery</u>**

Plaintiffs file this motion to request a status conference, at the Court's invitation (R. Doc. 26), to address discovery issues between the parties.

On May 28, 2026, this Court held a status conference at the request of Defendant, and without objection by Plaintiffs, to discuss in part "the status of ongoing limited arbitration-related discovery." R. Doc. 26. Plaintiffs' counsel informed the Court that Defendant propounded discovery responses by the May 22 deadline, but Plaintiff had not identified any issues at the time of the conference. After the conference, undersigned counsel did identify issues with the discovery responses and requested a conferral with Defendant's counsel. The parties agreed to confer the following day, May 29. Before the scheduled conferral, Plaintiff's counsel sent Defendant's counsel an outline of the issues undersigned identified. The parties then agreed that it would be best for Defense counsel to discuss the issues with Defendant and then Defense counsel stated he would send written responses the following week.

On June 10, having not heard anything from Defendant's counsel, undersigned asked for an update via email correspondence. Defense counsel responded that he would send responses by the following day.

On June 11, the following day, Defense counsel stated that Defendant had reconsidered its

position based on a recent Fifth Circuit case, and that they "do not believe the further-sought discovery is appropriate" and that they "intend to refile [their] motion to compel arbitration."

The parties have been conferring and attempting to resolve the disagreements, but a resolution has not yet been made.

Based on this Court advising "the parties to request a status conference should a discovery issue arise as the limited arbitration-related discovery concludes," (R. Doc. 26) Plaintiffs are requesting a status conference with the Court. Plaintiffs have sought consent for this motion but has not received a response from Defendant. If granted, Plaintiffs can provide the Court with a short summary of the discovery dispute.

Respectfully Submitted:

*/s/Caroline Gabriel*
CAROLINE GABRIEL (La. Bar No. 38224)
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
E-Mail: carolinegabriel@mostandassociates.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
Law Office of Kenneth C. Bordes
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com

*Counsel for Plaintiffs*