**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**ALLYSA FITCH, et al.**                          **NO. 2:25-cv-02318 -DJP-JVM**

**VERSUS**                                        **JUDGE DARREL J. PAPILLION**

**CENERGY INTERNATIONAL SERVICES, INC.**    **MAGISTRATE JUDGE JANIS VAN MEERVELD**

## <u>Order</u>

Considering Plaintiffs' *Ex parte Motion to Set a Status Conference Related to Limited Discovery*, it is ordered that the motion is GRANTED.

It is FURTHER ORDERED that a status conference will be held on _____.

So ordered.

_____

Judge, Eastern District of Louisiana