Gmail

Caroline Gabriel <carolinegabriel@mostandassociates.com>

## RE: Follow up to April 14 Meet and Confer - Cenergy

**Bobby Debelak** <bobby.debelak@mhllp.com>                    Fri, May 29, 2026 at 2:15 PM
To: Caroline Gabriel <caroline.gabriel.ma@gmail.com>
Cc: William Most <williammost@gmail.com>, "William X. King" <william.king@mhllp.com>, Holly Johnston
<holly.johnston@mhllp.com>, Kenneth Bordes <kcb@kennethbordes.com>, Abigail Floresca <abigail@kennethbordes.com>

Caroline, thanks.  I can run some of these down, but need to confirm and won't have the responses today.  My
suggestion is that we table the call today, and I can try to get you a written response to these points next week while I'm
out of office.  Does that work?

Thanks,

**Bobby Debelak, Partner**

McDowell
Hetherington LLP

1001 Fannin St., Suite 2400
Houston, Texas 77002
P: 713.337.8853 // C: 423.650.9521
www.mhllp.com

**Confidentiality Notice:** The information in this e-mail may be confidential or privileged. This e-mail is intended to be reviewed by only the individual or
organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review,
dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please
immediately notify the sender by return e-mail and delete this e-mail from your system.

---

**From:** Caroline Gabriel <caroline.gabriel.ma@gmail.com>
**Sent:** Friday, May 29, 2026 1:12 PM
**To:** Bobby Debelak <bobby.debelak@mhllp.com>
**Cc:** William Most <williammost@gmail.com>; William X. King <william.king@mhllp.com>; Holly Johnston
<holly.johnston@mhllp.com>; Kenneth Bordes <kcb@kennethbordes.com>; Abigail Floresca
<abigail@kennethbordes.com>
**Subject:** Re: Follow up to April 14 Meet and Confer - Cenergy

Bobby-- below are the discovery points I would like to discuss. If you need time to follow up with your client and feel like it
would be more productive to have a call later, just let me know and we can reschedule when you return.

You had previously said you were only answering these responses on behalf of the current Cenergy entity, not any prior
iterations. However, in his declaration R. doc. 9-2, Jim Piccou stated that Cenergy International Services Inc. (your client's
current name) and Cenergy International Services LLC are the same entity. How do you reconcile that?

Interrogatory No. 1: Is the response a yes, the DRA were exclusively provided to employees during the onboarding
process unless they were hired before 2016?

RFP No. 1: Are there more on boarding documents than what was produced or is Defendant withholding documents
based on its objections? Can you also follow up on my list of documents that I sent several weeks ago:

1. Missing "dropbox audit trail" for all Plaintiffs except Allysa Fitch;
2. Missing Confidentiality Statement, Memo regarding uniforms, Vehicle Policy, Hurricane Preparation, Temporary
   position acknowledgement, Aviation PTO Guidelines for Jakira Poindexter, Tyshaun Moultrie and TaShiba Harris;

**EXHIBIT A**

3. Missing Employee Handbook Acknowledgment for TaShiba Harris and Ryan Dickerson; and
4. Missing Employment Acknowledgment for Ryan Dickerson.

RFPs 3 and 4: Are there no written policies or procedures?

RFP 5: Do any non-privileged communications exist? Or are the only communications by Mr. Piccou with counsel?

Can you explain whether the last production (176-187) is different from the agreements already produced?

*Caroline Gabriel*
*Most & Associates*
*201 St. Charles Ave., Ste. 2500 #9685*
*New Orleans, LA 70170*
*(985) 441-9355*
*mostandassociates.com*



[Quoted text hidden]