**MINUTE ENTRY**
**PAPILLION, J.**
**July 2, 2026**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **FITCH, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2318** |
| **CENERGY INTERNATIONAL SERVICES, INC.** | **SECTION: "P" (1)** |

**MINUTE ORDER**

On July 2, 2026, the Court held a telephone status conference in the above-captioned matter. Participating were: Caroline Gabriel and Kenneth Charles Bordes on behalf of Plaintiffs;[1] Robert P. Debelak, III, on behalf of Defendant. The Parties and the Court discussed the status of this action as well as the Parties' Joint Status Report (R. Doc. 30). Based on the discussion regarding the Joint Status Report and related issues, the Court issued the following orders:

**IT IS HEREBY ORDERED** that by **5:00 p.m. (CT) on July 24, 2026**, Defendant shall file a Motion to Compel Arbitration and provide briefing in support of their position, including to the extent possible all issues raised in the Parties' Joint Status Report.

**IT IS FURTHER ORDERED** that by **5:00 p.m. (CT) on August 19, 2026**, Plaintiffs shall file an Opposition to Defendant's Motion to Compel Arbitration and provide briefing in support of their position, including to the extent possible all issues raised in the Parties' Joint Status Report as well as Defendant's Motion to Compel Arbitration.

---

[1] Miriam Teller, a Tulane Law School student, was also present as an observer with Plaintiffs' counsel.

**IT IS FURTHER ORDERED** that by **5:00 p.m. (CT) on August 28, 2026**, Defendant shall file a Reply to Plaintiff's Opposition.

New Orleans, Louisiana, this 6th day of July 2026.

_____
**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**

(JS-10 00:30)