**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ALLYSA FITCH, JAKIRA POINDEXTER, TASHIBA HARRIS, TYSHAUN MOULTRIE, RYAN DICKERSON, and ADE ANIMASHAUN, individually and on behalf of those similarly situated,<br><br>*Plaintiffs*,<br><br>**v.**<br><br>CENERGY INTERNATIONAL SERVICES, INC.,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 2:25-cv-02318 -DJP-JVM<br><br>JUDGE DARREL J. PAPILLION<br>SECTION "P"<br><br>MAGISTRATE JUDGE JANIS VAN MEERVELD<br>DIVISION 1 |

**DEFENDANT CENERGY INTERNATIONAL SERVICES, INC.'S**
**RENEWED MOTION TO COMPEL ARBITRATION AND**
**MOTION TO STAY PROCEEDINGS**

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq*., or in the alternative, the Louisiana Binding Arbitration Law, LA. R.S. 9:4201, *et seq*., Defendant Cenergy International Services, Inc. ("Cenergy"), moves to compel Plaintiffs Ade Animashaun, Ryan Dickerson, Allysa Fitch, Tashiba Harris, Tyshaun Moultrie, and Jakira Poindexter to individually arbitrate their claims and stay the proceedings pending the outcome from the arbitration for the reasons set forth in the accompanying Memorandum in Support. All Plaintiffs entered valid and binding contracts with Cenergy requiring arbitration of their claims on an individualized basis.

"When a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA [9 U.S.C.] compels the court to stay the proceeding." *Smith v. Spizzirri*, 601 U.S. 472, 478, 144 S. Ct. 1173, 1178, 218 L. Ed. 2d 494 (2024). As such, Cenergy respectfully requests that the Court stay the proceedings.

1

WHEREFORE, Defendant Cenergy International Services, Inc. asks the Court to grant its Renewed Motion to Compel Arbitration and Motion to Stay Proceedings, order Plaintiffs to submit their claims to arbitration pursuant to the parties' arbitration agreements and stay proceedings pending the outcome of the arbitration.

Respectfully submitted,

Andrew J. Brien
La. Bar No. 37051
andrew.brien@mhllp.com
Robert Paul Debelak III*
Texas Bar No. 24078410
bobby.debelak@mhllp.com
William X. King*
Texas Bar No. 24072496
william.king@mhllp.com
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850

**Counsel for Defendant Cenergy International Services, Inc.**

**\* Pro Hac Vice**

## CERTIFICATE OF CONFERENCE

I hereby certify that on December 30, 2025, prior to filing Cenergy's motion to compel arbitration and stay proceedings, I conferred with counsel for Plaintiff (via letter) regarding the

relief sought in that motion. On January 9, 2026, Plaintiffs' counsel indicated they were opposed to the relief sought and Cenergy filed the motion on January 20, 2026.  On January 30, 2026, the Court ordered the Parties to meet and confer on Cenergy's combined motion to compel arbitration and stay proceedings and motion to dismiss. After having done so, the Parties are still in disagreement. Following the Court's Status Conference, on July 2, 2026, and pursuant to the Court's Order (R. Doc. 31), Cenergy files its Renewed Motion to Compel Arbitration and Motion to Stay Proceedings.

_____
Robert P. Debelak III

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on July 24, 2026.

Caroline Gabriel
William Most
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel.: 985-441-9355
caroline.gabriel.ma@gmail.com
williammost@gmail.com

Kenneth C. Bordes
Abigail Floresca
Law Office of Kenneth C. Bordes
3914 Canal St.
New Orleans, Louisiana 70119
Tel.: 504-588-2700
Fax: 504-708-1717
kcb@kennethbordes.com
abigail@kennethbordes.com

**ATTORNEYS FOR PLAINTIFFS**

Robert P. Debelak III

4