Docusign Envelope ID: 11B76267-7301-8927-811A-EB6969F30A69

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALLYSA FITCH,** *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:25-CV-02318** |
| | § | |
| **CENERGY INTERNATIONAL** | § | |
| **SERVICES, INC.,** | § | |
| | § | |
| *Defendant.* | § | |

### SUPPLEMENTAL DECLARATION OF JIM PICOU
### IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL ARBITRATION

1.    My name is Jim Picou. I am over the age of 18 years, of sound mind, competent to testify, and authorized to provide this declaration on behalf of Cenergy International Services, Inc. ("Cenergy" or "Company") formerly known as "Cenergy International Services, L.L.C." I have personal knowledge of the facts set forth herein.

2.    All statements in this declaration are based on my personal knowledge. I acquired personal knowledge of these matters in connection with my position, responsibilities, and duties as Cenergy's Executive Vice President of Operations, a role that I occupied since May of 2023. I was employed with the Company full time from 2004 through May 29, 2026, and am now employed in a consulting capacity since June 1, 2026 (though my title is unchanged).

3.    Plaintiff Tashiba Harris executed Employee Handbook Acknowledgment on October 22, 2013. This is the only Handbook Acknowledgment Ms. Harris executed.

4.    Plaintiffs Tyshaun Moultrie, and Jakira Poindexter executed the 2017 Revised Employee Handbook Acknowledgment and the Employee Handbook Acknowledgment. The 2017 Employee Handbook Acknowledgment and the Employee Handbook Acknowledgment are the only Handbook Acknowledgments these two Plaintiffs executed.

Docusign Envelope ID: 11B76267-7301-8927-811A-EB6969F30A69

5.     Plaintiff Ryan Dickerson executed the 2017 Revised Employee Handbook Acknowledge on

6.     Plaintiff Ade Animashaun received the 2019 Employee Handbook but did not execute the 2019 Employee Handbook Acknowledgment. Ms. Animashaun did not execute any Handbook Acknowledgment.

7.     Plaintiff Allysa Fitch received the 2019 Employee Handbook but did not execute the 2019 Employee Handbook Acknowledgment. Ms. Fitch executed the Employee Handbook Acknowledgment on January 14, 2023 and the 2023 Handbook Acknowledgment on September 18, 2023. Ms. Fitch was the only Plaintiff to execute the 2023 Handbook Acknowledgment.

8.     Attached hereto as **Exhibit I** is a true and correct copy of Cenergy's 2017 Revised Employee Handbook, which contains the 2017 Employee Handbook Acknowledgment.

9.     Attached here to as **Exhibit J** is a true and correct copy of Cenergy's 2019 Revised Employee Handbook, which contains the 2019 Employee Handbook Acknowledgment.

10.    Attached hereto as **Exhibit K** is a true and correct copy of Cenergy's 2023 Revised Employee Handbook, which also contains the 2023 Employee Handbook Acknowledgment.

11.    Attached hereto as **Exhibit L** is a true and correct copy of the Employee Handbook Acknowledgment that Tashiba Harris executed on October 22, 2013.

12.    Attached hereto as **Exhibit M** is a true and correct copy of the 2017 Employee Handbook Acknowledgment that Tyshaun Moultrie executed on December 7, 2021.

13.    Attached hereto as **Exhibit N** is a true and correct copy of the Employee Handbook Acknowledgment that Tyshaun Moultrie executed on December 7, 2021.

2

Docusign Envelope ID: 11B76267-7301-8927-811A-EB6969F30A69

14.     Attached hereto as **Exhibit O** is a true and correct copy of the 2017 Employee Handbook Acknowledgment that Jakira Poindexter executed on January 31, 2022.

15.     Attached hereto as **Exhibit P** is a true and correct copy of the Employee Handbook Acknowledgment that Jakira Poindexter executed on January 31, 2022.

16.     Attached hereto as **Exhibit Q** is a true and correct copy of the 2017 Employee Handbook Acknowledgment that Ryan Dickerson executed on April 7, 2022.

17.     Attached hereto as **Exhibit R** is a true and correct copy of the 2019 Employee Handbook Acknowledgment that Allysa Fitch executed on January 14, 2023.

18.     Attached hereto as **Exhibit S** is a true and correct copy of the 2023 Employee Handbook Acknowledgment that Allysa Fitch executed on September 18, 2023.

19.     The attached **Exhibits I, J, K, L, M, N, O, P, Q, R, and S** are records made at or near the time of the acts, events, or conditions described therein, by—or from information transmitted by—persons with knowledge, and were kept in the regular course of business activities of Cenergy. It is the regular practice of Cenergy to make and maintain such records, including electronically signed agreements, as part of its regularly conducted business activities.

20.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on July 23, 2026, at Hammond, Louisiana.

Signed by:

Jim Picou
Executive Vice President of Operations for Cenergy International Services, Inc.

3