# EXHIBIT J

# TABLE OF CONTENTS

EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM ......................................................... 3

EMPLOYMENT RELATIONSHIP .......................................................................................... 4

    Purpose and Intent ................................................................................................... 4

    Employment at Will ................................................................................................... 4

    Legal Right to Work .................................................................................................. 4

    Equal Employment Opportunity ................................................................................ 4

    Access to Personnel Files .......................................................................................... 5

    Bridging Tenure ........................................................................................................ 5

EMPLOYMENT GUIDELINES ............................................................................................. 6

    Anti-Harassment / Anti-Discrimination / Anti-Retaliation .......................................... 6

    Sexual Harassment ................................................................................................... 6

    Other Types of Harassment ...................................................................................... 6

    Complaint Procedure ................................................................................................ 7

    Protection against Retaliation ................................................................................... 7

    Business Ethics and Conduct ..................................................................................... 7

    Internet Usage ......................................................................................................... 7

    Confidential and Proprietary Information .................................................................. 8

    Company Information and Property Guidelines ........................................................... 9

    Conflict of Interest ................................................................................................... 9

    The Open Door Policy ............................................................................................... 9

    Mediation and Arbitration ...................................................................................... 10

    Electronic and Telephone Systems .......................................................................... 12

    External Communications ........................................................................................ 13

    Employment Reference Checks ................................................................................ 13

    Employment Verifications ........................................................................................ 13

    Business Gifts from External Parties ......................................................................... 13

    Logos and Trademark Use ........................................................................................ 13

    Outside Employment ............................................................................................... 13

    Personal Relationships in the Workplace .................................................................. 14

    Personal Appearance .............................................................................................. 14

    Progressive Discipline ............................................................................................. 14

    Disciplinary or Investigative Suspensions ................................................................. 15

Leaving the Company..................................................................................................................15

Social Media Policy...................................................................................................................16

Social Security Number Policy..................................................................................................16

HEALTH, SAFETY, AND SECURITY GUIDELINES ..................................................................17

Adverse Weather Conditions Policy..........................................................................................17

Cell Phone Usage......................................................................................................................17

Drug Testing .............................................................................................................................17

Employee Admission of Controlled Substance Use ..................................................................18

Drug and Alcohol Use...............................................................................................................18

Safety .......................................................................................................................................19

Security Inspections .................................................................................................................19

Working Smoke Free ................................................................................................................20

Visitors in the Workplace .........................................................................................................20

PAY AND BENEFITS................................................................................................................20

Rest and Meal Periods .............................................................................................................20

Overtime (Non-Exempt Employees) .........................................................................................20

General Guidelines for All Leaves ............................................................................................21

Vacation Benefits .....................................................................................................................21

Holidays....................................................................................................................................21

Sick Leave Benefits..................................................................................................................22

Bereavement Leave .................................................................................................................22

Jury Duty ..................................................................................................................................22

Election Days ...........................................................................................................................22

FML (Family Medical Leave) Please see Attachment at the back of the Handbook...................22

Military Leave............................................................................................................................22

Assignment Ending – Unemployment Procedure......................................................................23

Healthcare Benefits..................................................................................................................23

Benefits Continuation (COBRA) ...............................................................................................23

Medical Information Policy ........................................................................................................23

PERFORMANCE EXPECTATIONS ..........................................................................................24

Attendance and Punctuality......................................................................................................24

Timekeeping.............................................................................................................................25

Administrative Pay Corrections.................................................................................................25

End ...........................................................................................................................................25

# EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

The Employee Handbook ("Handbook") describes important information about Cenergy International Services. LLC ("The Company") and I understand that I should consult the Human Resources Department regarding any questions not answered in the Handbook. The Human Resources Department could be contacted via email at hr@cenergyintl.com or via phone at (832) 217-3406.

I have entered into my employment relationship with The Company voluntarily and acknowledge that there is no specified length of employment. Accordingly, The Company or I can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the Handbook may occur, except to The Company's policy of employment-at-will. I also understand that revised information may supersede, modify, or eliminate existing policies.

Furthermore, I acknowledge that this Handbook is neither a contract of employment nor a legal document. I have received the Handbook, and I understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it.

The policies, practices, and procedures in this Handbook are subject to change without prior notice. Any decision by the Company regarding the interpretation or application of policies and procedures will be final and binding on all employees concerned.

EMPLOYEE'S NAME (printed): _____

EMPLOYEE'S SIGNATURE: _____

DATE: _____

# EMPLOYMENT RELATIONSHIP

## Purpose and Intent

Please read this Employee Handbook ("Handbook") carefully. This Handbook applies to all employees of Cenergy International Services, LLC, its affiliates and subsidiaries and business partners (collectively the "Company") and is provided as a general source of information and to answer many common questions. It is not intended to be all inclusive. If there is something that you do not understand, you are responsible for contacting a member of your management team, a member of the Human Resources Department, or your supervisor for clarification. After reading the Handbook and any applicable state supplement, please sign and return the acknowledgment page.

In order to remain flexible while meeting our ongoing business needs, we reserve the right to change, revise, or eliminate any policy (other than employment at will) or benefit listed in this book, at any time and in accordance with state and federal law. This version of the Handbook supersedes any previous written or unwritten policies that contradict what is written here. You are responsible for complying with current policies of the Company.

Only changes to this Handbook which are authorized by the President and the Head of Human Resources will be recognized. We follow all federal, state, and local laws pertaining to hiring and employment. If anything in this Handbook is inconsistent with any federal, state, or local law, we will comply with the applicable law.

## Employment at Will

All employees are considered "at will" employees, which means that you are free to terminate your employment at any time. Likewise, the Company may terminate your employment for any reason, with or without prior notice and with or without good cause. No manager or supervisor has the authority to enter into a contract of employment – express or implied – that changes or alters this at-will employment relationship. The Company may, in its sole discretion, prospectively change the terms and conditions of employment, employee job duties and/or compensation at any time and for any reason. These actions do not create any contractual rights or duties and do no conflict with at-will status. This Handbook is not intended to be a contract of employment and provides no guarantee of continued employment.

**All employees are subject to a 90-day probationary period from their initial date of hire**. This probationary period will begin from the initial date of hire and will last 90 calendar days. Upon completion of the probationary period, an employee is not guaranteed continued employment for any term as the employment relationship is always "at-will" and subject to various conditions.

## Legal Right to Work

We are committed to employing only individuals who are authorized to work in the United States and who comply with applicable immigration and employment law. As a condition of employment, each new employee must properly complete, sign and date the first section of the USCIS Form I-9, on the first day that employment commences and present documentation establishing identity and employment eligibility within 72 hours of employment after that. If the employee cannot verify his/her right to work in the United States within 72 hours of employment, the Company may terminate his/her employment immediately.

## Equal Employment Opportunity

Our goal is to recruit, hire, and maintain a diverse workforce. We offer Equal Employment Opportunity and prohibit discrimination in employment opportunities or practices on the basis of sex, race, religion, gender, national origin, age (40 and over), disability, sexual orientation, military or veteran status, genetic characteristics, or any other characteristic protected by federal, state or local law. This policy of Equal Employment Opportunity applies to all policies and procedures of the Company related to recruitment, hiring, compensation, benefits, training, promotion, transfer, discipline, termination, and all other terms and conditions of employment. Our commitment to equal opportunity employment applies to all persons involved in our operations, and prohibits unlawful discrimination by any employee, including supervisors and co-workers.

If you believe you have been subjected to any form of discrimination, or if you are aware of an incident of discrimination involving another individual, please provide a written or verbal report to your supervisor, another member of management, or Human Resources at hr@cenergyintl.com or 832-217-3406 immediately. The report should be specific and should include the names of the individuals involved, the names of any witnesses, and any documentary evidence (e-mails, notes, etc.). We will investigate such complaints, attempt to resolve the situation, and communicate those results to you as appropriate. We will endeavor to protect the privacy and confidentiality of all parties involved to the extent possible consistent with a thorough investigation. If the Company determines that this policy has been violated, disciplinary action, up to and including immediate termination, will be taken. More information about this reporting process can be found in the Anti-Discrimination/Anti-Harassment/Anti-Retaliation section of this Handbook.

## Access to Personnel Files

The Company maintains a personnel file on each employee. The personnel file includes such information as the employee's job application, resume, records of training, documentation of performance appraisals and salary increases, and other employment records. Personnel files are the property of The Company, and access to the information they contain is restricted. Employee files are maintained by the Human Resources Representative and are considered confidential. Managers and supervisors other than the Human Resources Representative may only have access to personnel file information on a need-to-know basis. A manager or supervisor considering the hire of a former employee or transfer of a current employee may be granted access to the file. Personnel files are to be reviewed in the Human Resources Department. Personnel files may not be taken outside of the department. Representatives of government or law enforcement agencies, in the course of their business, may be allowed access to file information. This decision will be made at the discretion of the Human Resources Department in response to the request, a legal subpoena, or court order. Personnel file access by current employees and former employees upon request will be permitted within 3 days of the request.

## Bridging Tenure

If you are rehired by the Company within thirty-one (31) days from the date of your termination from the Company, your tenure with The Company may be bridged. Regardless of any tenure bridge, rehired employees must re-enroll for any benefit plans along with completing all required new hire paperwork. The Company will follow all federal ACA (Affordable Care Act) requirements and guidelines when establishing any waiting or measurement periods for reinstatement of employee medical benefits coverage.

## New Hire Onboarding

A prospective employee who fails to return a signed and executed Contingent Labor Agreement (Employment Agreement) within seven (7) days of receipt of the same, will be deemed as having unsuccessfully completed the Company's new hire onboarding process; the respective offer of employment with the Company may be rescinded at that time.

## Employee Training Requirements

It is the policy of Company that each employee successfully complete all mandatory training associated with and related to their respective job duties, whether required by Company and/or Company's client, within a timeframe specified by Company. Failure by employees to successfully complete all mandatory training after notice of the scheduling of such training may result in discipline, up to and including termination of existing employment.

# EMPLOYMENT GUIDELINES

## Anti-Harassment / Anti-Discrimination / Anti-Retaliation

We are committed to providing a work environment free of unlawful discrimination and harassment. Actions, words, jokes, or comments based on sex, race, religion, gender, national origin, age (40 and over), disability, sexual orientation, military or veteran status, genetic characteristics, or any other characteristic protected by federal, state or local law or ordinance or regulation, are strictly prohibited. The Company's policy applies to all persons involved in the operation of the Company and prohibits harassment by any employee of the Company, including supervisors and co-workers, as well as by any person doing business with or for the Company.

## Sexual Harassment

Sexual harassment includes unwanted sexual advances, requests for sexual favors or visual, verbal or physical conduct of a sexual nature when:
- Submission to such conduct is made a term or condition of employment;
- Submission to or rejection of such conduct is used as a basis for employment decisions affecting the individual; or
- Such conduct has the purpose or effect of unreasonably interfering with an employee's work performance or creating an intimidating, hostile or offensive working environment.

Sexual harassment includes various forms of offensive behavior. The following is a partial list:
- Unwanted sexual advances;
- Offering employment benefits in exchange for sexual favors;
- Making or threatening reprisals after a negative response to sexual advances;
- Visual conduct: leering, making sexual gestures, displaying of sexually suggestive objects or pictures, cartoons, posters or graffiti;
- Verbal conduct: making or using derogatory comments, epithets, slurs, sexually explicit jokes, comments about an employee's body or dress;
- Verbal sexual advances or propositions;
- Verbal abuse of a sexual nature, graphic verbal commentary about an individual's body, sexually degrading words to describe an individual, suggestive or obscene letters, notes or invitations;
- Physical conduct: touching, assault, impeding or blocking movements; and
- Retaliation for making harassment reports or threatening to report harassment.

This policy applies to harassment by individuals of the same sex or opposite sex. This policy also protects employees from harassment by vendors, clients/customers, or other third parties not employed by the Company. If harassment occurs on the job by someone not employed by the Company, the procedures in this policy should be followed.

## Other Types of Harassment

Harassment on the basis of the following legally protected characteristics: race, color, religion, creed, sex, pregnancy (including childbirth and related medical conditions), age (as defined under applicable law), national origin or ancestry, physical or mental disability, genetic information (including characteristics and testing) or any other consideration protected by federal, state or local laws is also prohibited. Examples of prohibited harassment include but are not limited to:
- Verbal conduct including threats, epithets, derogatory comments or slurs;
- Visual conduct including derogatory posters, photography, cartoons, drawings, emails, websites, gestures or graffiti;
- Physical conduct including assault, unwanted touching or blocking normal movement; and
- Retaliation for making harassment reports or threatening to report harassment.

## Complaint Procedure

If you witness or experience workplace harassment or discrimination by anyone, including co-workers, managers, or supervisors, or if you are aware of the harassment of and/or discrimination against others, you must immediately report such concerns to the Human Resources Hotline at 832-217-3406 or by email at hr@cenergyintl.com.

The complaint should include details of the incident or incidents, names of the individuals involved and names of any witnesses. The Company will undertake an investigation of the harassment or discrimination allegations, and will endeavor to protect the privacy and confidentiality of all parties involved to the extent possible, consistent with a thorough investigation. Everyone is expected to be truthful, accurate, and cooperative during any investigation. If the Company determines that prohibited harassment or discrimination has occurred in violation of this policy, any employee determined by the Company to have violated this policy will be subject to appropriate disciplinary action, up to and including termination. The complaining employee will be advised of the results of the investigation to the extent possible. All employees should immediately report any incidents of harassment or discrimination forbidden by this policy so that such concerns can be quickly and fairly resolved. Any report of harassment or discrimination must be made in good faith.

## Protection against Retaliation

The Company will not retaliate against employees for filing a complaint and will not tolerate retaliation. Retaliation is prohibited against any person, by another employee or by the Company, for using this complaint procedure, reporting harassment, or for filing, testifying, assisting or participating in any manner in any investigation, proceeding or hearing conducted by a governmental enforcement agency. Prohibited retaliation could include, but is not limited to, termination, demotion, suspension, failure to hire or consider for hire, failure to give equal consideration in making employment decisions, failure to make employment recommendations impartially, adversely affecting working conditions, or otherwise denying any employment benefit because of an employee's protected activity.

## Business Ethics and Conduct

The successful business operation and reputation of The Company is built upon the principles of fair dealing and ethical conduct of our employees. Our reputation for integrity and excellence requires careful observance of the spirit and letter of all applicable laws and regulations, as well as a scrupulous regard for the highest standards of conduct and personal integrity. The continued success of The Company is dependent upon our customers' trust and we are dedicated to preserving that trust. The Company will comply with all applicable laws and regulations and expects its directors, officers, and employees to conduct business in accordance with the letter, spirit, and intent of all relevant laws and to refrain from any illegal, dishonest, or unethical conduct.

In general, the use of good judgment, based on high ethical principles, will guide you with respect to lines of acceptable conduct. If a situation arises where it is difficult to determine the proper course of action, the matter should be discussed openly with your immediate supervisor and, if necessary, with the Human Resources Department for advice and consultation. Compliance with this policy of business ethics and conduct is the responsibility of every The Company employee. Disregarding or failing to comply with this standard of business ethics and conduct could lead to disciplinary action, up to and including possible termination of employment.

## Internet Usage

Access to global electronic information resources on the World Wide Web is provided by The Company or its clients to assist employees in obtaining work-related data and technology. The following guidelines have been established to help ensure responsible and productive Internet usage.

All Internet usage is limited to job-related activities. Unauthorized personal use of the Internet is not permitted. All Internet data that is composed, transmitted, or received via our computer communications systems is considered to be part of the official records of The Company or The Company's Client and, as such, is subject to investigation by law enforcement or other third parties.

**CIS Employee Handbook (revised Feb, 2019)**

The company reserves the right to monitor internet traffic and retrieve and read any data composed, sent, or received through our online connections and stored in our computer systems. The company owns and has all rights to the company's URL and any information contained within.

Data that is composed, transmitted, accessed, or received via the Internet must not contain content that could be considered discriminatory, offensive, obscene, threatening, harassing, intimidating, or disruptive to any employee or other person. Examples of unacceptable content may include, but are not limited to, sexual comments or images, racial slurs, gender-specific comments, or any other comments or images that could reasonably offend someone on the basis of race, age, sex, religious or political beliefs, national origin, disability, sexual orientation, or any other characteristic protected by law.

The unauthorized use, installation, copying, or distribution of copyrighted, trademarked, or patented material on the Internet is expressly prohibited. As a general rule, if an employee did not create material, does not own the rights to it, or has not gotten authorization for its use, it should not be put on the Internet. Employees are also responsible for ensuring that the person sending any material over the Internet has the appropriate distribution rights. All downloaded files are to be checked for viruses; all compressed files are to be checked before and after decompression.

Abuse of the provided Internet access in violation of law or The Company or Client's policies will result in disciplinary action, up to and including termination of employment. Employees may also be held personally liable for any violations of this policy.

The following behaviors are examples of previously stated or additional actions and activities that are prohibited and can result in disciplinary action:
- Sending or posting discriminatory, harassing, or threatening messages or images.
- Violation copyright or other intellectual property laws or rights.
- Using the organization's time and resources for personal gain.
- Participating in the viewing or exchange of pornography or obscene materials.
- Stealing, using, or disclosing someone else's code or password without authorization.
- Copying, pirating, or downloading software and electronic files without permission.
- Sending or posting confidential material, trade secrets, or proprietary information outside of the organization.
- Failing to observe licensing agreements.
- Sending or posting messages or material that could damage the organization's image or reputation.
- Sending or posting messages that defame or slander other individuals.
- Attempting to break into the computer system of another organization or person.
- Refusing to cooperate with a security investigation.
- Sending or posting chain letters, solicitations, or advertisements not related to business purposes or activities.
- Using the internet for political causes or activities, religious activities, or any sort of gambling
- Jeopardizing the security of the organization's electronic communications systems.

Should you have any questions regarding this policy please contact The Company's IT Department.

## Confidential and Proprietary Information

All information about our business, whether or not marked as "confidential," is the property of The Company and must not be used or disclosed, except in the course of your normal job responsibilities or when applicable law compels disclosure. The use of confidential and proprietary information about our business for personal benefit may be against the law and may subject you to civil and criminal fines and penalties.

Proprietary information is a valuable asset of the Company that must be protected. You must not disclose the Company's confidential technical, financial and business trade secrets or operating techniques to anyone outside of our Company. All documents and records containing proprietary information must be returned to your supervisor at the end of your employment. Even after you leave the Company's employment, you have a continuing obligation and duty to maintain the Company's confidential and proprietary information. In carrying out the Company's business, directors, employees, and agents often learn confidential or proprietary information about the Company, its clients, suppliers, policies, procedures, processes, and business s.

**CIS Employee Handbook (revised Feb, 2019)**                    **Page | 8**

No director, employee, or agent entrusted with or otherwise knowledgeable about information of a confidential or proprietary nature shall disclose, use, or distribute that information directly or indirectly outside the Company, either during or after employment. Any unauthorized disclosure could be harmful to the Company and/or helpful to a competitor.

Any work product created by or on behalf of the Company, its directors, employees, or agents is deemed to be proprietary. Any and all financial information, vendor terms, lease terms, employee information, development plans, or any other form of data is also deemed confidential. (The above list is not meant to be all-inclusive, but representative of types of information covered by this policy.)

Information is a business asset. The protection of all information is of the highest importance and must be discharged with the greatest care for the Company. If a director, employee, or agent is asked to supply Company information to anyone outside of the company for any reason, that request must be approved by the President.

## Company Information and Property Guidelines

This policy serves to protect the business information, property and all other assets vital to the interests and success of The Company. No Company-related information or property, including but not limited to, documents, files, records, computer files, equipment, office supplies or similar materials (except in the ordinary course of performing duties on behalf of the Company) may be removed from the Company's premises. In addition, when your employment with The Company is terminated, you must return all Company-related information and property in your possession. This includes, but is not limited to, documents, files, records, information stored on a personal computer or on a computer disk, supplies and equipment. Failure to return Company property may result in deduction of cost of equipment from final paycheck, as permitted by applicable law. Violation of this policy is a serious offense and may lead to legal action.

The Company invests a great deal of time, effort, and money to develop and protect our intellectual property, and prohibits employees from improperly using our intellectual property and the intellectual property of others, including but not limited to copyrights, trademarks, trade secrets and patents. In fulfillment of our legal obligations with respect to intellectual property rights, The Company adheres to copyright laws, including the application of those laws to copyrighted work in print, video, music, computer software and other electronic formats. Employees must not make any unauthorized reproduction of any copyrighted work.

## Conflict of Interest

If an employee's association with (or financial interest in) another person or entity would reasonably be expected to interfere with the employee's independent judgment in the Company's best interest, that association or financial interest creates a conflict of interest. Some associations or financial interests of family members (as described below) may also create conflicts of interest. Employees must avoid situations that involve them in a conflict of interest. If an employee believes he or she may have a conflict of interest, the employee must report the conflict in writing to the Human Resources Department via email at hr@cenergyintl.com or via phone at (832) 217-3406.

Employees may not knowingly maintain investment or financial interests in, or any financial relationship, management, or advisory position with, The Company's clients, customers or competitors that are substantial or that would otherwise adversely affect their independent judgment in the Company's best interest. Employees may not accept from or give to any clients, customer or other person doing business with the Company gifts, loans, services, hospitality or entertainment with a fair market value exceeding $25.00. Any gift or entertainment that could create obligations or influence a business decision is beyond the reasonable limit. Employees are prohibited from soliciting or accepting salaries, fees, commissions or any other type of compensation, rebates, or rewards for The Company doing business with clients, customers or other persons.

Employees are prohibited from taking for themselves personally opportunities that are discovered through the use of corporate property, information or position, or using corporate property, information or position for personal gain.

## The Open Door Policy

The Company's Open Door Policy encourages you to talk to your immediate supervisor, a higher level of management, either any previously mentioned or the Human Resources Department, about your concerns.

- **Immediate Supervisor**: The first place to address work-related problems is your immediate supervisor.
- **Higher Level of Management**: If your immediate supervisor cannot resolve the problem or you think the problem needs to be addressed on a different level, then you should contact the next level of management. You should then follow the chain of command in your department or region.
- **Human Resources Department**: If going through the chain of command does not resolve the problem or you think the problem needs the attention of someone outside the chain of command, then you may contact the Company's Human Resources Department for advice or assistance at 832-217-3406 or hr@cenergyintl.com.

## Mediation and Arbitration

Mediation is an informal conference moderated by a trained, neutral third person (Mediator), who will suggest ways of resolving the dispute. The Mediator's opinions and suggestions are non-binding (i.e., the mediator may not impose an agreement on the parties); however, the goal of mediation is the negotiation of a mutually acceptable resolution.

Arbitration is the submission of a dispute to a neutral third person (Arbitrator), who will hear facts & evidence presented by both parties, and then make a legally binding decision.

**Any claim, controversy, or other dispute relating to your employment with or separation from the Company, or following separation from the Company shall be resolved by arbitration, in lieu of jury trial or any other legal proceeding, pursuant to the Federal Arbitration Act (Title 9, United States Code), and in accordance with this dispute resolution program. The arbitration will be conducted by a single arbitrator who will be selected in accordance with the applicable rules of the AAA. The arbitration will be administered by the AAA regional office closest to your workplace. In the event that the AAA does not accept administration of the claim, or is unavailable, the arbitration proceeding will be administered by another nationally recognized arbitration services provider designated by The Company.**

Exclusions from Arbitration – The following claims are excluded from the requirements of mandatory arbitration:1) workers compensation claims administered by a state agency in accordance with procedures provided by state law (claims alleging workers compensation retaliation will be arbitrated pursuant to this Dispute Resolution Program); 2) administrative procedures required by state or federal law for the determination of unemployment compensation claims; (3) employment benefit claims for which administrative procedures are provided by the Company's ERISA plan; 4) claims by the Company for injunctive relief to protect Company personnel or property rights, or to enjoin the breach of a legal or contractual duty owed by a current or former employee to the Company or for money owed to the Company by an employee, whether by theft, breach of a Company policy or otherwise; and 5) claims not arbitrable under applicable law. Claims related to the subject matter of exclusions 1 through 3, which are not subject to administrative remedies, will remain subject to arbitration (e.g., a claim following exhaustion of administrative remedies, or a claim for which there is no administrative remedy).

All claims covered under this Program must be submitted on an individual basis. No claims may be arbitrated on a class or collective basis unless required by applicable law. Both parties expressly waive any right with respect to any claims to submit, initiate, or participate in a representative capacity or as a plaintiff, claimant, or member in a class action, collective action, or other representative or joint action, regardless of whether the action is filed in arbitration or in court.

The arbitrator's authority to resolve disputes and make awards under this Dispute Resolution Program is limited to disputes between (1) an individual and The Company; and (2) the individual and any current or former officers, directors, employees and agents, if such individual is sued for conduct within the scope of their employment. No arbitration award or decision will have any preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration.

**Initiation of Mediation**: If arbitration has been demanded, either party may require that the dispute first be submitted to mediation. However, if arbitration has not yet been demanded, either party may give written notice to the other that a dispute exists, and contact the AAA to request submission to mediation. The mediator's compensation will be split equally between the parties. Any dispute remaining unresolved after mediation will remain subject to the arbitration requirements of this Dispute Resolution Program, including any claims arising in connection with the performance or breach of an agreement reached in mediation.

**Initiation of Arbitration** – To initiate arbitration, the initiating party must give the other party written notice of a demand for arbitration prior to expiration of the statute of limitations applicable to the claim. An employee must also comply with

the applicable deadlines for filing a charge of discrimination with any federal, state or local agency (such as the Equal Employment Opportunity Commission, Texas Commission on Human Rights or other comparable commission); and the timely filing of such a charge is a prerequisite to filing a claim under this arbitration program for any claim in which the applicable law requires a charge to be filed with a federal, state or local commission. The arbitrator's compensation will be paid per AAA Rules.

**Arbitration Procedures** – The following procedures will be followed in arbitration:

- Pleadings - The Demand for Arbitration must be include or be accompanied by a reasonably detailed statement of the factual basis of the claim and legal theories of recovery.
- Consolidation of Claims - Neither party will have the right to participate in a class, representative or collective actions, as a class representative, class member or an opt-in party, act as a private attorney general or join or consolidate claims with claims of any other person or entity, and the arbitrator shall not have the power to treat any claim as a collective, class or consolidated claim.
- Dispositive Motions - The Arbitrator will entertain and rule on dispositive motions (e.g., summary judgment motions), that would dispose of all or some of the case based on questions of law.
- Scheduling Order - At a preliminary case management hearing (teleconference), the Arbitrator will establish deadlines (in consultation with the parties or their counsel if an agreement can be reached, or unilaterally if an agreement cannot be reached) for each party to: amend their claims, file dispositive motions and obtain rulings thereon, designate fact and expert witnesses, complete discovery, identify and exchange documents and exhibits for the hearing, submit pre-hearing briefs, and any other deadlines deemed appropriate by the Arbitrator.
- Discovery - The arbitrator will permit and set deadlines for the completion of the following discovery under the standards generally applicable by the Federal Rules of Civil Procedure: up to 15 Interrogatories per party, including subparts; up to 25 Requests for Production per party, including subparts; depositions of the parties to the proceeding; up to four depositions of non-party witnesses (not including experts); any technical experts designated to testify; third party document subpoenas as appropriate; and any other discovery to which the parties agree.
- Award - The arbitrator's award will be issued within 60 days after conclusion of the hearing (or submission of post-hearing briefs, if applicable) and include reasons for the decision. The arbitrator shall only be permitted to award those remedies in law or equity which are requested by the parties in the pleadings and which he/she determines to be supported by the credible, relevant evidence. The arbitrator shall have the same authority to award remedies and damages as provided to a judge and/or jury under applicable statutes or common law. Each party shall be responsible for its own attorneys' fees, except as provided by law. The arbitrator may award attorney's fees and costs of arbitration to a prevailing party. A party that recovers no more than was previously offered in a written offer of settlement shall not be entitled to recovery of attorney's fees incurred after the date the offer of settlement was made, unless otherwise required by law. The arbitration award will also be subject to any offer of settlement or offer of judgment statutes or rules applicable to a proceeding under state or federal law.

**NO ARBITRATOR OR COURT MAY ODER, PERMIT OR CERTIFY A CLASS ACTION, REPRESENTATIVE ACTION, PREIVATE ATTORNEY GENERAL LITIGATION OR CONSOLIDATED ARBITRATION IN CONNECTION WITH ANY CLAIM. NO ARBITRATOR OR COURT MAY ORDER OR PERMIT A JOINDER OR PARTIES IN CONNECTION WITH ANYCLAIM, UNLESS BOTH YOU AND THE COMPANY CONSENT TO SUCH JOINDER IN WRITING. BY ACCEPTING THIS ARBITRATION AGREEMENT, YOU AGREE TO WAIVE THE RIGHT TO INITIATE OR PARTICIPATE IN A CLASS ACTION, REPRESENTATIVE ACTION, PRIVATE ATTORNEY GENERAL LITIGATION OR CONSOLIDATED ARBITRATION RELATED TO ANY CLAIM.**

The arbitration will be governed by the following rules and procedures, in order of priority: 1) the procedures set forth in this Dispute Resolution Program; 2) applicable AAA Rules; 3) the Federal Rules of Civil Procedure; and 4) the Federal Arbitration Act.

Review and Appeal of Award: The arbitrator's award may be confirmed, entered and enforced as a judgment in a court having jurisdiction, subject to appeal only on the following grounds: 1) the arbitrator's mistake in resolving a question of law; 2) no evidence to support the award or some element of the award; or 3) vacation, modification or correction of the award in accordance with either Sections 10 or 11 of the Federal Arbitration Act. An appeal shall be first to an appellate arbitrator, if provided for in the applicable AAA Rules, and then to a federal district court having jurisdiction and venue where the arbitration was conducted. An appeal shall be governed by the same standard of review, rules and procedures applicable to an appeal of a judgment from a federal district court, sitting without a jury, to a federal circuit court of appeals. The federal district court shall be the court of last resort except on questions of law, in which case the U.S. Supreme Court will be the court of last resort.

**This Dispute Resolution Program and agreement will be governed by and construed in accordance with the substantive laws of the State of Texas without giving effect to any principle of conflict of laws that would require the application of the laws of any other jurisdiction.**

In the event that any provision of this Dispute Resolution Program is determined by the arbitrator or by a court of competent jurisdiction to be illegal, invalid or unenforceable to any extent, such term or provision shall be enforced to the extent permissible under the law and all remaining terms and provisions hereof shall continue in full force and effect. The Dispute Resolution Program establishes a procedure for resolving your workplace disputes, but does not establish any other terms of your employment, or modify your employment-at-will status, or create a contract of employment, express or implied, for any period of time. If after reading the Dispute Resolution Program you have questions or would like more information about how the program works, please contact the Human Resources Department via email at hr@cenergyintl.com or via phone at (832) 217-3406.

## Electronic and Telephone Systems

We provide electronic systems (like computers, faxes, telephones, and electronic mail and voice mail systems) for the use of our employees to assist in the conduct of business and for the benefit of the Company and its clients and vendors. Employees should use these systems with the understanding that all of these systems and all of the information created, conveyed or stored in or through them is the property of the Company.

The personal use of Company electronic systems is not appropriate, and you should note that certain messages may be electronically stored so that even when deleted by the recipient, they can be retrieved. Please be aware that unauthorized or improper use of our computer system is prohibited, as is the installation of any unauthorized software. The Company reserves the right to retrieve and read any message composed, sent or received through its electronic systems. Employees may access only messages, files or programs, whether computerized or not, that they have permission to enter. Unauthorized review, duplication, dissemination, removal, damage or alteration of files, passwords, computer systems or programs, voicemail messages, or other property of the Company, or improper use of information obtained by unauthorized means, may result in discipline up to and including termination. All IT policies and procedures must be followed at all times.

The Company AND ITS Clients may provide telephones for your use in conducting Company business. We understand that you will from time-to-time find it necessary to use a provided phone to make or receive personal calls, and may occasionally need to make or receive a personal call during work time. To the extent possible, all personal calls should be made during your breaks, or before or after work. Those that must be made or taken during work hours should be kept as brief as possible, and taken or made so as to minimize the impact on productivity. Excessive personal use of phones may result in discipline up to and including termination.

We reserve the right, at any time, for any reason, and without notice to or consent of users, to access all information conveyed or stored anywhere on any of our electronic systems, including telephone calls and electronic mail messages, even if the information has been password protected or encrypted. We may use the information so obtained for any legal purpose including disclosure to third parties, subject only to applicable law, but otherwise in our sole discretion. We may exercise this right in the course of an investigation or as we deem necessary to locate substantive information that is not more readily available by some other less intrusive means. We may disclose the contents of any electronic communication sent to or received by any employee and may use information regarding the number, sender, recipient and address of messages sent over the electronic mail system for any purpose.

The Company does not allow use of audio/video recording devices unless prior approval has been given by the Company or Human Resources Department. In addition, all parties must first consent to the recording.

Employees should understand they have no right to privacy as to any information or file transmitted or stored through the provided computer systems, voicemail, electronic mail, or other technical resources. Misuse of our electronic communications systems is serious misconduct and may result in discipline up to and including termination.

## External Communications

External communications are critical to the way we are perceived by the media, business contacts and the general public. Such perceptions have a direct impact on the success of our Company.

The Company is responsible for all official external communications and must approve, in advance, all press releases, presentations at industry functions, responses to media inquiries and all interviews with the media. You are not authorized to provide any information on behalf of the Company to the media. Nor should you communicate to any non-employee (clients, business associates) any confidential information concerning The Company. Refer all inquiries to the Company's President at the Houston Office phone: 713-965-6200.

## Employment Reference Checks

To ensure that individuals who join The Company are well qualified and have a strong potential to be productive and successful, the Company may check the employment references of all applicants.

## Employment Verifications

The Human Resources Department will respond in writing only to those reference check inquiries that are submitted in writing. Responses to such inquiries will confirm only dates of employment, wage rates, and position(s) held. No employment data will be released without a written authorization and release signed by the individual who is the subject of the inquiry. Please allow 1 to 2 business days for the employment verification to be processed.

## Business Gifts from External Parties

Do not accept any business gifts with a value in excess of $25.00 without the written approval of the President. Never accept any type of business gift at your home address. To ensure that no doubt whatsoever about the objectivity of decisions which have been taken can arise at a later time, any and all offered business gifts must be reported to the President. These naturally do not include regular promotional materials.

Business Gifts include but are not limited to;
- Invitations to any events, entertainment, trips, and conferences.
- Gifts of any kind for any amount over $25.00.

All employees are responsible for the implementation of and compliance with this policy. Managers are, in addition to this, also responsible for acquainting the employees for whom they are responsible with this policy, for motivating and enabling them to comply with this policy and for offering the possibility to discuss any questions relating to the policy. Please feel free to contact Human Resources for any questions regarding the above policy via email at hr@cenergyintl.com or via phone at (832) 217-3406.

## Logos and Trademark Use

Our corporate identity is based on the application of our logos and corporate signature. Every application of these logos should strengthen the Company's image and must be done with care and with the highest quality standards. These symbols are the exclusive property of the Company and/or its subsidiaries, and are protected by trademark law. If you have any questions regarding the proper use of the Company's registered trademarks, please contact the HR Department.

## Outside Employment

As an employee of our Company, you are expected to devote your full business attention to our Company and act in its best interests at all times. A conflict of interest may exist if you are employed simultaneously by a client's competitor if you have other employment that interferes with your job performance or responsibilities.

In such a situation, special care must be taken to respect the loyalty and confidentiality that you have to our Company and Clients. If your supervisor believes that a conflict may exist, the Human Resources Department must then be contacted

for review and/or approval. We may rescind our approval for outside employment if, for any reason, we subsequently deem it not to be in the Company's best interests.

Employees may not solicit outside work while on Company or Client premises.

## Personal Relationships in the Workplace

We hope you will tell your friends and family about your job and what a great Company you work for. In fact, it is okay for family members to also work for the Company. However, they will not be hired into positions where they directly or indirectly supervise or will be supervised by another family member or where a family member has decision-making power over any terms and conditions of their employment (including but not limited to compensation, performance reviews, job duties, or title).  Further, such relatives will not be placed in positions where they work with or have access to sensitive information regarding an immediate family member.  If two employees become related and/or fall within any of the circumstances outlined above, one of them may be transferred to another position or department, if feasible, or one of them may be asked to resign. You must immediately inform your manager and the Human Resources Department when a relationship exists that could fall within this policy.

## Personal Appearance

Dress, grooming, and personal cleanliness standards contribute to the morale of all employees and affect the business image The Company and its clients present to customers and visitors. During business hours or when representing The Company, you are expected to present a professional clean, neat, and tasteful appearance. You should dress and groom yourself according to the requirements of your position. This is particularly true if your job involves dealing with customers or visitors in person.

Your supervisor or department head is responsible for establishing a reasonable dress code appropriate to the job you perform. Consult your supervisor if you have questions as to what constitutes appropriate appearance; where necessary, reasonable accommodation may be made to a person with a disability.

Without unduly restricting individual tastes, the following personal appearance guidelines should be followed (unless otherwise specified):

- Tank tops, tube or halter tops, or shorts may not be worn under any circumstances.
- Mustaches and beards must be clean, well-trimmed, and neat.
- Offensive body odor and poor personal hygiene is not professionally acceptable.
- Perfume, cologne, and aftershave lotion should be used moderately, as some individuals may be sensitive to strong fragrances.

## Progressive Discipline

The purpose of this policy is to state The Company's position on administering equitable and consistent discipline for unsatisfactory conduct in the workplace. Please note that, when working on a Client site, the Client's policies in discipline, as long as executed lawfully, will prevail. The best disciplinary measure is the one that does not have to be enforced and comes from good leadership and fair supervision at all employment levels. The Company's own best interest lies in ensuring fair treatment of all employees and in making certain that disciplinary actions are prompt, uniform, and impartial. The major purpose of any disciplinary action is to correct the problem, prevent recurrence, and prepare the employee for satisfactory service in the future.

Although employment with The Company is based on consent and the employee, Client, and The Company have the right to terminate employment at will, with or without cause or advance notice, The Company may use progressive discipline at its discretion.

Disciplinary action may call for any of the following four steps depending on the severity of the problem and the number of occurrences. There may be circumstances when one or more steps are bypassed:

1. Verbal warning
2. Written warning
3. Final Warning / Suspension with or without pay
4. Termination of employment

The Company recognizes that there are certain types of employee problems that are serious enough to justify either a suspension, or, in extreme situations, termination of employment, without going through the usual progressive discipline steps.

By using progressive discipline, we hope that most employee problems can be corrected at an early stage, benefiting both the employee and The Company.

## Disciplinary or Investigative Suspensions

Disciplinary Suspensions - Employees may be suspended without pay to consider their commitment to performance improvement. The length of suspension should be appropriate to the offense committed given the employee's work record (including prior discipline). Benefits may lapse while on an unpaid suspension. (Investigative Suspensions - Employees may be withheld from service, with pay, pending an investigation into performance or attendance issues.)

If an employee would like to make a formal complaint regarding a manager or employee this must be done in writing and submitted to Human Resources. If an employee would like to file a grievance pertaining to a write up he/she received, this must also be done in writing and submitted to Human Resources. Human Resources and a member of Sr. Leadership will review the information to determine if the write up will be removed from the employee's file. The Human Resources Department could be contacted via email at hr@cenergyintl.com or via phone at (832) 217-3406.

The Company encourages all employees to speak with Human Resources or Sr. Leadership regarding any concerns they may have about the Company, managers, clients or The Company policies.   The Company does not tolerate retaliation towards employees who make a complaint against any member in the organization. The Company is also committed to providing a work environment that is free from all forms of discrimination.

## Leaving the Company

The employment relationship is based on the consent of the employee, the Client, the Company, and the duration of the project. Either the employee or the Company can terminate the employment relationship at any time, for any reason, or for no reason at all. Below are examples of some of the most common circumstances under which employment is terminated:

**Resignation** - voluntary employment termination initiated by an employee:
The Company requests, and appreciates, that the employee provides adequate advance notice in writing. The requirements to maintain a rehire status include, but are not limited to, providing the Company a two week notice in writing and returning all Company issued items.

**Discharge** - involuntary employment termination initiated by the organization:
An employee who does not return to work before recall rights expire or all available sick or leave time has expired will be discharged.  In addition, an employee who fails to call in or show up for scheduled work for three consecutive days will be considered to have abandoned the job and will be administratively terminated.

**Layoff** - involuntary employment termination initiated by the organization for non-disciplinary reasons.

**Retirement** - voluntary employment termination initiated by the employee meeting age, length of service, and any other criteria for retirement from the organization.

The Company will periodically schedule exit interviews at the time of voluntary employment termination. The exit interview will afford an opportunity to discuss such issues as employee benefits, conversion privileges, repayment of outstanding debts to The Company, or return of The Company-owned property. Suggestions, complaints, and questions can also be voiced.

Employee benefits will be affected by employment termination in the following manner: All accrued, vested benefits that are due and payable at termination will be paid. Some benefits may be continued at the employee's expense if the employee so chooses. Questions and concerns can be directed to the Human Resources Department contacted via email at hr@cenergyintl.com or via phone at (832) 217-3406.

## Social Media Policy

The policy provides guidance on a few non-negotiables that The Company has with regards to employees participating in social networking (Facebook, Twitter, LinkedIn, etc.) or any other online conversations and social media. The following are the Company's expectations with regards to employees' social media activity:
- Employee social media activity is subject to complying with all of the policies in this Handbook.
- The personal use of Facebook, Twitter, or any other social networking websites is not allowed during the workday unless you are on a personnel break.
- Company President's approval is required for authors who use electronic resources of the Company to send "tweets", "updates", or other public messages.
- Any messages that might act as the "voice" or position of the Company must be approved by the Company President.

## Social Security Number Policy

To protect employees' personal information, The Company prohibits the use of employees' Social Security numbers for identification purposes, except as allowed by law. The Company will not:

- Publicly post or publicly display in any manner an employee's Social Security number. "Publicly post" or "publicly display" means to intentionally communicate or otherwise make available to the general public.
- Print an employee's Social Security number on any card required for the employee to access products or services provided by The Company.
- Require an employee to transmit his or her Social Security number over the Internet, unless the connection is secure or the Social Security number is encrypted.
- Require an employee to use his or her Social Security number to access an Internet web site, unless a password or unique personal identification number or other authentication device is also required to access the Internet web site.
- Print an employee's Social Security number on any materials that are mailed to the employee, unless state or federal law requires the Social Security number to be on the document to be mailed.

However, Social Security numbers may be included in applications and forms sent by mail, including documents sent as part of an application or enrollment process; or to establish, amend, or terminate an account, contract, or policy; or to confirm the accuracy of the Social Security number. In instances where The Company previously used an employee's Social Security number in a manner inconsistent with this policy, it will continue using that employee's Social Security number in that manner, if all of the following conditions are met:

The use of the Social Security number is continuous. If the use is stopped for any reason, the conditions listed above will apply. The employee is provided an annual disclosure that informs the employee that he or she has the right to stop the use of his or her Social Security number in a manner prohibited by those conditions listed above. A written request by an employee to stop the use of his or her Social Security number in a prohibited manner will be implemented within 30 days of the receipt of the request. The Company will not deny services to an employee because the employee makes a written request to stop the use of his or her Social Security number. The Company will continue to collect, use, or release Social Security numbers as required by state or federal law, and may use Social Security numbers for internal verification or administrative purposes. Employees who have questions about this policy or who feel that their Social Security number has been used inappropriately by The Company should contact the Human Resources Department via email at hr@cenergyintl.com or via phone at (832) 217-3406.

# HEALTH, SAFETY, AND SECURITY GUIDELINES

## Adverse Weather Conditions Policy

It is the policy of The Company and its clients to remain open during most periods of inclement weather; however, where extraordinary circumstances warrant, the Company and its clients reserve the right to close the facility. Thus, employees are encouraged to contact their supervisor during periods of adverse weather to find out if the facility is open or closed on a given day.

## Cell Phone Usage

The Company provides cellular telephones to some employees as a business tool. They are provided to assist employees in communicating with management and other employees, their clients, associates, and others with whom they may conduct business. Cell phone use is primarily intended for business-related calls. However, occasional, brief personal use is permitted within a reasonable limit. Cell phone invoices may be regularly monitored. It is The Company's policy that cell phones may not be used while driving unless using a hands free device.

Texting and emailing are prohibited while the vehicle is not in the parked position. Employees should remember that their primary responsibility is driving safely and obeying the rules of the road. The safety of our employees is of primary importance to the Company. To that end, employees are instructed that conducting Company business on a cell phone while driving is prohibited unless a hands free device is in operation. If a hands free device is not available, the employee shall pull over where possible to safely use the cell phone. When employees are working on a client job/location, the more stringent policy of the two supersedes the other.

Only employees authorized by the Company President will be reimbursed for business-related matters using their personal cell phone, unless otherwise stated in an executed Employment Agreement. It is the employee's responsibility to submit a copy of their monthly cell phone bill via e-mail to their Manager in order for the reimbursement to be approved and processed via Payroll. Please refer to the *'Cenergy Expense Reimbursement Policy'* for additional information.

## Drug Testing

### Non DOT Testing

The Company is committed to providing a safe, efficient, and productive work environment for all employees. Using or being under the influence of drugs or alcohol on the job may pose serious safety and health risks. To help ensure a safe and healthful working environment, job applicants and employees may be asked to provide body substance samples (such as urine, hair, and/or blood, breath, saliva) to determine the illicit or illegal use of drugs and alcohol.

Prior to testing, the applicant that receives an offer shall be afforded the opportunity to voluntarily sign a Substance Use Testing Consent Form. If an applicant that receives an offer is asked to sign a consent form and refuses, consideration for employment shall be withdrawn. When an applicant that receives an offer fails to provide a non-negative test for the sample tested, consideration for employment shall be withdrawn.

Company personnel are subject to the following tests:
- Pre-Employment/Post Offer
- Random
- Post Incident
- Reasonable Suspicion/Probable Cause
- Return to Work
- Follow-up Test

### Random (where permitted by state law)

Random testing will be applicable to all employees of the Company except where our employees work within a client's domain not requiring random testing. A method of random selection will be administered by the independent testing service to ensure that an employee is selected by chance. All employees will be in the random selection pool every time a drawing is made. No employee will be excluded merely because he/she has previously been randomly selected and tested. Random

testing will be conducted at an annual rate of at least 25 percent. The Company reserves the right to alter the random testing rate.

## Employee Admission of Controlled Substance Use

Employees who admit to controlled substances use are subject to the referral, evaluation and treatment requirements of the Company Policy, that is; evaluation by a Substance Abuse Professional, required treatment, follow-up testing, etc. An employee is not permitted to self-identify in order to avoid testing under the requirements of this Policy. An employee must make an admission of controlled substances use prior to reporting for duty. The employee will not be permitted to return to work until the Company is satisfied that the employee has been evaluated and has successfully completed education and/or treatment requirements as directed by a Substance Abuse Professional. Prior to the employee returning to work, the employee shall undergo a return-to-duty controlled substance test with a verified negative test result.

Violation of this Policy shall result in disciplinary action, up to and including termination, even for a first offense.

This testing program will be conducted in accordance with the standards of the United States Department of Transportation (DOT), 49 CFR Part 40, PROCEDURES FOR TRANSPORTATION WORKPLACE DRUG AND ALCOHOL TESTING PROGRAMS except when those standards are in conflict with this Policy or when not applicable to a non-DOT testing program (e.g.: custody and control form used for specimen collection). 49 CFR Part 40 procedures, which will be applied to this testing program, include, but are not limited to, use of a specimen collection site with trained personnel, split specimen collection, use of a laboratory certified by the Department of Health and Human Services (DHHS or HHS), and use of a Medical Review Officer (MRO) to investigate laboratory positives.

A copy of the drug testing policy will be available to all employees. Employees will be asked to sign an acknowledgement form indicating that they have received or reviewed a copy of the drug testing policy. Questions concerning this policy or its administration should be directed to the HSSE Department. All information will remain confidential.

### DOT Testing
When Company employees are working for a client and their job scope places them under the requirements of the Department of Transportation Testing, the employee will be tested under the requirements meeting the applicable DOT program. Determination of your testing requirements may be obtained by contacting the HSSE Department.

## Drug and Alcohol Use

It is The Company's desire to provide a drug-free, healthful, and safe workplace. To promote this goal, employees are required to report to work in appropriate mental and physical condition to perform their jobs in a satisfactory manner.

While on The Company premises and while conducting business-related activities off The Company premises, no employee may use, possess, distribute, sell, or be under the influence of alcohol or illegal drugs. The legal use of prescribed drugs is permitted on the job only if it does not impair an employee's ability to perform the essential functions of the job effectively and in a safe manner that does not endanger other individuals in the workplace.

Violations of this policy may lead to disciplinary action, up to and including immediate termination of employment, and/or required participation in a substance abuse rehabilitation or treatment program. Such violations may also have legal consequences.

Employees with drug or alcohol problems that have not resulted in, and are not the immediate subject of, disciplinary action may request approval to take unpaid time off to participate in a rehabilitation or treatment program. An employee is not permitted to self-identify in order to avoid testing under the requirements of the Company's Controlled Substance Abuse Policy. An employee must make an admission of controlled substances use prior to reporting for duty. This reporting must be done to a supervisor or to the Human Resources department. All information will remain confidential. .

Employees with questions on this policy or issues related to drug or alcohol use in the workplace should raise their concerns with the Human Resources Department without fear of reprisal. All information will remain confidential.

## Safety

The Health, Safety, and Security of The Company's employees are a vital part of the way that The Company conducts business. Management is committed to ensuring a workplace conducive to health, safety, security and environmental soundness, free of recognized hazards.

As a The Company employee you will be expected to comply with all applicable Health Safety Security and Environmental (HSSE) policies and procedures as well as any local, state and federal regulations affecting your work. You will be given the opportunity to review these during your new hire orientation. The HSSE policies and procedures are located in the HSSE Policies and Procedures Manual. You may contact your manager for the location of the latest edition. The electronic copy will be the only controlled copy. All printed copies are for reference and are not controlled copies.

If you are one of our employees working on a client's site, you will be expected to comply with the client's rules and regulations for their Health Safety Security and Environmental programs. The more stringent and applicable policy or procedure will apply. If in doubt, contact your immediate supervisor for guidance.

Each employee is expected to take ownership in maintaining a safe workspace. This is achieved by being aware of your immediate surroundings. Maintaining a neat and orderly workspace is important in the prevention of slips, trips, and falls.

Good practices such as the following assist in ensuring a safe and secure work area:

- Store and place files and other papers in an approved filing cabinet.
- Do not overload file cabinets and other storage
- File drawers should be closed after use
- Sensitive information should be covered when in the open on your desk
- Use only Company approved electrical devices for your work area
- Use good posture and ergonomics at your workplace/station

Report all near misses and incidents to your immediate supervisor—**immediately! This is a condition of continued employment.** Ensure that you are aware of your emergency exits and the procedures you were given during your orientation and various drills. Maintain good hygiene—wash your hands as needed, do not consume or ingest anything without cleansing.

Direct any safety issues or concerns to your immediate supervisor or the HSSE Department; you may contact the HSSE Department at 713-965-6157.
**Remember our Safety Slogan—"The Company Achieving Safety Together!" (CAST)**

## Security Inspections

The Company wishes to maintain a work environment that is free of illegal drugs, alcohol, firearms, explosives, or other improper materials. To this end, The Company prohibits the possession, transfer, sale, or use of such materials on its premises. The Company requires the cooperation of all employees in administering this policy. Desks, lockers, and other storage devices may be provided for the convenience of employees but remain the sole property of The Company. Accordingly, they, as well as any articles found within them, can be inspected by any agent or representative of The Company at any time, either with or without prior notice.

The Company likewise wishes to discourage theft or unauthorized possession of the property of employees, The Company, visitors, and customers. To facilitate enforcement of this policy, The Company or its representative may inspect not only desks and lockers but also persons entering and/or leaving the premises and any packages or other belongings. Any employee who wishes to avoid inspection of any articles or materials should not bring such items onto The Company's premises.

## Working Smoke Free

The Company is committed to providing a safe and healthy work environment for all employees. The Company's facilities are smoke free; smoking is permitted in authorized areas only. This policy applies equally to all employees, customers, and visitors.

## Visitors in the Workplace

To provide for the safety and security of employees and the facilities at The Company or The Company's clients, only authorized visitors are allowed in the workplace. Restricting unauthorized visitors helps maintain safety standards, protects against theft, ensures security of equipment, protects confidential information, safeguards employee welfare, and avoids potential distractions and disturbances.

All visitors must enter The Company's corporate offices at the reception area. Authorized visitors will be escorted to their destination by a The Company employee. Employees are responsible for the conduct and safety of their visitors. If an unauthorized individual is observed on The Company's premises, employees should immediately notify their supervisor or, if necessary, direct the individual to the reception area.

# PAY AND BENEFITS

The Company complies with all federal and state-required deductions for income tax withholding purposes. All employees are required to complete the federal W-4 form, as well as any state tax form (if applicable), at time of hire. *It is the employee's sole responsibility to notify the Company of any specific exemption or other qualifying factors that may prohibit specific tax withholdings.* Only after an employee submits such exemption documentation to the Company, the Company will verify and process the exemption as of the **date received** from the employee, and, in accordance with federal and state guidelines.

## Rest and Meal Periods

Each workday, full-time nonexempt employees are provided with 2 rest periods. Supervisors will advise employees of the regular rest period length and schedule. To the extent possible, rest periods will be provided in the middle of work periods. Since this time is counted and paid as time worked, employees must not be absent from their workstations beyond the allotted rest period time.

All full-time employees are provided with one meal period each workday. Supervisors will schedule meal periods to accommodate operating requirements. Employees will be relieved of all active responsibilities and restrictions during meal periods and will not be compensated for that time.

## Overtime (Non-Exempt Employees)

When operating requirements or other needs cannot be met during regular working hours, employees may be scheduled to work overtime hours. When possible, advance notification of these mandatory assignments will be provided. All overtime work must receive the supervisor's prior authorization by e-mail or in writing. Overtime assignments will be distributed as equitably as practical to all employees qualified to perform the required work.

Overtime compensation is paid to all nonexempt employees in accordance with federal and state wage and hour laws. Overtime pay is based on actual hours worked. Time off on sick leave, vacation leave, or any leave of absence will not be considered hours worked for purposes of performing overtime calculations.

Failure to work scheduled overtime or overtime worked without prior authorization from the supervisor may result in disciplinary action, up to and including possible termination of employment.

## Pay practices – Employee Inactivations & Rehires

An employee who is working on a project basis, or, is not actively working on an assignment for more than (2) consecutive pay periods, will result in the employee being inactivated due to a lack of work.

An employee returning to the Company for a re-activated work assignment, or, a new work assignment, must follow the Company's standard re-hire procedures in regards to background check, drug & alcohol testing and Form I-9 compliance. Please refer to the internal 'Employee Inactivations & Rehire Policy' for more information.

## Alternative Work Schedules

In certain work locations, alternative work schedules (AWS) may be in place. The Company follows all state-specific employee notification and payment requirements, including Overtime & Double time, as determined by the applicable AWS. Employees working on an AWS should refer to their Alternative Work Schedule Agreement for specific information regarding payroll guidelines and OT/DT eligibility criteria as defined in their AWS work week.

**California-employees**: For employees working in California on an alternative work schedule, the Company administers an annual voting procedure during the first quarter of each calendar year for all employees actively working in an alternative work schedule position.

## General Guidelines for All Leaves

The Company attempts to accommodate the requests of eligible employees for leaves of absence. Employees requesting a leave are responsible for following the applicable leave guidelines.

- Leave requests should be submitted to Human Resources in writing prior to the need for leave. Employees may be required to successfully complete a drug or alcohol test, background check, release from physician and training prior to returning to work from any leave of absence. If the terms outlined in this section conflict with any applicable federal, state, local or international laws, then the terms of the conflicting law will prevail.
- The granting of some types of leaves of absence is governed by operational needs, and requests for such leaves may be denied solely on such grounds. Unless a leave is required by law, The Company's decision to grant or deny a leave request is final and binding.
- Even when employees are granted leaves of absence, the need for The Company's services continues. Therefore, an employee's position may be filled if the absence exceeds the approved leave period. The employee should be in contact with his/her supervisor and Human Resources before he leave expires.

For specific information on a leave of absence, contact your supervisor or your Human Resources Department. The Human Resources Department could be contacted via email at: hr@cenergyintl.com or via phone at (832) 217-3406.

## Vacation Benefits

The Company complies with all federal, state, and local laws regarding vacation benefits offered to employees. Please refer to the **Benefits Summary** provided by the Human Resources Department for more information.

## Holidays

The Company complies with all federal, state, and local laws regarding paid holiday benefits offered to employees. Please refer to the **Benefits Summary** provided by the Human Resources Department for more information. Employees who are eligible to receive holiday pay (as outlined in the employee's designated Benefits Summary) will receive eight (8) hours of pay for **Company-observed** holidays.

## Sick Leave Benefits

The Company complies with all federal, state, and local laws regarding sick leave benefits offered to employees. Please refer to the **Benefits Summary** provided by the Human Resources Department for more information.

## Bereavement Leave

The Company complies with all federal, state, and local laws regarding bereavement leave benefits offered to employees. Please refer to the **Benefits Summary** provided by the Human Resources Department for more information.

## Jury Duty

The Company complies with all federal, state, and local laws regarding time off to report to jury duty and/or serve on a jury.

## Election Days

The Company complies with all laws regarding time off to vote in all federal, state, and local elections.

## FMLA (Family Medical Leave Act) please see Attachment at the back of the Handbook

Cenergy provides medical leave of absence without pay to eligible employees who are temporarily unable to work due to a serious health condition or disability. See the attached Exhibit for a more detailed explanation of The Company's FMLA policy. If an employee has a need for a Family/Medical leave she/he must contact Human Resources at **as soon as the need for leave is known**. The Human Resources Department could be contacted via email at hr@cenergyintl.com or via phone at (832) 217-3406.

**Employees in California**
If applicable, CFRA leave or any other applicable state leave will run concurrent with FMLA.

**Benefits Premium payment (Employee Responsibility)**
It is the employee's responsibility to provide timely payment of his/her portion of all applicable medical benefit coverage premiums while on unpaid leave. Employees must provide payment to the Company in the form of check or money order for the following month's premiums; "Make-up" deductions will not be processed upon return of leave for re-payment of employee premiums owed.

If an employee does not remit timely payment to the Company for his/her portion of medical premiums, written notice will be sent to the employee's address on file via certified mail. Failure to remit any missed premium payments within 30 days following receipt of the Company's written notice will result in the termination of the employee's current medical benefits coverage.

## Military Leave

A military leave of absence will be granted to employees who are absent from work because of service in the U.S. uniformed services in accordance with the Uniformed Services Employment and Reemployment Rights Act (USERRA). Advance notice of military service is required, unless military necessity prevents such notice or it is otherwise impossible or unreasonable.

Contact the Human Resources Department at 832-217-3406 for more information or questions about military leave.

## Assignment Ending – Unemployment Procedure

Cenergy complies with all applicable federal and state laws, regulations and guidelines as to unemployment. Cenergy does not determine unemployment benefits eligibility.

## Healthcare Benefits

The Company offers Affordable Care Act (ACA) compliant healthcare benefits to all full-time employees working at least 30 hours per week. Please refer to the Benefit Guide or contact Human Resources at hr@cenergyintl.com or via phone at (832) 217-3406.

## Benefits Continuation (COBRA)

The federal Consolidated Omnibus Budget Reconciliation Act (COBRA) gives employees and their qualified beneficiaries the opportunity to continue health insurance coverage under The Company's health plan when a "qualifying event" would normally result in the loss of eligibility. Some common qualifying events are resignation, termination of employment, or death of an employee; a reduction in an employee's hours or a leave of absence; an employee's divorce or legal separation; and a dependent child no longer meeting eligibility requirements. Under COBRA, the employee or beneficiary pays the full cost of coverage at The Company's group rates plus an administration fee. The Company provides each eligible subscriber with a written notice describing rights granted under COBRA when the employee becomes eligible for coverage under The Company's health insurance plan. The notice contains important information about the employee's rights and obligations.

## Medical Information Policy

This Medical Information Privacy policy describes how health information about employees may be used and disclosed by The Company and how employees can get access to this information. The Company is committed to maintaining and protecting the confidentiality of our employees' personal information in compliance with the Health Insurance Portability and Accountability Act (HIPAA). The Human Resources Department is the designated Privacy Officer for all employee medical information.

This policy of privacy practices applies to the health plans of The Company that are covered by privacy regulations, for example health benefit plans, dental plans, employee assistance plans, and pharmacy benefit programs (collectively referred to as the Benefit Plans). The Benefit Plans are required by federal and state law to protect the privacy of employees' individually identifiable health information and other personal information and to provide employees with notice about their policies, safeguards, and practices. When the Benefit Plans use or disclose employees' protected health information, the Benefit Plans are bound by the terms of this policy, or a revised policy, if applicable.

Contact the Human Resources Department at hr@cenergyintl.com or via phone at (832) 217-3406 for more information or questions.

# PERFORMANCE EXPECTATIONS

## Attendance and Punctuality

To maintain a safe and productive work environment, The Company and its Clients expects employees to be reliable and to be punctual in reporting for scheduled work. Absenteeism and tardiness place a burden on other employees and on The Company. Attendance and punctuality are very important parts of the employee job performance. Absenteeism can cause scheduling problems for the department and can adversely affect our ability to serve our clients. For these reasons, excessive absenteeism will not be tolerated.

Occasionally, it is necessary to be absent from work due to illness or circumstances beyond your control. When you have an unscheduled absence from work, you must notify your supervisor. You are responsible for calling your supervisor within one hour of your starting time. If you are not able to contact your supervisor, have an immediate family member do so. You must also provide the Company with a physician's statement within three business days. If you are absent at any time due to an illness, your supervisor may request a doctor's release when you return to work.

The same procedure should be followed when you will be late to work.

It is a violation of the Company policy not to notify your supervisor when you will be absent or late to work. Disciplinary action may result for employees who are repeatedly absent and/or late to work. The Company will consider it a voluntary termination should you not call your supervisor or report to work for three consecutive days.

Employees may not be paid for any unexcused/unauthorized absences. Poor attendance and excessive tardiness are disruptive. Either may lead to disciplinary action, up to and including termination of employment.

Not reporting to work and not calling to report the absence is a no call/no show and is a serious matter. **The first instance of a no call/no show will result in a final written warning**. The second separate offense may result in termination of employment with no additional disciplinary steps. Any employee who fails to report to work without notification to his or her supervisor for a period of three days or more will be considered to have voluntarily terminated their employment relationship.

### Absence
Defined: Absence is the failure of an employee to report for work when the employee is scheduled to work; an excused absence occurs when all three of the following conditions are met:

1) The employee provides sufficient notice to his or her supervisor
2) Absence request is approved by his/her supervisor (such as bereavement, jury duty, personal leave, FML, illness, etc.)
3) The employee provides a doctor's note.

If it is necessary for you to be absent or late for work because of illness or an emergency, you must notify your supervisor no later than 60 minutes after the employee's scheduled starting time on that same day. If you are unable to call, have someone make the call for you. Unexcused absence occurs when one of the three conditions are not met. The Company uses a calendar year when determining an excessive number of unexcused absences.

### Sufficient Notice
To be considered an excused absence, sufficient notice must be given to the supervisor. Sufficient notice is:
1) For a scheduled absence of 8 hours or more, employees must give a notice of one week (7 days).
2) For a scheduled absence of less than 8 hours, employees must give a notice of two working days.
3) For an emergency absence occurring a) at the beginning of the employee's shift, employees must notify their supervisor within 30 minutes after the beginning of their shift and b) during the employee's shift, employees must notify their supervisor prior to leaving the premises (Employees may take up to 4 hours unpaid in a pay period if they have to leave work early due to doctor's appointment or emergency).

**CIS Employee Handbook (revised Feb, 2019)**                                    **Page | 24**

**Your supervisor must approve any exceptions to this provision or any conflicts in scheduling.**

Employees who have three (2) consecutive days of excused absences **because of illness or injury** must give The Company proof of physician's care. If an illness or injury prevents an employee from performing his/her regularly scheduled duties, a physician's statement must be provided verifying (a) the nature of the illness or injury; (b) if and when the employee will be able to return to work, if applicable; and (c) whether the employee is capable of performing their regularly scheduled duties, and if not, what duties the employee is capable of performing. The employee is responsible for providing The Company with the above-described physician's proof of physician's care. Without an acceptable excuse, the employee may be subject to immediate termination.

## Timekeeping

Accurately recording time worked is the responsibility of every non-exempt employee. Federal and state laws require The Company to keep an accurate record of time worked in order to calculate employee pay and benefits. Time worked is all the time actually spent on the job performing assigned duties.

Non-exempt employees should accurately record the time they begin and end their work, as well as the beginning and ending time of each meal period. They should also record the beginning and ending time of any split shift or departure from work for personal reasons. Overtime work must always be approved in writing or by e-mail before it is performed.

Altering, falsifying, tampering with time records, or recording time on another employee's time record may result in disciplinary action, up to and including termination of employment.

Failure to report timekeeping and personal, vacation, sick, or bereavement leave may result in disciplinary action, up to and including termination of employment.

It is the employees' responsibility to sign their time records to certify the accuracy of all time recorded. The supervisor will review and then initial the time record before submitting it for payroll processing.

## Administrative Pay Corrections

The Company takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday.

In the unlikely event that there is an error in the amount of pay, the employee should promptly bring the discrepancy to the attention of his/her Immediate Supervisor so that the Payroll Department can make the necessary corrections as soon as possible.

## End

# EMPLOYEE RIGHTS
## UNDER THE FAMILY AND MEDICAL LEAVE ACT

### THE UNITED STATES DEPARTMENT OF LABOR WAGE AND HOUR DIVISION

**LEAVE ENTITLEMENTS**

Eligible employees who work for a covered employer can take up to 12 weeks of unpaid, job-protected leave in a 12-month period for the following reasons:

- The birth of a child or placement of a child for adoption or foster care;
- To bond with a child (leave must be taken within 1 year of the child's birth or placement);
- To care for the employee's spouse, child, or parent who has a qualifying serious health condition;
- For the employee's own qualifying serious health condition that makes the employee unable to perform the employee's job;
- For qualifying exigencies related to the foreign deployment of a military member who is the employee's spouse, child, or parent.

An eligible employee who is a covered servicemember's spouse, child, parent, or next of kin may also take up to 26 weeks of FMLA leave in a single 12-month period to care for the servicemember with a serious injury or illness.

An employee does not need to use leave in one block. When it is medically necessary or otherwise permitted, employees may take leave intermittently or on a reduced schedule.

Employees may choose, or an employer may require, use of accrued paid leave while taking FMLA leave. If an employee substitutes accrued paid leave for FMLA leave, the employee must comply with the employer's normal paid leave policies.

**BENEFITS & PROTECTIONS**

While employees are on FMLA leave, employers must continue health insurance coverage as if the employees were not on leave.

Upon return from FMLA leave, most employees must be restored to the same job or one nearly identical to it with equivalent pay, benefits, and other employment terms and conditions.

An employer may not interfere with an individual's FMLA rights or retaliate against someone for using or trying to use FMLA leave, opposing any practice made unlawful by the FMLA, or being involved in any proceeding under or related to the FMLA.

**ELIGIBILITY REQUIREMENTS**

An employee who works for a covered employer must meet three criteria in order to be eligible for FMLA leave. The employee must:

- Have worked for the employer for at least 12 months;
- Have at least 1,250 hours of service in the 12 months before taking leave;* and
- Work at a location where the employer has at least 50 employees within 75 miles of the employee's worksite.

*Special "hours of service" requirements apply to airline flight crew employees.

**REQUESTING LEAVE**

Generally, employees must give 30-days' advance notice of the need for FMLA leave. If it is not possible to give 30-days' notice, an employee must notify the employer as soon as possible and, generally, follow the employer's usual procedures.

Employees do not have to share a medical diagnosis, but must provide enough information to the employer so it can determine if the leave qualifies for FMLA protection. Sufficient information could include informing an employer that the employee is or will be unable to perform his or her job functions, that a family member cannot perform daily activities, or that hospitalization or continuing medical treatment is necessary. Employees must inform the employer if the need for leave is for a reason for which FMLA leave was previously taken or certified.

Employers can require a certification or periodic recertification supporting the need for leave. If the employer determines that the certification is incomplete, it must provide a written notice indicating what additional information is required.

**EMPLOYER RESPONSIBILITIES**

Once an employer becomes aware that an employee's need for leave is for a reason that may qualify under the FMLA, the employer must notify the employee if he or she is eligible for FMLA leave and, if eligible, must also provide a notice of rights and responsibilities under the FMLA. If the employee is not eligible, the employer must provide a reason for ineligibility.

Employers must notify its employees if leave will be designated as FMLA leave, and if so, how much leave will be designated as FMLA leave.

**ENFORCEMENT**

Employees may file a complaint with the U.S. Department of Labor, Wage and Hour Division, or may bring a private lawsuit against an employer.

The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.



For additional information or to file a complaint:

# 1-866-4-USWAGE

(1-866-487-9243)    TTY: 1-877-889-5627

# www.dol.gov/whd



U.S. Department of Labor  |  Wage and Hour Division

**Signature:** _____

**Email:**