# EXHIBIT K

# Cenergy International Services, Inc.

# Employee Handbook



# Table of Contents

EMPLOYMENT RELATIONSHIP ............................................................................................5

    Purpose and Intent................................................................................................5

    Employment At-Will and Probationary Period.................................................5

    Compliance with Applicable Law......................................................................5

    Legal Right to Work.............................................................................................6

    Access to Personnel and Medical Related Administrative Records..................6

    Privacy – Social Security Numbers...................................................................7

    Anti-Discrimination and Anti-Harassment.......................................................9

    Sexual Harassment..............................................................................................9

    Other Types of Harassment................................................................................9

    Discrimination and Harassment Reporting Procedure....................................10

    Protection Against Retaliation.........................................................................10

    Business Ethics and Conduct...........................................................................10

    Confidential and Proprietary Information........................................................11

    Company Property.............................................................................................11

    Conflict of Interest...........................................................................................12

    Business Gifts...................................................................................................12

    Open Door Policy.............................................................................................12

    Mediation and Arbitration................................................................................13

    Company Electronic Systems...........................................................................13

    Internet Use.......................................................................................................14

    Cellular Device Use..........................................................................................15

    External Communications.................................................................................16

    Social Media.....................................................................................................16

    Verification of Employment.............................................................................16

    Trademark and Corporate Logo Use................................................................16

    Outside Employment........................................................................................17

    Personal Relationships in the Workplace.........................................................17

    Personal Appearance........................................................................................17

    Progressive Discipline......................................................................................18

    Disciplinary or Investigative Suspensions......................................................18

HEALTH, SAFETY, AND SECURITY GUIDELINES.............................................19

Adverse Weather Conditions ................................................................................................ 19

Cellphone Usage Safety ...................................................................................................... 20

Drug and/or Alcohol Use ..................................................................................................... 20

Drug and/or Alcohol Testing ................................................................................................ 20

Employee Admission of Drug and/or Alcohol Problem ........................................................ 21

Safety ................................................................................................................................... 21

Security Inspections ............................................................................................................ 22

Workplace Violence Prevention ........................................................................................... 23

Visitors in the Workplace ..................................................................................................... 23

PAY AND BENEFITS ............................................................................................................... 24

Tax Withholdings .................................................................................................................. 24

Getting Paid ......................................................................................................................... 24

Rest and Meal Periods ......................................................................................................... 24

Overtime for Non-Exempt Employees .................................................................................. 24

Employee Inactivation and Rehire ....................................................................................... 25

Alternative Work Schedules ................................................................................................. 25

Time Off and Leave of Absence .............................................................................................. 25

Vacation Benefits ................................................................................................................. 25

Holiday Benefits ................................................................................................................... 25

Sick Leave Benefits ............................................................................................................. 26

Floating Holiday Benefits ..................................................................................................... 26

Bereavement Leave ............................................................................................................. 26

Jury Duty .............................................................................................................................. 26

Election Days ....................................................................................................................... 26

Unemployment Benefits ....................................................................................................... 26

Affordable Care Act Benefits ............................................................................................... 26

Health Insurance Continuation Benefits .............................................................................. 26

All Leaves of Absence .......................................................................................................... 27

Military Leave ....................................................................................................................... 27

Medical, Dental and Vision Insurance .................................................................................. 28

Group Life Insurance ........................................................................................................... 28

Short-Term Disability ........................................................................................................... 28

Long-Term Disability ............................................................................................................ 28

**401(k) Plan** ...................................................................................................................... 29

**Workers' Compensation**.................................................................................................... 29

**Employee Assistance Program** ........................................................................................ 29

PERFORMANCE EXPECTATIONS............................................................................................. 29

**Attendance and Punctuality** ............................................................................................ 29

**Timekeeping** ...................................................................................................................... 30

**Administrative Pay Corrections**....................................................................................... 31

EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM ........................................................ 32

# EMPLOYMENT RELATIONSHIP

## Purpose and Intent

As an employee of Cenergy International Services, Inc., or any of its subsidiary companies ("Cenergy"), you are part of a dedicated organization. You must read this Employee Handbook ("Handbook") carefully as this Handbook applies to all Cenergy employees, and employees are required to comply, at all times, with all content. While a consolidated source of information that answers many common questions, this Handbook is not intended to be all inclusive as no employee handbook can address every workplace situation. You are required to comply with all current Cenergy workplace policies, practices, and procedures, and are responsible for contacting either your supervisor, Cenergy management, or the Cenergy Human Resources Department (via email at hr@cenergyintl.com and via phone at 832-217-3406) for clarification if there is something that you do not understand. After reading this Handbook and any applicable state/provincial/jurisdictional supplement, you are required to sign and return the Handbook's Acknowledgment Form to the Cenergy Human Resources Department.

In order to remain flexible while meeting its ongoing business and workplace needs, Cenergy reserves the right to change, revise, eliminate, or add any policy (other than "at will" employment), practice, procedure, or benefit identified and/or mentioned in this Handbook at any time and in accordance with applicable federal, state, and local law. This version of the Handbook supersedes any previous version of the Handbook and/or any previous written or unwritten policies, practices, and procedures that contradict what is written herein. The only changes to this Handbook that are recognized by Cenergy are those changes that have been authorized in writing by the Chair of Cenergy. Should any portion of this Handbook be deemed to be inconsistent with federal, state, or local law, Cenergy will comply with all applicable law.

Neither this Handbook nor any other communication by Cenergy management or a Cenergy representative, whether oral or written, is intended in any way to create a contract of employment.

## Employment At-Will and Probationary Period

All employees are considered "at-will" employees, which means that an employee is free to terminate their employment at any time. Likewise, Cenergy may terminate the employee's employment for any reason, with or without prior notice, and with or without good cause. No Cenergy manager or supervisor has the authority to enter into a contract of employment, express or implied, that changes or alters this "at-will" employment relationship. Cenergy may, in its sole discretion, change the terms and conditions of employment, employee job duties, and/or compensation at any time and for any reason. These actions do not create any contractual rights or duties and do not conflict with or negate the "at-will" status. Moreover, and for the avoidance of any doubt, this Handbook is not intended to be, nor does it create, a contract of employment, and it provides no guarantee of continued employment.

Additionally, all employees are subject to a ninety (90) day probationary period. This probationary period begins on the initial date of hire and continues for ninety (90) calendar days. Upon completion of the probationary period, an employee is still not guaranteed continued employment for any term as the employment relationship is always "at-will" and subject to various conditions.

## Compliance with Applicable Law

Cenergy follows all applicable employment regulations, labor standards, and law specific to the country or jurisdiction where an employment relationship exists.

## Legal Right to Work

Cenergy is committed to employing only individuals who are authorized to work in the United States of America ("United States") and the other countries where Cenergy has employees. Cenergy is also committed to complying with all applicable immigration and employment laws. As a condition of employment, each new employee authorized to and working in the United States must properly complete, sign, and date the first section of the USCIS Form I-9 on the first day of employment and provide appropriate documentation establishing identity and employment eligibility within seventy-two (72) hours of the first day of employment. If the employee authorized to and working in the United States cannot verify their right to work in the United States within seventy-two (72) hours of employment, Cenergy may terminate employment immediately. As a condition of employment, each new employee authorized to and working in another country where Cenergy has employees must properly complete, sign, and date all applicable immigration forms of that specific country within the applicable time frame. If the employee authorized to and working in a specific country cannot verify their right to work in that country in the applicable time frame, Cenergy may terminate their employment pursuant to applicable law.

## Equal Employment Opportunity

Equal Opportunity Statement

It is Cenergy's continuous goal to recruit, hire, and maintain a diverse workforce. In doing so, and within its control, Cenergy is committed to the principles of equal employment and to always comply with all applicable federal, state, and local laws and regulations. Furthermore, Cenergy is dedicated to maintain a work environment within its control that is free of harassment, discrimination, or retaliation because of age (40 and older), race, religion, color, national origin, gender, sex, sexual orientation (including transgender status, gender identity, or expression), pregnancy (including childbirth, lactation, and related medical conditions), physical or mental disability, genetic information, marital status, AIDS/HIV status, military service, veteran status, or any other status protected by federal, state, or local law. Cenergy is also committed to the fulfillment of this equal employment opportunity statement and policy in regard to all aspects of employment, including but not limited to recruiting, hiring, placement, transfer, training, promotion, discipline, rates of pay and other compensation, benefits, termination, and all other terms, conditions, and privileges of employment.

Cenergy's commitment to equal opportunity employment applies to all individuals involved in its operations, and prohibits unlawful discrimination by any employee, including supervisors and co-workers. If an employee believes they have been subjected to or have witnessed any form of discrimination, or if an employee is aware of an incident of discrimination involving another individual, the employee must immediately provide a written or verbal report to the employee's supervisor, Cenergy management, or to the Cenergy Human Resources Department. The report should be specific as possible and should include the names of the individuals involved, the names of any witnesses, and any documentary evidence (e-mails, notes, etc.). Cenergy will immediately and thoroughly investigate such reports and/or complaints while protecting the privacy and confidentiality of all involved individuals, and, upon conclusion of the investigation, communicate the findings to all involved individuals. If Cenergy determines that a violation has occurred, disciplinary action up to an including immediate termination will be taken.

## Access to Personnel and Medical Related Administrative Records

Cenergy maintains a separate personnel file on each employee that includes such information as the employee's job application, resume, records of training, documentation of performance appraisals and salary increases, and other employment-related information. Personnel files are the property of Cenergy and are considered and treated as confidential. Personnel files are maintained by the Cenergy Human Resources Department, and access is restricted and limited to Cenergy supervisors and Cenergy

management for employment-related matters and related decisions. Additionally, representatives of government or law enforcement agencies, in the course of their business, may have access to personnel file information in response to an official governmental request, a legal subpoena, or court order. Current and former employees have access to their personnel file upon request to the Cenergy Human Resources Department, and access will be permitted within three (3) days of the date of request. Inspection must occur at a Cenergy office and in the presence of an authorized Cenergy representative.

Cenergy also maintains medically related records regarding an employee's health benefits, health benefits selections and coverage, health related leaves, health related accommodations, and other similar administrative records  Such files are considered sensitive and confidential, are securely stored (independently from personnel files), and are only accessed by limited Cenergy representatives on a "need-to-know" basis consistent with applicable law.

## Privacy – Social Security Numbers

### Policy and Procedure Regarding Use and Disclosure of Social Security Numbers

**Purpose -** This policy and procedure explains Cenergy's general standards and practices for how Social Security numbers are gathered, stored, disclosed, and ultimately disposed of.

**Policy -** It is Cenergy's policy that Social Security numbers obtained from employees, vendors, contractors, customers, or others are confidential information. Social Security numbers will be obtained, retained, used, and disposed of only for legitimate business reasons and in accordance with the law and this policy.

**Procedure -** Documents or other records containing employee Social Security numbers generally will be requested, obtained, or created only for legitimate business reasons consistent with this policy. For example, Social Security numbers may be requested from employees for tax reporting purposes (i.e., Internal Revenue Service (IRS) Form W-4), for new hire reporting, or for purposes of enrollment in the company's employee benefit plans.

**Retention and access to Social Security numbers -** All records containing Social Security numbers (whether partial or complete) will be maintained in secure, confidential files with limited access.

**Unauthorized use/disclosure of Social Security numbers -** Any employee who obtains, uses, or discloses Social Security numbers for unauthorized purposes or contrary to the requirements of this policy and procedure may be disciplined, up to and including discharge. The company will cooperate with government investigations of any person alleged to have obtained, used, or disclosed Social Security numbers for unlawful purposes.

## Employment Classification

To determine eligibility for benefits and overtime status and to ensure compliance with federal and state laws and regulations, Cenergy classifies its employees as shown below. Cenergy may review or change employee classifications at any time.

**Exempt -** Exempt employees are typically paid on a salary basis and are not eligible to receive overtime pay.

**Nonexempt -** Nonexempt employees are paid on an hourly basis and are eligible to receive overtime pay for overtime hours worked.

**Regular, full-time -** Employees who are not in a temporary status work a minimum of 30 hours weekly and maintain continuous employment status. Generally, these employees are eligible for the full-time benefits package and are subject to the terms, conditions, and limitations of each benefits program.

**Regular, part-time** - Employees who are not in a temporary status and who are regularly scheduled to work less than 30 hours weekly but at least 20 hours weekly and who maintain continuous employment status. Part-time employees may be eligible for some of the benefits offered by the company and are subject to the terms, conditions, and limitations of each benefits program.

**Temporary, full-time** - Employees who are hired as interim replacements to temporarily supplement the workforce or to assist in the completion of a specific project and who are temporarily scheduled to work the company's full-time schedule for a limited duration. Employment beyond any initially stated period does not in any way imply a change in employment status.

**Temporary, part-time** - Employees who are hired as interim replacements to temporarily supplement the workforce or to assist in the completion of a specific project and who are temporarily scheduled to work less than 30 hours weekly for a limited duration. Employment beyond any initially stated period does not in any way imply a change in employment status.

## Health Information Privacy (HIPAA)

Cenergy is committed to maintaining and protecting the confidentiality of employees' individually identifiable health information in compliance with the United States Health Insurance Portability and Accountability Act (HIPAA) and other applicable law. This federal privacy protection applies to the Cenergy health plans that are covered by applicable privacy regulations including health benefit plans, dental plans, employee assistance plans, and pharmacy benefit programs and plans.

## Bridging Employment Tenure

If an employee is rehired by Cenergy within thirty-one (31) days from the date of the employee's termination from Cenergy, the employee's tenure with Cenergy may be bridged. Regardless of any tenure bridge, rehired employees must re-enroll for any benefit plans along with completing certain new hire requirements. Cenergy will follow all applicable requirements and guidelines (including the Affordable Care Act) when establishing any waiting or measurement periods for reinstatement of an employee's medical benefits coverage.

## New Hire Requirements

A prospective employee who fails to satisfactorily complete *all requirements* of the new hire onboarding process, including but not limited to returning a signed and executed Contingent Labor Agreement and the Employee Handbook Acknowledgement Form within seven (7) days of receipt of the same, will be deemed as having unsuccessfully completed Cenergy's new hire onboarding process, and the respective offer of employment with Cenergy may be rescinded at that time.

## Employee Training Requirements

Cenergy requires each employee to successfully complete all mandatory training associated with and related to their respective job duties required by Cenergy and/or its clients within a timeframe specified by Cenergy and/or its clients. Failure by employees to successfully complete all mandatory training after notice of the scheduling of such training may result in disciplinary action up to and including termination.

# EMPLOYMENT GUIDELINES

## Anti-Discrimination and Anti-Harassment

Cenergy is committed to providing a work environment free of discrimination and harassment. Actions, words, jokes, or comments based on sex, race, color, religion, gender, national origin, age, physical or mental disability, sexual orientation (including transgender status, gender identity, or expression), military or veteran status, genetic characteristics, genetic information, marital status, pregnancy, AIDS/HIV status, or any other characteristic protected by federal, state, or local law, are strictly prohibited. Cenergy's anti-discrimination and anti-harassment policy applies to all employees and individuals conducting business with or on behalf of Cenergy. Failure to comply will result in disciplinary action up to and including termination.

## Sexual Harassment

Cenergy is committed to providing a work environment free of sexual harassment, and employees must report all instances of sexual harassment to either their supervisor, Cenergy management, or the Cenergy Human Resources Department. Sexual harassment includes unwanted sexual advances, requests for sexual favors, or visual, verbal, or physical conduct of a sexual nature when:
- submission to such conduct is made a term or condition of employment.
- submission to or rejection of such conduct is used as a basis for employment decisions affecting the individual; or
- such conduct has the purpose or effect of unreasonably interfering with an employee's work performance or creating an intimidating, hostile, or offensive working environment.

Sexual harassment includes various forms of offensive behavior including but not limited to:
- unwanted sexual advances.
- offering employment benefits in exchange for sexual favors.
- making or threatening reprisals after a negative response to sexual advances.
- visual conduct: leering, making sexual gestures, displaying sexually suggestive objects or pictures, cartoons, posters, or graffiti.
- verbal conduct: making or using derogatory comments, epithets, slurs, sexually explicit jokes, gossip, rumors or comments about an employee's body, or dress.
- verbal sexual advances or propositions.
- verbal abuse of a sexual nature, graphic verbal commentary about an individual's body, sexually degrading words to describe an individual, suggestive, or obscene letters, notes, or invitations.
- physical conduct such as touching, assault, impeding or blocking movements.
- retaliation for making sexual harassment reports or threatening to report sexual harassment.

Cenergy's sexual harassment policy applies to sexual harassment by individuals of the same sex or opposite sex, and protects employees from sexual harassment by vendors, clients, or other third parties not employed by Cenergy. Failure to comply will result in disciplinary action up to and including termination.

Employees should direct any questions regarding workplace sexual harassment to either the Cenergy Human Resources Department via email at hr@cenergyintl.com and/or via phone at 832-217-3406 or the Cenergy Legal Department via email at legal@cenergyintl.com and/or via phone at 713-965-6172.

## Other Types of Harassment

Harassment of any kind (as defined by applicable law) is also prohibited. Examples of prohibited harassment include but are not limited to:
- verbal conduct including threats, epithets, derogatory comments, gossip, rumors, or slurs.
- visual conduct including derogatory posters, photography, cartoons, drawings, emails, websites, gestures, or graffiti.

- physical conduct including assault, unwanted touching, or blocking normal movement.
- retaliation for making harassment reports or threatening to report harassment.

Failure to comply will result in disciplinary action up to and including termination – Cenergy takes harassment seriously.

## Discrimination and Harassment Reporting Procedure

If an employee experiences or witness's workplace discrimination or harassment of any kind by anyone (including but not limited to co-workers, supervisors, or Management) or if an employee is aware of discrimination and/or harassment against others, the employee must immediately report such concerns to either the Cenergy Human Resources Department or Cenergy management. An employee's failure to report workplace discrimination or harassment that they experienced will result in the employee waiving all related claims against Cenergy and/or its clients. Any report of discrimination and/or harassment must be made in good faith.

The complaint should include details of the incident or incidents, names of the individuals involved and names of any witnesses. Cenergy will undertake an investigation of the discrimination and/or harassment allegations while protecting the privacy and confidentiality of all the involved individuals. Involved individuals are expected to be truthful, accurate, and cooperative during any investigation. If Cenergy determines that discrimination and/or harassment has occurred, any employee determined by Cenergy to have engaged conduct deemed discriminatory and/or harassing will be subject to appropriate disciplinary action up to and including termination.

Employees should direct any questions regarding the reporting of workplace discrimination and/or harassment to either the Cenergy Human Resources Department via email at hr@cenergyintl.com or via phone at 832-217-3406 or the Cenergy Legal Department via email at legal@cenergyintl.com or via phone at 713-965-6172.

## Protection Against Retaliation

Cenergy will not retaliate against employees for filing a workplace complaint and will not tolerate retaliation of any kind. Retaliation is prohibited against any individual, by another employee or by Cenergy, for using Cenergy's complaint reporting procedure or for filing, testifying, assisting, or participating in any manner in any investigation, proceeding, or hearing conducted by a governmental enforcement agency.

Employees should direct any questions regarding possible retaliation to the Cenergy Human Resources Department via email at hr@cenergyintl.com and/or via phone at 832-217-3406.

## Business Ethics and Conduct

The successful business operation and reputation of Cenergy is built upon the principles of fair dealing and the ethical conduct of its employees. Cenergy will comply with all applicable laws and regulations and expects all Cenergy employees to conduct business in accordance with the letter, spirit, and intent of all relevant laws and to refrain from any illegal, dishonest, or unethical conduct.

In general, the use of good judgment based on high ethical principles will help guide employees with respect to lines of acceptable conduct. If a situation arises where it is difficult to determine the proper course of action, the matter should be discussed openly with the employee's immediate supervisor or, if necessary, with Cenergy management for resolution. Ethical business and personal conduct is the responsibility of every Cenergy employee, and disregarding or failing to comply with this standard of business ethics and conduct could lead to disciplinary action up to and including termination.

## Confidential and Proprietary Information

Information is a valuable business asset, and the protection of all business information is of the highest importance and must be handled with the greatest of care. In carrying out Cenergy's and/or its clients' business, employees learn confidential and/or proprietary information about Cenergy and/or its clients'. All information about Cenergy and/or its clients' business, whether or not marked as "confidential" and/or "proprietary", is the property of Cenergy and/or its clients'. Because any unauthorized use, distribution, or disclosure of confidential and/or proprietary information is harmful to Cenergy and/or its clients' and helpful to competitors, employees must not use, distribute, or disclose such information, directly or indirectly, except in the course of their normal job responsibilities or when applicable law compels disclosure. The unauthorized use of confidential and/or proprietary information of Cenergy and/or its clients for personal benefit is against the law and may subject the employee personally to civil and criminal fines and penalties. Furthermore, any work product created by employees in connection with their employment is done so on behalf of Cenergy and/or its clients' and is specifically deemed to be the confidential and/or proprietary property of Cenergy and/or its clients'. If an employee is asked to disclose confidential and/or proprietary information about Cenergy and/or its clients', the employee must immediately report such a request to their supervisor and receive written approval from Cenergy before disclosing such information. Failure to keep Cenergy and/or its clients' corporate information confidential will result in disciplinary action up to and including termination.

The employee's obligation to safeguard confidential and/or proprietary information continues after employment. At the end of an employee's employment with Cenergy and/or its clients', all documents, records, files, computer files, and any other portable storage devices containing confidential and/or proprietary information of Cenergy and/or its clients' must be immediately returned to the employee's supervisor.

Employees should direct any questions regarding confidential and/or proprietary information to the Cenergy Legal Department via email at legal@cenergyintl.com and/or via phone at 713-965-6172.

## Company Property

During their employment, employees will be assigned and/or have access to Cenergy and/or its clients' property including but not limited to laptops, charging cables, monitors, printers, documents, files, records, information stored on computers or on a portable storage device, supplies, and equipment (collectively referred to as Cenergy property). Employees are not to remove Cenergy and/or its clients' property from Cenergy's and/or its clients' premises without the proper written authorization of Cenergy and/or its clients' management except in the ordinary course of performing their job duties on behalf of Cenergy and/or its clients'.

When employment with Cenergy and/or its clients' is terminated, an employee must immediately return all Cenergy and/or its clients' property in their possession to Cenergy and/or its clients' as soon as possible. Failure to return Cenergy and/or its clients' property may result in deduction of cost at reasonable market value of the Cenergy and/or its clients' property from the employee's final paycheck as permitted by applicable law. Additionally, retention of Cenergy property after termination may expose the employee to legal action and liability.

Additionally, Cenergy invests a great deal of time, effort, and resources to develop and protect its intellectual property including but not limited to copyrights, trademarks, trade secrets, and patents. Accordingly, Cenergy prohibits employees from improperly using Cenergy's and/or its clients' intellectual property Furthermore, Cenergy adheres to all copyright laws including but not limited to the application of those laws to copyrighted work in print, video, music, computer software, and other electronic formats, and therefore, employees must not make and/or use any unauthorized reproduction of any copyrighted work.

## Conflict of Interest

If an employee's association and/or financial interest in another entity or individual would reasonably interfere with the employee's ability to act in the sole interest of Cenergy, that association and/or financial interest creates a conflict of interest. Accordingly, employees may not knowingly maintain an association or affiliation with or have a financial interest in an entity and/or individual that conflicts with the business or prospective business of Cenergy. Employees must at all times act in the sole interest of Cenergy and are to avoid conflicts of interest or the appearance of conflicts of interest. Furthermore, employees are prohibited from taking for themselves opportunities for personal gain that are discovered through their corporate position with Cenergy or through the use of the corporate property and information of Cenergy. Cenergy will ultimately and solely determine whether a conflict of interest exists.

## Business Gifts

Business gifts on a modest scale are commonly used to build goodwill and strengthen business relationships. However, gifts that are frequent or substantial in value may create the appearance of influence, an improper business relationship, or a conflict of interest. Accordingly, employees may not accept from or give to any clients, individuals, or entities doing business with Cenergy any gifts, loans, services, hospitality (including but not limited to trips, conferences, dinners, etc.), or entertainment (including but not limited to invitations to sporting events, concerts, plays, etc.) with a fair market value exceeding $25.00 (USD) without the advance written approval from the Chair of Cenergy. Furthermore, and to ensure no issues arise later, employees must immediately report any and all actual or "offered" work-related gifts made to an employee either at work or at home to the Chair of Cenergy (excluding regular promotional materials with perceived value not to exceed $25.00 [USD]). Additionally, employees are prohibited from soliciting or accepting salaries, fees, commissions or any other type of compensation, rebates, or rewards for Cenergy while conducting business with clients, customers, or other individuals or entities.

## Open Door Policy

Cenergy strives to provide a comfortable, productive, legal, and ethical work environment. To this end, Cenergy encourages employees to bring any workplace problems, concerns, or grievances to Cenergy's attention. Workplace problems, concerns, or grievances may involve fellow employees, the employee's supervisor, or manager, Cenergy clients and/or its personnel, Cenergy corporate policies, and/or Cenergy client corporate policies. Employees should follow the below reporting procedure (when possible):

- **Immediate Cenergy Supervisor** - The first place an employee is to address work-related problems, concerns, or grievances is with their immediate supervisor.
- **Higher Level of Cenergy Management** - If an employee's immediate supervisor cannot resolve the problem, concern, or grievance or if the employee believes the problem, concern, or grievance needs to be addressed on a different level, then the employee should contact a member of the next level of Cenergy management in the appropriate chain of command of the employee's Cenergy department, business group, or business region.
- **Cenergy Human Resources Department** - If going through the employee's appropriate Cenergy department, business group, or business region chain of command does not resolve the problem, concern, or grievance or if the employee believes the problem, concern, or grievance needs the attention of someone outside the appropriate Cenergy department, business group, or business region chain of command, then the employee should contact the Cenergy Human Resources Department via email at hr@cenergyintl.com and/or via phone at 832-217-3406.

## Mediation and Arbitration

Any claim, controversy, or other dispute relating to an employee's employment with or separation from Cenergy or any claim, controversy, or other dispute following separation from Cenergy must first be attempted to be resolved by the employee and Cenergy through mediation. Mediation is an informal conference moderated by a neutral third-party (mediator) who will suggest ways of reaching a mutually acceptable resolution of the claim, controversy, or other dispute. The mediation will be conducted by a single mediator who will be selected by both the employee and Cenergy. The mediator's opinions and suggestions are non-binding unless agreed to by the employee and Cenergy in writing. The mediator's compensation will be split equally between the employee and Cenergy, except as provided by law.

If the claim, controversy, or other dispute relating to an employee's employment with or separation from Cenergy or any other claim, controversy, or other dispute following separation from Cenergy is not resolved by mediation (including any claims, controversies, or other disputes that arise in connection with the performance or breach of an agreement reached in mediation), the claim, controversy, or other dispute shall be resolved by arbitration, if allowed by applicable state law, in lieu of jury trial or any other legal proceeding, pursuant to the Federal Arbitration Act and governed by the substantive laws of the State of Texas or the state/province required by applicable law. The arbitration will be conducted by a single arbitrator who will be selected in accordance with the then applicable rules of the American Arbitration Association. The arbitration will be administered by the American Arbitration Association's regional office closest to the employee's primary workplace (or last workplace). In the event that the American Arbitration Association does not accept the administration of the claim, controversy, or other dispute or is unavailable, the arbitration proceeding will be administered by another nationally recognized arbitration services provider designated by Cenergy.

If allowed by applicable state law, all claims, controversies, or other disputes must be submitted on an individual basis, and no arbitrator or court may order, permit, or certify a class action, representative action, private attorney general litigation, or consolidated arbitration in connection with any claim, controversy, or other dispute (and both Cenergy and employees waive the right to initiate or participate in a class action, representative action, private attorney general litigation, or consolidated arbitration related to any claim, controversy, or other dispute). Additionally, no arbitrator or court may order or permit a joinder of parties in connection with any claim, controversy, or other dispute unless both the employee and Cenergy consent to such joinder in writing. Mediation and arbitration is the procedure for resolving workplace disputes between employees and Cenergy, and does not establish any other terms of employment nor modify the employment "at-will" status nor create a contract of employment for any period of time.

Any questions regarding mediation and/or arbitration should be directed to the Cenergy Legal Department via email at legal@cenergyintl.com and/or via phone at 713-965-6172.

## Company Electronic Systems

Cenergy and/or its clients provide various electronic systems (for example, computers, faxes, telephones, electronic mail, and voice mail systems) for use by employees to conduct business for the benefit of Cenergy and/or its clients. Employees should use these systems with the understanding that all the information created, conveyed, or stored in or through these systems is the exclusive property of Cenergy and/or its clients.

The personal use of Cenergy and/or its client's electronic systems by employees is discouraged. Employees should understand that certain messages and information may be electronically stored so that even when deleted by the recipient, the messages and information can be retrieved. Additionally, the unauthorized or improper use of the Cenergy and/or its client's computer system is prohibited as is the installation of any unauthorized software. Cenergy reserves the right to retrieve and read any message and information composed, sent, or received through Cenergy electronic systems. Employees may access only messages, files, or programs (whether computerized or not) that they have permission to enter. Unauthorized review, duplication, dissemination, removal, damage, or alteration of files, passwords,

computer systems or programs, voicemail messages, or other property of Cenergy, or the improper use of information obtained by unauthorized means, may result in disciplinary action up to and including termination. All Cenergy and/or its client information technology policies and procedures must be followed at all times by employees.

Cenergy provides telephones and may provide cellular telephones for an employee's use in conducting Cenergy business. Cenergy understands that employees will from time-to-time find it necessary to use a provided telephone and/or cellular telephone to make or receive personal calls and may occasionally need to make or receive a personal call during work time. To the extent possible, all personal calls should be made during an employee's break or before or after work. Calls that must be made or taken during work hours should be kept as brief as possible and taken or made so as to minimize the impact on productivity. Excessive personal use of telephones and/or cellular telephones may result in disciplinary action up to and including termination.

Cenergy reserves the right (at any time, for any reason, and without notice to or consent of employees and/or users) to access all information conveyed or stored anywhere on any of Cenergy's electronic systems, including telephone calls and electronic mail messages even if the information has been password protected or encrypted. Cenergy, in its sole discretion, may use the information so obtained for any legal purpose including disclosure to third parties consistent with applicable law. This right may be exercised by Cenergy in the course of an investigation or as Cenergy deems it necessary to locate substantive information that is not more readily available by some other less intrusive means. Additionally, Cenergy may disclose the contents of any electronic communication sent to or received by any employee and may use for any purpose the information regarding the number, sender, recipient, and address of messages sent over the electronic mail system. Furthermore, Cenergy does not allow use of audio and/or video recording devices unless all involved individuals or parties have first consented to any such recording and prior written approval has been given by Cenergy.

*Employees should understand they have no right to privacy pertaining to any information or file transmitted or stored through Cenergy provided electronic systems or other technical resources. Misuse of Cenergy's electronic systems by an employee is viewed as serious misconduct and may result in disciplinary action up to and including termination.*

Employees should direct all questions regarding Cenergy's electronic systems to the Cenergy IT Department via email at it@cenergyintl.com and/or via phone at 713-965-6200.

## Internet Use

Access to global electronic information resources on the World Wide Web is provided by Cenergy to assist employees in obtaining work-related data and technology. The following guidelines have been established to help ensure responsible and productive Internet usage.

Internet usage is limited to job-related activities and unauthorized personal use of the Internet is not permitted. All Internet data that is composed, transmitted, or received via Cenergy computer and electronic data systems is considered to be part of the official records of Cenergy and, as such, is subject to investigation by Cenergy, law enforcement, or other third parties such as the United States Government.

*Cenergy reserves the right to monitor all Internet traffic and retrieve and read any data composed, sent, or received through its online connections and stored in Cenergy's computer and electronic data systems. Cenergy owns and has all rights to its URL and any information contained within.*

Data that is composed, transmitted, accessed, or received via the Internet must not contain content that could be considered discriminatory, offensive, obscene, threatening, harassing, intimidating, or disruptive to any employee or other individuals. Examples of unacceptable content may include but are not limited to sexual comments or images, racial slurs, gender- specific comments, or any other comments or images that could reasonably offend an individual or group on the basis of race, age, sex, religious or political beliefs, national origin, disability, sexual orientation, or any other characteristic protected by law.

The unauthorized use, installation, copying, or distribution of copyrighted, trademarked, or patented material on the Internet is expressly prohibited. As a general rule, if an employee did not create material, does not own the rights to it, and has not received authorization for its use, the material should not be put on the Internet. Employees are also responsible for ensuring that the individual sending any material over the Internet has the appropriate distribution rights. All downloaded files are to be checked for viruses, and all compressed files are to be specifically checked before and after decompression.

Abuse of the provided Internet access in violation of law or the rules and policies of Cenergy will result in disciplinary action up to and including termination as well as possible personal liability. Employee activity that is strictly prohibited and may result in disciplinary action and/or possible personal liability includes but is not limited to:

- sending or posting discriminatory, harassing, or threatening messages or images.
- violating copyright or other intellectual property laws or rights.
- using Cenergy's resources for personal gain.
- participating in the viewing or exchange of pornography or obscene materials.
- stealing, using, or disclosing another individual's code or password without authorization.
- copying, pirating, or downloading software and electronic files without permission.
- sending or posting confidential material, trade secrets, or proprietary information outside of Cenergy's computer and electronic data systems.
- failing to observe and comply with licensing agreements.
- sending or posting messages or material that could damage Cenergy's and/or its client's image or reputation.
- sending or posting messages that defame or slander other individuals.
- attempting to break into the computer or electronic data system of another organization or individual.
- refusing to cooperate with a security investigation.
- sending or posting chain letters, solicitations, or advertisements not related to business purposes or activities.
- using the Internet for political causes or activities, religious activities, or any sort of gambling.
- jeopardizing the security of Cenergy's computer and electronic data systems.

Employees should direct all questions regarding Internet usage to the Cenergy IT Department via email at it@cenergyintl.com and/or via phone at 713-965-6200.

## Cellular Device Use

Cenergy occasionally provides cellular devices (such as hotspots and air cards) to certain employees to assist them in communicating with Cenergy management, other Cenergy employees, and Cenergy's clients, vendors, and others with whom the employee may conduct business on behalf of Cenergy. Cellular device use is primarily intended for business- related calls even though brief personal use is occasionally permitted, and all cellular device invoices may be regularly reviewed and monitored by Cenergy. Additionally, only employees authorized by the Chair of Cenergy will be reimbursed for business-related matters using their personal cellular device. It is the employee's responsibility to submit a copy of their monthly cellular telephone bill via e-mail to their supervisor or manager for the reimbursement request to be approved, processed, and paid. Employees will be responsible for paying any unauthorized cellular device charges.

All questions regarding personal cellular telephone reimbursement should be directed to either the employee's supervisor or manager or the Cenergy Payroll Department via email at payroll@cenergyinlt.com and/or via phone at 713-965-6200.

## External Communications

External communications are critical to the way Cenergy and/or its clients is perceived by the media, business contacts, and the general public. Such perceptions have a direct impact on the success of Cenergy and/or its clients. Accordingly, Cenergy is responsible for all official external company communications and must approve in advance all press releases, presentations at industry functions, responses to media inquiries, and all interviews with the media. Employees are not permitted to provide any information on behalf of Cenergy and /or its clients to the media nor are employees permitted to communicate any confidential and/or proprietary information concerning Cenergy and/or its clients to any individuals or entities without the prior written approval of the Chair of Cenergy.

All questions regarding external communications should be directed to the Chair of Cenergy at June@cenergyintl.com.

## Social Media

Cenergy's rules, guidelines, and expectations regarding employees' participation in social networking (Facebook, Twitter, Instagram, TikTok, LinkedIn, etc.) and/or any other online conversations and social media with regards to employees' social media activity include:

- employee social media activity is subject to complying with all rules, policies, guidelines, and requirements of this Handbook and Cenergy.
- the personal use of Facebook, Twitter, or any other social networking websites is not permitted during the workday unless the employee is on a personal break.
- the advance approval from the Chair of Cenergy is required for authors who use electronic resources of Cenergy to send "tweets", "updates", posts, or other public messages that may relate to, involve, or reflect on Cenergy and/or its clients in any manner.
- tweets, updates, posts, or other public messages that include or inference unlawful discriminatory remarks, harassment, threats of violence, or other unlawful conduct is *not tolerated* and is therefore prohibited.
- any tweets, updates, posts, or other public messages that might act as the "voice" or position of Cenergy must be approved in advance by the Chair of Cenergy.

All questions regarding social media should be directed to the Cenergy Human Resources Department via email at hr@cenergyintl.com and/or via phone at 832-217-3406.

## Verification of Employment

Prospective employers, financial institutions and residential property managers routinely contact employers, including Cenergy, for information on a former or current employee's work history and salary. All such requests of this type should be referred to and handled by the Human Resource (HR) department. Responses to written requests for verification of employment will be made on the form provided only when the request is accompanied by a former or current employee's signed authorization to release such information. A written verification of employment form that has been completed by the HR department will be returned directly to the requesting party. Telephone requests for verification of employment by prospective employers, financial institutions and residential property managers will be limited to confirming information stated by the external party. Due to the high volume of employment verification requests received by the Cenergy Human Resources Department, employees should expect up to three (3) business days for an employment verification to be processed.

## Trademark and Corporate Logo Use

Cenergy's corporate identity is largely based on the use of Cenergy's trademarks and corporate logos. Each use of Cenergy's trademarks and corporate logos must be done with care, in the highest quality, and in a manner to only strengthen Cenergy's corporate image. Cenergy's trademarks and corporate logos are

the sole and exclusive property of Cenergy and/or its subsidiary companies and are protected by applicable global trademark and intellectual property laws.

## Outside Employment

A conflict of interest may exist if an employee is simultaneously employed by another entity or individual or even the employee themselves. In such situations, special care must be taken to respect and maintain the loyalty and responsibilities that employees have to Cenergy and/or its clients, that interferes with the employee's job performance, attendance, scheduled work hours, and/or responsibilities with Cenergy and/or its clients. If an employee's supervisor believes that a conflict of interest and/or an issue may exist between an employee's Cenergy employment relationship and the employees outside employment relationship, the Cenergy Human Resources Department will investigate the situation and decide in its sole discretion if a conflict of interest does in fact exist. If no conflict of interest is found to exist, the employee will be permitted to continue with their outside employment. If a conflict of interest is found to exist, the employee will not be permitted to continue with their outside employment while still employed by Cenergy. An employee outside employment with or in any way associated or affiliated with a competitor of a Cenergy client is prohibited under any circumstance. Cenergy reserves the right to rescind any approval for an employee's outside employment if, for any reason, Cenergy subsequently deems the outside employment not to be in the best interests of Cenergy. Additionally, employees may not solicit outside employment or work while on the premises of Cenergy.

## Personal Relationships in the Workplace

Cenergy is hopeful that employees will tell friends and family about their job and what a great company Cenergy is to work for. In fact, it is acceptable for family members to also work for Cenergy. However, family members will not be hired into positions where they directly or indirectly supervise or will be supervised by another family member or where a family member has decision-making power over any terms and conditions of their employment (including but not limited to compensation, performance reviews, job duties, or title). Furthermore, such family members will not be placed in positions where they work with or have access to sensitive information regarding an immediate family member. If two (2) employees become related and/or fall within any of the circumstances outlined above, one of the employees may be transferred to another position or department, if feasible, or one of them may be asked to resign because of the conflict. All employees must immediately inform their supervisor or manager and the Cenergy Human Resources Department when a relationship exists that could conflict with this corporate rule.

## Personal Appearance

Dress, grooming, and personal cleanliness standards contribute to the morale of all employees and affect the business image Cenergy presents to customers and/or visitors. During business hours or when representing Cenergy, employees are expected to present a professional clean, neat, and socially tasteful appearance. Employees should dress and groom themselves according to the requirements of their position. This is particularly the case if the employee's job involves dealing with customers and/or visitors in person.

- Without unduly restricting individual tastes, the following personal appearance guidelines should be followed (unless otherwise specified):
- inappropriate shirts, examples include shirts with inappropriate slogans or graphics, tank tops, t-shirts, muscle shirts, and crop tops.
- yoga pants (leggings).
- sandals/flip flops, and heels with excessive height greater than two (2) inches.
- sweatpants, clothing that is too tight or revealing, clothing with rips, tears, or frays.
- extreme style or fashion in dress, may not be worn under any circumstances.
- shorts (unless prior approval is given).
- hats (unless prior approval is given).
- mustaches and beards should be clean and neat.
- offensive body odor and poor personal hygiene is not professionally acceptable.

- perfume, cologne, and lotions should be used moderately (as other individuals may be sensitive to strong fragrances).

Cenergy employees must also follow the required guidelines of its clients. Should a Cenergy client have their own dress code, employees must abide by that policy along with the above dress code policy.

In accordance with applicable law, Cenergy will reasonably accommodate employees with disabilities or religious beliefs that make it difficult for them to comply fully with Cenergy's personal appearance standards and guidelines unless doing so would impose an undue and unreasonable hardship on Cenergy. Employees should contact their supervisor, manager, or the Cenergy Human Resources Department to request a reasonable accommodation. Failure to comply with Cenergy's personal appearance standards may result in the employee being sent home to take reasonable action to comply with such standards. Frequent or continual violations of Cenergy's personal appearance standards may result in disciplinary action up to and including termination of employment.

## Progressive Discipline

Cenergy is committed to the administration of equitable and consistent discipline for unsatisfactory conduct in the workplace, and the best interests of all involved parties lie in ensuring that disciplinary actions are prompt, uniform, and impartial. The major purpose of any workplace disciplinary action is to correct the problem, prevent recurrences, and prepare the employee for satisfactory service in the future. By using a progressive discipline system in its sole discretion, Cenergy believes that most employee problems can be corrected at an early stage. While there may be circumstances when one or more steps may be bypassed, progressive disciplinary action may call for any of the following four (4) steps depending on the severity of the problem and the number of occurrences:

- verbal warning.
- written warning.
- final warning and/or suspension with or without pay.
- Termination

Employees must recognize and acknowledge that there are certain types of employee problems that justify either a suspension, or in extreme situations, termination without going through the usual progressive discipline steps (while employment with Cenergy is based on mutual consent, the employee and Cenergy have the right to terminate the employment at-will relationship with or without cause or advance notice). Additionally, employees must remember and realize that when working on a Cenergy client worksite or premises, the Cenergy client's rules, policies, and/or requirements as to discipline will take precedence and shall prevail.

## Disciplinary or Investigative Suspensions

Employees may be suspended without pay to reflect on their inappropriate workplace actions and to personally evaluate their commitment to job performance improvement. The length of a suspension will be appropriate to the offense committed given the employee's work record (including any prior discipline), and benefits may lapse while on an unpaid suspension (unless the employee pays their required financial portion/contribution of the benefit(s) to Cenergy). Additionally, employees may be withheld from service with pay pending an investigation into performance or attendance issues.

## Leaving the Company

The employment relationship between an employee and Cenergy is based on several factors including the consent of the employee and Cenergy. The employee and Cenergy may terminate the employment relationship at any time with or without reason. Some common examples of how employment is terminated include:

**Resignation** - Resignation is the voluntary termination of the employment relationship initiated by an employee. When an employee resigns, Cenergy requests, and appreciates, that the employee provides adequate advance notice in writing. Some requirements to maintain a rehire status with Cenergy include providing Cenergy with a two (2) week advance written notice of the resignation and returning all Cenergy and/or Cenergy client issued property.

It is requested and appreciated that employees in supervisory or managerial roles provide a minimum of four (4) weeks' notice to assist the leadership team in the transition of duties and staff.

**Job Abandonment** - Job abandonment is the voluntary termination of the employment relationship initiated by an employee when the employee fails to show or call in for scheduled work for three (3) consecutive days. Unless the employee is able to show that extenuating circumstances existed which prevented the employee from attending work or contacting Cenergy to explain the absenteeism, the employee will not be eligible for rehire with Cenergy.

**Discharge** - Discharge is the involuntary termination of the employment relationship initiated by Cenergy including but not limited to termination for job performance or disciplinary reasons. Discharge also includes situations where an employee does not return to work before recall rights expire or where all available sick or leave time has expired and has not returned to work.

**End of Assignment** - End of assignment is the involuntary termination of the employment relationship initiated by Cenergy for non-disciplinary reasons. The end of the assignment is when the specific work that the employee has been performing (for Cenergy or its client) is complete and no further work is needed.

**Reduction in Force** - Reduction in force is the involuntary termination of the employment relationship initiated by Cenergy for non-disciplinary reasons. Reduction in force is the termination of employment of an employee or a group of employees for business reasons.

**Retirement -** Retirement is the voluntary termination of the employment relationship initiated by the employee after meeting a certain age, length of service, and any other required employment related criteria of Cenergy.

Cenergy will periodically schedule exit interviews at the time of a voluntary employment termination. The exit interview will afford Cenergy an opportunity to gain greater insight into the employee's decision to leave, during those exit interviews, the departing employee and Cenergy may also discuss specific topics relevant to the employee including but not limited to benefits, conversion privileges, repayment of outstanding debts to Cenergy, and/or the return of property owned by Cenergy. Suggestions, complaints, and questions may also be voiced during an exit interview. Furthermore, upon termination, all accrued and vested benefits that are due and payable will be paid to the departing employee. Additionally, some benefits (such as COBRA) may be continued at the employee's sole expense if the employee so chooses.

# HEALTH, SAFETY, AND SECURITY GUIDELINES

## Adverse Weather Conditions

It is the intent of Cenergy to remain open during most periods of inclement weather. However, where and when extraordinary circumstances warrant, Cenergy reserves the right to close facilities and worksites. Accordingly, employees are encouraged to contact their onsite supervisor or manager during periods of adverse weather to know if their assigned facility or worksite is open or closed on a given day.

Employees should direct all questions regarding adverse weather and/or job closings to the Cenergy Health, Safety, Security, & Environmental Department via email at hssegroup@cenergyintl.com and/or via phone at 866-228-0286.

## Cellphone Usage Safety

Employees should remember that one of their primary responsibilities is to drive safely and to obey the rules of the road. Because the safety of Cenergy employees and the safety of others is of primary importance to Cenergy, employees are prohibited from conducting Cenergy or Cenergy client business on a cellular telephone (personal or Cenergy-owned/leased) while driving a vehicle unless the employee is using a hands-free device. If a hands-free device is not available, the employee must pull off the roadway and park in a safe location to use a cellular telephone for business purposes. When employees are working on a Cenergy client assignment or at a Cenergy client location, the more stringent of the cellular telephone usage rules, policies, and requirements between Cenergy and the Cenergy client will govern. Additionally, Cenergy prohibits employees from texting and emailing while driving a Motor vehicle – such as forklifts, vehicles, etc., regardless of the circumstances.

Employees should be aware that if their role requires them to drive or rent a car for Cenergy business, an annual motor vehicle report (MVR) will be reviewed. If there are any violations, accidents, or other MVR-related incidents reported, it could result in disciplinary action, up to and including termination.

## Drug and/or Alcohol Use

Cenergy is committed to providing its employees a safe, productive, and healthy workplace. To help accomplish this objective, employees are required to report to work in an appropriate mental and physical condition to perform their jobs in a satisfactory manner. Furthermore, using or being under the influence of drugs and/or alcohol on the job may pose serious safety and health risks. Accordingly, no employee may use, possess, distribute, sell, or be under the influence of illegal drugs or alcohol while conducting business-related activities on or off Cenergy's premises and/or Cenergy clients' job locations and worksites. The legal use of prescribed drugs by employees is permitted while conducting Cenergy business- related activities but only if the legal use of prescribed drugs does not impair an employee's ability to perform the essential functions of the job in an effective and safe manner and does not endanger other individuals in the workplace. A doctor's note may be requested.

Cenergy's specific rules, guidelines, and procedures regarding drug and alcohol use in the workplace are set forth in the Cenergy Controlled Substance and Alcohol Use Policy (all employees have received and signed an acknowledgement form indicating that they have received and reviewed a copy of this Policy). Violations of Cenergy's Controlled Substance and Alcohol Use Policy may lead to disciplinary action up to and including immediate termination and/or required participation in a substance abuse rehabilitation or treatment program. Such violations may also have legal consequences.

Employees should direct all questions about employee drug and alcohol use in the workplace (without fear of reprisal, and all relevant information shared will remain confidential pursuant to applicable law) to the Cenergy Health, Safety, Security, & Environmental Department via email at hssegroup@cenergyintl.com and/or via phone at 866-228-0286.

## Drug and/or Alcohol Testing

General Testing:

To help ensure a safe and healthy working environment in compliance with applicable law, employees may be asked to provide body substance samples (such as urine, hair, blood, breath, and/or saliva) to determine the illicit, illegal, and/or unauthorized use of drugs and/or alcohol. Employees with drug and/or alcohol challenge that have not resulted in (and are not the immediate subject of) disciplinary action may request approval to take unpaid time off to participate in a rehabilitation or treatment program. However, an employee is not permitted to self-identify a drug and/or alcohol problem in order to avoid testing under the requirements of Cenergy's Controlled Substance and Alcohol Use Policy, and an employee must make such an admission of a drug and/or alcohol problem to their Cenergy supervisor or the Cenergy Human Resources Department before reporting to work for Cenergy on the day of testing. All information provided by the employee during admission of a drug and/or alcohol problem will remain confidential.

Cenergy employees are subject to the following drug and/or alcohol tests:

- pre-employment/post offer.
- random.
- post incident.
- reasonable suspicion/probable cause.
- return to work.
- follow-up test.

Where permitted by applicable law, random testing will be applicable to all employees except where Cenergy employees work within a Cenergy client's facility or worksite that does not require random testing. A method of random selection will be administered by a third-party independent testing service to ensure that employees are selected by chance. All employees will be in the specific random selection pool each and every time a drawing is made, and no applicable employee will be excluded merely because they have previously been randomly selected and tested. Random testing will be conducted at an annual rate of at least twenty five percent (25%), however, Cenergy reserves the right to alter the random testing rate at its sole discretion.

United States Department of Transportation (USDOT) Testing:

When employees are working for Cenergy or a Cenergy client and their job scope places them under the requirements and regulation of USDOT, employees are subject to drug and alcohol testing in accordance with Title 49 CFR Part 40 (Procedures for Transportation Workplace Drug and Alcohol Testing Programs). Title 49 CFR Part 40 procedures include but are not limited to use of a specimen collection site with trained personnel, split specimen collection, use of a laboratory certified by the United States Department of Health and Human Services, and use of a medical review officer to investigate laboratory positive results. Additionally, Cenergy will utilize 49 CFR Part 40 during the onboarding process when the job scopes of the open positions fall under the requirements and regulation of USDOT.

## Employee Admission of Drug and/or Alcohol Problem

Employees who admit to a drug and/or alcohol problem are subject to the referral, evaluation (by a substance abuse professional), and treatment requirements of Cenergy (including additional drug and/or alcohol testing). An employee must make an admission of a drug and/or alcohol problem prior to reporting for work, and the employee will not be permitted to return to work until Cenergy is satisfied that the employee has been evaluated and has successfully completed education and/or treatment requirements as directed by a substance abuse professional. Prior to the employee returning to work, the employee shall undergo a 'return-to-duty' drug and alcohol test with a verified negative test result. Employees are not permitted to self-identify (to a drug and/or alcohol problem) in order to avoid testing by Cenergy. Violations of Cenergy's requirements as to illegal or improper drug and/or alcohol use in the workplace may result in disciplinary action up to and including termination, even for a first offense.

## Safety

The health, safety, and security of Cenergy's employees are vital to the way that Cenergy conducts business. Accordingly, Cenergy is committed to ensuring a workplace that is conducive to health, safety, security, and environmental soundness as well as a workplace that is free of recognized hazards. Employees are always expected to comply with all applicable Cenergy health, safety, security, and environmental rules, policies, and procedures as well as any local, state, and/or federal laws, rules, and regulations affecting an employee's work and/or worksite. Cenergy's health, safety, security, and environmental rules, policies, and procedures are located in the Cenergy Health, Safety, Security, and Environmental Policies and Procedures Manual (that was reviewed with employees during new employee orientation). Employees should contact the Cenergy Health, Safety, Security, and Environmental Department at hssegroup@cenergyintl.com and/or via phone at 866-228-0286 for a copy of the latest edition of the Cenergy Manual (the electronic copy of the Cenergy Manual is the only official/controlled copy, and all printed copies of the Cenergy Manual are for reference purposes only).

Additionally, employees working on a Cenergy client premise or worksite are expected to be familiar with and to all times comply with Cenergy client's rules, policies, regulations, and procedures regarding health, safety, security, and environmental matters and programs. The more stringent of the Cenergy Health, Safety, Security, and Environmental Policies and Procedures Manual and the applicable Cenergy client's health, safety, security, and environmental rules, policies, regulations, procedures, and/or programs will apply. If there is any doubt as to whether the Cenergy Manual or the Cenergy client's rules, policies, regulations, procedures, and/or programs control, employees should immediately contact the Cenergy Health, Safety, Security, and Environmental Department via email at hssegroup@cenergyintl.com and/or via phone at 866-228-0286 for clarification.

Each employee is expected to take ownership in maintaining a safe workspace. This is achieved by being aware of immediate surroundings and maintaining a neat and orderly workspace to help prevent slips, trips, and falls. Employees should be aware of emergency exits and procedures, and employees should continually maintain good and healthy hygiene by washing hands frequently and not consuming or ingesting anything that is not clean or safe. Employees should also follow best practices to help ensure a safe and secure work and/or office area. Some best practices include:

- store and place files and other papers in an approved filing cabinet.
- do not overload file cabinets and other storage containers.
- close file drawers after use.
- cover sensitive information when in the open on a desk, such as social security numbers.
- use only Cenergy or Cenergy client approved electrical devices.
- use good posture and ergonomics.

Furthermore, employees must report all near misses and incidents to their immediate Cenergy supervisor and either the HSSE Department or HR Department immediately. Reporting near misses and incidents is a condition of continued employment.

Employees should direct all questions about safety (as well as health, security, and environmental) to the Cenergy Health, Safety, Security and Environment Department via email at hssegroup@cenergyintl.com and/or via phone at 866-228-0286.

**Always Remember the Cenergy Safety Slogan: "Cenergy Achieving Safety Together!"**

## Security Inspections

Cenergy strives to maintain a work environment that is free of drugs, alcohol, firearms, explosives, and/or other improper materials. To this end, Cenergy prohibits the possession, transfer, sale, or use of such materials on its premises or Cenergy client premises and/or worksites. Cenergy requires the cooperation of all employees in maintaining this objective. Desks, lockers, and other storage devices may be provided for the convenience of employees but remain the sole property of Cenergy. Accordingly, Cenergy desks, lockers, and other storage devices, as well as any articles found within, can be inspected by a representative of Cenergy at any time with or without prior notice. Employees should have no expectation of privacy in a desk, locker, or other storage device, and Cenergy assumes no responsibility for the loss of or damage to an employee's property maintained by the employee on Cenergy's premises or Cenergy's clients' premises and/or worksites.

Additionally, Cenergy is committed to discouraging theft or unauthorized possession of the property of employees, visitors, Cenergy's clients, and Cenergy. To help facilitate this corporate objective, Cenergy and its representative may inspect not only desks, lockers, and other storage devices but also individuals entering and/or leaving a Cenergy premises as well as any packages or other personal belongings. Any employee wishing to avoid inspection of any articles, materials, and/or other items should simply not bring such articles, materials, and/or items onto Cenergy's premises.

Employees should direct all questions about security inspections to the Cenergy Health, Safety, Security and Environment Department via email at hssegroup@cenergyintl.com and/or via phone at 866-228-0286.

## Workplace Violence Prevention

Cenergy is committed to providing a safe, violence-free workplace for our employees. Due to this commitment, the company discourages employees from engaging in any physical confrontation with a violent or potentially violent individual or from behaving in a threatening or violent manner. Threats, threatening language, or any other acts of aggression or violence made toward or by any employee will not be tolerated. A threat may include any verbal or physical harassment or abuse; attempts to intimidate others; menacing gestures; stalking; or any other hostile, aggressive, and/or destructive actions taken for the purposes of intimidation. This policy covers any violent or potentially violent behavior that occurs in the workplace or at company-sponsored functions.

All Cenergy employees bear the responsibility of keeping their work environment free from violence or potential violence. Any employee who witnesses or is the recipient of violent behavior should promptly inform their supervisor, manager, or HR department. All threats will be promptly investigated. No employee will be subject to retaliation, intimidation, or discipline as a result of reporting a threat in good faith under this guideline.

Any individual engaging in violence against the company, its employees, or its property will be prosecuted to the full extent of the law. All acts will be investigated, and the appropriate action will be taken. Any such act or threatening behavior may result in disciplinary action up to and including termination.

Cenergy always prohibits the possession of weapons on its property and/or its client's property, including our parking lots or company vehicles. Additionally, while on duty, employees may not carry a weapon of any type. Weapons include, but are not limited to, handguns, rifles, automatic weapons, knives that can be used as weapons (excluding pocketknives, utility knives, and other instruments that are used to open packages or cut string and for other miscellaneous tasks), martial arts paraphernalia, stun guns, and tear gas. Any employee violating this policy is subject to discipline up to and including dismissal for the first offense.

[NOTE: CHECK STATE AND LOCAL LAWS FOR ANY ADDITIONAL REQUIREMENTS RELATED TO FIREARMS.]

The company reserves the right to inspect all belongings of employees on its premises, including packages, briefcases, purses and handbags, gym bags, and personal vehicles on company property. In addition, Cenergy may inspect the contents of lockers, storage areas, file cabinets, desks, and workstations at any time and may remove all company property and other items that are in violation of company rules and policies.

## Smoke-Free Workplace

Smoking is not allowed in company buildings or work areas at any time. "Smoking" includes the use of any tobacco products (including chewing tobacco), electronic smoking devices, and e-cigarettes.

Smoking is only permitted during break times in designated outdoor areas. Employees using these areas are expected to dispose of any smoking debris safely and properly. Cenergy smoke and vape free rule applies equally to all employees, clients, suppliers, and visitors.

## Visitors in the Workplace

To help ensure the safety and security of employees at Cenergy and Cenergy client facilities and worksites, only authorized visitors are allowed in the workplace. Restricting unauthorized visitors helps maintain safety standards, protects against theft, secures equipment, protects confidential information, safeguards employee welfare, and avoids potential distractions and disturbances. Accordingly, all visitors must enter the Cenergy premises in the designated reception area. Additionally, authorized visitors must at all times be escorted by a Cenergy employee while on Cenergy property, and employees are specifically responsible at all times for the conduct and safety of their visitors while on Cenergy property. If an

unauthorized visitor or another individual is observed on Cenergy premises, employees should immediately notify their supervisor or the Cenergy Health, Safety, Security, and Environmental Department at 866-228-0286 or 713-965-3409.

# PAY AND BENEFITS

## Tax Withholdings

Cenergy complies with all federal, state, and local required deductions for income tax withholding purposes. At the time of hire, all employees are required to complete the federal W-4 form, as well as any required state and/or local tax forms (if applicable). *It is the employee's sole responsibility to notify Cenergy of any specific exemption or other qualifying factors that may prohibit specific tax withholdings*. Only after an employee submits such exemption documentation to Cenergy will Cenergy verify and process the exemption as of the *date received from the employee* and in accordance with all applicable federal, state, and local guidelines.

Employees should direct all questions regarding tax withholdings to the Cenergy Payroll Department via email at payroll@cenergyintl.com and/or via phone at 713-965-6200.

## Getting Paid

Cenergy has established Direct Deposit as the standard method of payment for all employee payroll earnings. An employee who wishes to receive their payroll earnings via some other form of payment rather than standard direct deposit, must complete the Cenergy Direct Deposit Opt-Out Form prior to processing their next scheduled payroll. Additional information regarding the other forms of employee payment can be found in the Cenergy Direct Deposit Opt-Out Form.

Employees should direct all questions regarding employee payment (including a request for a copy of the Cenergy Direct Deposit Opt-Out Form) to the Cenergy Human Resources Department via email at hr@cenergyintl.com and/or via phone at 832-217-3406.

## Rest and Meal Periods

Each workday, full-time nonexempt employees are provided with rest periods consistent with applicable law. Supervisors will advise employees of the applicable rest periods as well as rest period length and schedule. To the extent possible, rest periods will be provided in the middle of regular work periods. Since rest time is considered and paid as time worked, employees must not be absent from their workstations and duties beyond the allotted rest period time.
Additionally, full-time nonexempt employees are provided with at least one (1) meal period each workday. Supervisors will schedule meal periods to accommodate business operating requirements. Employees will be relieved of all active responsibilities and restrictions during meal periods and will not be compensated for that time.

## Overtime for Non-Exempt Employees

When business operating requirements or other corporate needs cannot be met during regular working hours, employees may be scheduled to work overtime hours. When possible, advance notification of these mandatory assignments will be provided. All overtime work must receive the supervisor's prior authorization by e-mail or in writing. Overtime assignments will be distributed as equitably as practical to all employees qualified to perform the required work. Failure to work scheduled overtime or overtime worked without prior authorization from the employee's supervisor may result in disciplinary action up to and including termination.

Overtime compensation is paid to all nonexempt employees in accordance with applicable federal, state, and local wage and hour laws. Overtime pay is based on actual hours worked. Time off on sick leave,

Cenergy International Services, Inc. Employee Handbook General –
Revised 2023

Page | 24

vacation leave, or any leave of absence will not be considered hours worked for purposes of performing overtime calculations.

SAFE HARBOR: U.S. Department of Labor Wage & Hour Division (FLSA Fact Sheet #17G)

If Cenergy (1) has clearly communicated policy prohibiting improper deductions and including a complaint mechanism, (2) reimburses employees for any improper deductions, and (3) makes a good faith compliance commitment in the future, Cenergy will not lose its exemption for any employees unless it willfully violates the policy by continuing the improper deductions after receiving employee complaints.

Employees should direct all questions regarding overtime to the Cenergy Human Resources Department via email at hr@cenergyintl.com and/or via phone at 832-217-3406.

## Employee Inactivation and Rehire

It is the policy of Cenergy to consider the rehiring of former employees who voluntarily left employment or were laid off due to business needs. This policy outlines the rules regarding eligibility for re-employment and bridging of service (service recognition), where appropriate.

**Eligibility for Rehire -** Employees who were part of an involuntary reduction in force, as well as those employees who voluntarily resigned, will be eligible for rehire if they had a satisfactory work record while employed by Cenergy.

**Ineligibility for Rehire -** Former employees who had a less-than-satisfactory work record will not be considered for rehire. This includes employees with a less-than-satisfactory rating on their most recent performance evaluation and/or employees who terminated employment with an unresolved performance improvement plan and left on bad terms.

Employees who were involuntarily terminated by Cenergy or were selected for layoff due to less-than-satisfactory work performance will not be considered for rehire.

## Alternative Work Schedules

In certain work locations, alternative work schedules (AWS) may be in place. Cenergy follows all state-specific employee notification and payment requirements (including overtime and double time) as determined by the applicable AWS. Employees working on an AWS should refer to their Alternative Work Schedule Agreement for specific information regarding payroll guidelines and overtime or double eligibility criteria as defined by their AWS work week and applicable law. Additionally, for employees working in California on an AWS, Cenergy administers an annual voting procedure during the first quarter of each calendar year for all employees actively working in an AWS position.

# Time Off and Leave of Absence

## Vacation Benefits

Cenergy complies with all federal, state, and local laws regarding vacation benefits offered to employees.

Please refer to the Benefits Summary provided by the Human Resources Department for more information.

## Holiday Benefits

Cenergy complies with all federal, state, and local laws regarding paid holiday benefits offered to employees.

Please refer to the Benefits Summary provided by the Human Resources Department for more information.

## Sick Leave Benefits

Cenergy complies with all federal, state, and local laws regarding sick leave benefits offered to employees.

Please refer to the Benefits Summary provided by the Human Resources Department for more information.

## Floating Holiday Benefits

Cenergy complies with all federal, state, and local laws regarding sick leave benefits offered to employees.

Please refer to the Benefits Summary provided by the Human Resources Department for more information.

## Bereavement Leave

Cenergy complies with all federal, state, and local laws regarding bereavement leave benefits offered to employees.

Please refer to the Benefits Summary provided by the Human Resources Department for more information.

## Jury Duty

Cenergy encourages employees to fulfill their civic duties related to jury duty. Cenergy complies with all federal, state, and local laws regarding time off and any subsequent pay (if applicable) to report to jury duty and/or serve on a jury.

## Election Days

Cenergy complies with all laws regarding time off to vote in all federal, state, and local elections.

## Unemployment Benefits

Cenergy complies with all applicable federal and state laws, regulations, and guidelines as to unemployment. Employees should note that Cenergy does not determine unemployment benefits eligibility.

## Affordable Care Act Benefits

Cenergy offers Affordable Care Act (ACA) compliant healthcare benefits to all *eligible* full-time employees working at least thirty (30) hours per week. Additional information about ACA benefits can be found in the Cenergy Benefit Guide.

## Health Insurance Continuation Benefits

The United States Consolidated Omnibus Budget Reconciliation Act (COBRA) provides employees and their qualified beneficiaries the opportunity to continue health insurance coverage under Cenergy's health plan when a "qualifying event" would normally result in the loss of eligibility. Some common qualifying events include resignation of employment, termination of employment, death of an employee, a reduction in an employee's hours or a leave of absence, an employee's divorce or legal separation, an employee's entitlement to Medicare, and an employee's dependent child no longer meeting eligibility requirements. Under COBRA, the employee or dependent pays the full cost of coverage at Cenergy's group rates plus an administration fee. Cenergy provides each eligible subscriber with a written notice describing the employee's rights and obligations under COBRA when the employee (or a dependent) becomes eligible for coverage under Cenergy's health insurance plan.

Employees should direct all questions regarding COBRA benefits to the Cenergy Human Resources Department via email at hr@cenergyintl.com and /or via phone at 832-217-3406.

## All Leaves of Absence

Cenergy attempts to accommodate the requests for leaves of absence of all eligible employees. Employees requesting a leave of absence are responsible for following the applicable leave of absence general guidelines:

- all leave of absence requests must be submitted to the Cenergy Human Resources Department in writing prior to the need for leave of absence;
- the granting of certain types of leaves of absence is governed by operational business needs, and requests for such leaves of absence may be solely denied by Cenergy on such grounds;
- unless a leave is required by law, Cenergy's decision to grant or deny a leave of absence request is final and binding;
- even when employees are granted leaves of absence, the need for Cenergy's services to its clients continues, and an employee's position may be filled if the absence exceeds the approved leave of absence period (employees should be in contact with their supervisor and Cenergy Human Resources Department before any authorized leave of absence expires);
- employees may be required to successfully obtain a release from a physician and successfully complete a drug and alcohol test, a background check, and any applicable training prior to returning to work from any leave of absence.

Employees should direct all questions regarding leaves of absence to the Cenergy Human Resources Department via email at hr@cenergyintl.com and/or via phone at 832-217-3406.

## Family and Medical Leave (FMLA)

Cenergy provides medical leave of absence without pay to eligible employees who are temporarily unable to work due to a serious health condition or disability (please see the Employee Rights Under the Family and Medical Leave Act Overview at the end of this Handbook for more details). If an employee has a need for a family or medical leave of absence, the employee must contact the Cenergy Human Resources Department as soon as the need for leave is first known. Employees in California should note that California Family Rights Act leave of absence (or any other applicable state leave of absence) will run concurrent with the FMLA leave.

Benefits Premium Payment (Employee Responsibility). It is the employee's responsibility to provide timely payment of their portion of all applicable medical benefit coverage premiums while on unpaid leave. Employees must provide payment to Cenergy in the form of a check or money order for the upcoming month's medical, dental, and/or vision insurance premiums. If an employee does not remit timely payment to Cenergy for their portion of medical, dental, and/or vision insurance premiums, written notice will be sent to the employee's current address on file via certified mail. Failure to remit any missed premium payments within thirty (30) days following receipt of Cenergy's written notice will result in the termination of the employee's current medical, dental, and/or vision benefits coverage. Payroll deductions by an employee upon return of leave of absence for re-payment of premiums owed ("make-up" payroll deductions) are not permitted.

Employee eligibility. The FMLA defines eligible employees as employees who (1) have worked for the company for at least 12 months; (2) have worked for the company for at least 1,250 hours in the previous 12 months; and (3) work at or report to a worksite that has 50 or more employees or is within 75 miles of company worksites that, taken together, have a total of 50 or more employees.

## Military Leave

A military leave of absence will be granted to employees who are absent from work because of service in

the United States uniformed services in accordance with the Uniformed Services Employment and Reemployment Rights Act of 1994. Advance notice of military service is required from the employee unless military related necessity prevents such notice, or such notice is otherwise impossible or unreasonable.

# Employee Benefits

Cenergy recognizes the value of benefits to employees and their families. The company supports employees by offering a comprehensive and competitive benefits program. For more information regarding benefit programs, please refer to the company benefit summary, which is provided by the HR department.

## Medical, Dental and Vision Insurance

Full-time employees working 30 hours or more per week are eligible for insurance on the first of the month following 30 days of service. To keep coverage in force, every insured employee must work a minimum of 30 hours per week. To maintain active benefits, employees who are on leave must submit payment to the HR department via money order. Instructions regarding repayment will be detailed on the benefit repayment form provided by the HR department.

Please refer to the Benefits Summary provided by the Human Resources Department for more information.

## Group Life Insurance

Cenergy provides life insurance for full-time employees who work a minimum of 30 hours per week. Employees are eligible for this benefit on the first of the month following 30 days of service. The life benefit is equal to two-times an employee's annualized base rate up to 300,000. The cost of this coverage is paid for in full by the company.

## Short-Term Disability

Short-term disability is offered to full-time employees working a minimum of 30 hours per week. Employees are eligible for this benefit on the first of the month following 30 days of service. Short-term disability is meant to bridge the 90-day period until long-term disability can cover an employee. If an employee becomes disabled and cannot work for a short period of time, this coverage pays 60 percent of the employee's salary, up to the policy limits. This is a voluntary benefit and is funded solely by the employee. In addition, employees will not be paid vacation or sick leave for approved absences covered by the company's program, except to supplement the short-term disability benefits. Short-term disability benefits may run concurrently with FMLA leave and/or any other leave where permitted by state and federal law. Some states have a mandatory disability program whereby you may be charged a premium in the form of a payroll tax. You may elect to purchase the company disability benefits as a supplement to the state program.

## Long-Term Disability

Long-term disability benefits are offered to full-time employees working a minimum of 30 hours per week. If an employee becomes totally disabled and cannot work for an extended period of time, this coverage pays 60 percent of the employee's salary, up to the policy limits. This is a company paid benefit and is funded solely by Cenergy. Long-term disability benefits will run concurrently with FMLA leave and/or any other leave where permitted by state and federal law.

## 401(k) Plan

Cenergy recognizes the importance of saving for retirement and offers eligible employees a 401(k) plan. Eligibility, vesting, and all other matters relating to these plans are explained in the Benefit Summary that can be obtained from HR.

## Workers' Compensation

Workers' compensation is a "no-fault" system that provides compensation for medical expenses and wage losses to employees who are injured or who become ill because of employment.

Cenergy pays the entire cost of workers' compensation insurance. The insurance provides coverage for related medical and rehabilitation expenses and a portion of lost wages to employees who sustain an injury on the job.

The company abides by all applicable state workers' compensation laws and regulations. If an employee sustains a job-related injury or illness, it is important to notify the Cenergy supervisor and the Cenergy HSSE department immediately. The supervisor will complete an injury report with input from the employee and return the form to the HSSE department. HSSE will file the claim with the insurance company. In cases of true medical emergencies, report to the nearest emergency room or dial 911.

Workers' compensation benefits (paid or unpaid) will run concurrently with FMLA leave, if applicable, where permitted by state and federal law. In addition, employees will not be paid vacation or sick leave for approved absences covered by the company's workers' compensation program, except to supplement the workers' compensation benefits such as when the plan only covers a portion of the employees' salary as allowed by state law.

## Employee Assistance Program

The employee assistance program (EAP) is a resource designed to provide highly confidential and experienced help for employees in dealing with issues that affect their lives and the quality of their job performance. Cenergy wants employees to be able to maintain a healthy balance of work and family that allows them to enjoy life. The EAP is a confidential counseling and referral service that can help employees successfully deal with life's challenges. This free, comprehensive counseling service offers employees four visits per issue each year and a 24-hour hotline answered by professional, degreed counselors.

The company encourages employees to use this valuable service whenever they have such a need. Employees who choose to use these counseling services are assured the information disclosed in their sessions is confidential and not available to the company, and the company is not given any information on who chooses to use the services. For questions or additional information about this program, employees may contact the HR department.

# PERFORMANCE EXPECTATIONS

## Attendance and Punctuality

To maintain a safe and productive work environment, Cenergy expects employees to be reliable and to be punctual in reporting for scheduled work. Absenteeism and tardiness can cause scheduling problems, may adversely affect Cenergy's ability to serve clients, and places undue burdens on other employees. Accordingly, attendance and punctuality are important aspects of an employee's overall job performance, and excessive employee absenteeism and tardiness cannot and will not be tolerated. If an employee is late on multiple occasions, this will result in disciplinary action up to and including termination.

Occasionally, it is necessary to be absent from or late for work due to illness or circumstances beyond the employee's control. An absence is defined as the failure of an employee to report for work when the employee is scheduled to work An absence is only considered "excused" when (1) an employee provides sufficient notice to their supervisor or manager, (2) an absence request (and any conflicts in scheduling) is approved by the employee's supervisor or manager, and (3) proper documentation supports the absence if required by Cenergy (such as a physician's note, a jury duty notice, or an obituary notice)[1]. An absence will be considered "unexcused" when one of the above three (3) conditions is not met, and employees will not be paid for unexcused absences. Furthermore, Cenergy uses a calendar year when determining if an employee has an excessive number of unexcused absences and/or late starts. The first occurrence an employee is tardy or absent (without proper notification or prior approval) will be a verbal warning. The second occurrence will result in an immediate write-up and the third occurrence will result in final counseling, up to and including termination.

When an employee must take an unscheduled absence from work or will be late to work because of an emergency or unforeseen event, the employee must notify their supervisor or manager within one (1) hour of the employee's starting time. If an employee is unable to notify their supervisor or manager, the employee must have an immediate family member do so. Additionally, an employee must notify their supervisor or manager prior to leaving a Cenergy or Cenergy client facility or worksite early for any reason.

An employee's failure to report to work and failure to call their supervisor or manager to report their absence or a late start is considered a "no call/no show" and is a serious matter. The first instance of a no call/no show may result in a final written warning and a second separate no call/no show may result in termination (with no additional disciplinary steps). Any employee who fails to report to work without notification to their supervisor or manager for a period of three (3) or more days will be considered to have voluntarily terminated their employment relationship with Cenergy.

Employees who have three (3) consecutive days of excused absences because of illness or injury must provide Cenergy with proof of a physician's care and a physician's release to return to work if requested by the employee's supervisor, manager, or Cenergy. If an illness or injury prevents an employee from performing their regularly scheduled duties, a physician's statement must be provided verifying (a) the nature of the illness or injury, (b) if and when the employee will be able to return to work (if applicable), and (c) whether the employee is capable of performing their regularly scheduled duties, and if not, what are the duties the employee is capable of performing. Without an acceptable physician's statement, the employee may be subject to immediate termination.

Failure to comply with the above will result in disciplinary action up to and including termination.

---

[1] Furthermore, to be considered an excused absence an employee must give seven (7) days prior notice to their supervisor for a scheduled absence of eight (8) or more hours, and two (2) workdays prior notice to their supervisor for a scheduled absence of less than eight (8) hours.

## Timekeeping

Accurately recording time worked is the responsibility of every employee. Federal, state, and local laws require Cenergy to keep an accurate record of time worked in order to calculate employee pay and benefits. Time worked is all the time actually spent on the job performing assigned duties.

It is each employee's responsibility to sign and/or submit their time records to certify the accuracy of all time recorded. The employee's supervisor or manager will review and approve the time record before submission for payroll processing. Altering, falsifying, or tampering with time records, or recording time on another employee's time record, is strictly prohibited and may result in disciplinary action up to and including termination. Likewise, an employee's failure to report time and personal, vacation, sick, bereavement, or any other type of authorized leave may result in disciplinary action against the employee up to and including termination.

Non-exempt employees should accurately record the time they begin and end their work as well as the beginning and ending time of each meal period. Non-exempt employees should also record the beginning and ending time of any split shift or departure from work for personal reasons. Overtime work must always be approved in writing or by e-mail before it is performed.

Failure to submit timesheets by the due date will result in your paycheck being sent via mail.

## Administrative Pay Corrections

Cenergy takes all reasonable steps to ensure that employees receive the correct amount of pay in each paycheck and that employees are paid promptly on the scheduled payday. In the unlikely event that there is an error in the amount of pay, the employee should promptly bring the discrepancy to the attention of their immediate supervisor or manager so that the Cenergy Payroll Department can make the necessary corrections as soon as possible.

# End of Handbook

# EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

This Employee Handbook ("Handbook") describes important information about Cenergy International Services, Inc. ("Cenergy") and my employment with Cenergy. I acknowledge and understand that I should consult the Cenergy Human Resources Department regarding any questions not answered in the Handbook, and that the Cenergy Human Resources Department can be contacted via email at hr@cenergyintl.com or via phone at 832-217-3406.

Furthermore, I acknowledge that I have entered into my employment relationship with Cenergy voluntarily and that there is no specified length of employment. Accordingly, I acknowledge that Cenergy or I can terminate the employment relationship (which is "at-will"), with or without cause, at any time, so long as there is no violation of applicable federal, state, or local law, and that the Handbook is not a contract of employment.

I also acknowledge and understand that the policies, practices, and procedures in the Handbook are subject to change without prior notice, and any decision by Cenergy regarding the interpretation or application of the policies, practices, and procedures will be final and binding on all concerned employees including myself. Since the information, policies, practices, procedures, and benefits set forth in the Handbook are necessarily subject to change, I further acknowledge that revisions and/or additions to the Handbook may occur, except Cenergy's policy of "at will" employment, and I accept and agree to all such revisions and/or additions. I also acknowledge and understand that revised information may supersede, modify, or eliminate existing Cenergy corporate policies, practices, and procedures.

Lastly, I acknowledge that I have received and read the Handbook, and I understand and agree that it is my personal responsibility to comply with all contained policies, practices, and procedures as well as any subsequent revisions thereto.

EMPLOYEE'S NAME (printed): _____

EMPLOYEE'S SIGNATURE: _____

DATE: _____

# EMPLOYEE RIGHTS
# UNDER THE FAMILY AND MEDICAL LEAVE ACT

## THE UNITED STATES DEPARTMENT OF LABOR WAGE AND HOUR DIVISION

**LEAVE ENTITLEMENTS**

Eligible employees who work for a covered employer can take up to 12 weeks of unpaid, job-protected leave in a 12-month period for the following reasons:

- The birth of a child or placement of a child for adoption or foster care;
- To bond with a child (leave must be taken within 1 year of the child's birth or placement);
- To care for the employee's spouse, child, or parent who has a qualifying serious health condition;
- For the employee's own qualifying serious health condition that makes the employee unable to perform the employee's job;
- For qualifying exigencies related to the foreign deployment of a military member who is the employee's spouse, child, or parent.

An eligible employee who is a covered servicemember's spouse, child, parent, or next of kin may also take up to 26 weeks of FMLA leave in a single 12-month period to care for the servicemember with a serious injury or illness.

An employee does not need to use leave in one block. When it is medically necessary or otherwise permitted, employees may take leave intermittently or on a reduced schedule.

Employees may choose, or an employer may require, use of accrued paid leave while taking FMLA leave. If an employee substitutes accrued paid leave for FMLA leave, the employee must comply with the employer's normal paid leave policies.

**BENEFITS & PROTECTIONS**

While employees are on FMLA leave, employers must continue health insurance coverage as if the employees were not on leave.

Upon return from FMLA leave, most employees must be restored to the same job or one nearly identical to it with equivalent pay, benefits, and other employment terms and conditions.

An employer may not interfere with an individual's FMLA rights or retaliate against someone for using or trying to use FMLA leave, opposing any practice made unlawful by the FMLA, or being involved in any proceeding under or related to the FMLA.

**ELIGIBILITY REQUIREMENTS**

An employee who works for a covered employer must meet three criteria in order to be eligible for FMLA leave. The employee must:

- Have worked for the employer for at least 12 months;
- Have at least 1,250 hours of service in the 12 months before taking leave;* and
- Work at a location where the employer has at least 50 employees within 75 miles of the employee's worksite.

*Special "hours of service" requirements apply to airline flight crew employees.

**REQUESTING LEAVE**

Generally, employees must give 30-days' advance notice of the need for FMLA leave. If it is not possible to give 30-days' notice, an employee must notify the employer as soon as possible and, generally, follow the employer's usual procedures.

Employees do not have to share a medical diagnosis, but must provide enough information to the employer so it can determine if the leave qualifies for FMLA protection. Sufficient information could include informing an employer that the employee is or will be unable to perform his or her job functions, that a family member cannot perform daily activities, or that hospitalization or continuing medical treatment is necessary. Employees must inform the employer if the need for leave is for a reason for which FMLA leave was previously taken or certified.

Employers can require a certification or periodic recertification supporting the need for leave. If the employer determines that the certification is incomplete, it must provide a written notice indicating what additional information is required.

**EMPLOYER RESPONSIBILITIES**

Once an employer becomes aware that an employee's need for leave is for a reason that may qualify under the FMLA, the employer must notify the employee if he or she is eligible for FMLA leave and, if eligible, must also provide a notice of rights and responsibilities under the FMLA. If the employee is not eligible, the employer must provide a reason for ineligibility.

Employers must notify its employees if leave will be designated as FMLA leave, and if so, how much leave will be designated as FMLA leave.

**ENFORCEMENT**

Employees may file a complaint with the U.S. Department of Labor, Wage and Hour Division, or may bring a private lawsuit against an employer.

The FMLA does not affect any federal or state law prohibiting discrimination or supersede any state or local law or collective bargaining agreement that provides greater family or medical leave rights.



For additional information or to file a complaint:

# 1-866-4-USWAGE

(1-866-487-9243)    TTY: 1-877-889-5627

# www.dol.gov/whd

U.S. Department of Labor | Wage and Hour Division



Cenergy International Services, Inc. Employee Handbook General – Revised 2023

Page | 33