# EXHIBIT O

# EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

The Employee Handbook ("Handbook") describes important information about Cenergy International Services. LLC ("The Company") and I understand that I should consult the Human Resources Department regarding any questions not answered in the Handbook. The Human Resources Department may be contacted via email at hr@cenergyintl.com or via phone at (832) 217-3406.

I have entered into my employment relationship with The Company voluntarily and acknowledge that there is no specified length of employment. Accordingly, The Company or I can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the Handbook may occur, except to The Company's policy of employment-at-will. I also understand that revised information may supersede, modify, or eliminate existing policies.

Furthermore, I acknowledge that this Handbook is neither a contract of employment nor a legal document. I have received the Handbook, and I understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it.

The policies, practices, and procedures in this Handbook are subject to change without prior notice. Any decision by the Company regarding the interpretation or application of policies and procedures will be final and binding on all employees concerned.

EMPLOYEE'S NAME (printed): **Jakira Poindexter**

EMPLOYEE'S SIGNATURE: Jakira Poindexter (Jan 31, 2022 18:16 CST)

DATE: **Jan 31, 2022**