# EXHIBIT P



# EMPLOYEE ACKNOWLEDGEMENT FORM

The employee handbook describes important information about Cenergy, and I understand that I should consult the Human Resources Department regarding any questions not answered in the handbook.

I have entered into my employment relationship with Cenergy voluntarily and acknowledge that there is no specified length of employment. Accordingly, either I or Cenergy can terminate the relationship at will, with or without cause, at any time, so long as there is no violation of applicable federal or state law.

Since the information, policies, and benefits described here are necessarily subject to change, I acknowledge that revisions to the handbook may occur, except to Cenergy's policy of employment-at-will. All such changes will be communicated through official notices, and I understand that revised information may supersede, modify, or eliminate existing policies. Only the chief executive officer of Cenergy has the ability to adopt any revisions to the policies in this handbook.

Furthermore, I acknowledge that this handbook is neither a contract of employment nor a legal document. I have received the handbook, and I understand that it is my responsibility to read and comply with the policies contained in this handbook and any revisions made to it.

The policies, practices, and procedures in this handbook are subject to change without prior notice. Our general practice will be to post any changes on the bulletin board as well as sending a memo by e-mail until such time that they can be incorporated into the manual. The contents are not to be considered as an employment agreement. Any decision by the company regarding the interpretation or application of policies and procedures will be final and binding on all employees concerned.

EMPLOYEE'S NAME (printed): **Jakira Poindexter**

EMPLOYEE'S SIGNATURE: Jakira Poindexter (Jan 31, 2022 18:42 CST)

DATE: 01/31/2022

CIS-QF-104