# EXHIBIT R

# EMPLOYEE HANDBOOK ACKNOWLEDGEMENT FORM

This Employee Handbook ("Handbook") describes important information about Cenergy International Services, Inc. ("Cenergy") and my employment with Cenergy. I acknowledge and understand that I should consult the Cenergy Human Resources Department regarding any questions not answered in the Handbook, and that the Cenergy Human Resources Department can be contacted via email at hr@cenergyintl.com or via phone at 832-217-3406.

Furthermore, I acknowledge that I have entered into my employment relationship with Cenergy voluntarily and that there is no specified length of employment. Accordingly, I acknowledge that Cenergy or I can terminate the employment relationship (which is "at-will"), with or without cause, at any time, so long as there is no violation of applicable federal, state, or local law, and that the Handbook is not a contract of employment.

I also acknowledge and understand that the policies, practices, and procedures in the Handbook are subject to change without prior notice, and any decision by Cenergy regarding the interpretation or application of the policies, practices, and procedures will be final and binding on all concerned employees including myself. Since the information, policies, practices, procedures, and benefits set forth in the Handbook are necessarily subject to change, I further acknowledge that revisions and/or additions to the Handbook may occur, except Cenergy's policy of "at will" employment, and I accept and agree to all such revisions and/or additions. I also acknowledge and understand that revised information may supersede, modify, or eliminate existing Cenergy corporate policies, practices, and procedures.

Lastly, I acknowledge that I have received and read the Handbook, and I understand and agree that it is my personal responsibility to comply with all contained policies, practices, and procedures as well as any subsequent revisions thereto.

Allysa Fitch

EMPLOYEE'S NAME (printed): _____

EMPLOYEE'S SIGNATURE: _____

DATE: 09 / 18 / 2023 _____