**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALLYSA FITCH, JAKIRA POINDEXTER, TASHIBA HARRIS, TYSHAUN MOULTRIE, RYAN DICKERSON, and ADE ANIMASHAUN, individually and on behalf of those similarly situated,**<br><br>*Plaintiffs*,<br><br>**v.**<br><br>**CENERGY INTERNATIONAL SERVICES, INC.,**<br><br>*Defendant.* | **CIVIL ACTION**<br>**NO. 2:25-cv-02318 -DJP-JVM**<br><br>**JUDGE DARREL J. PAPILLION**<br>**SECTION "P"**<br><br>**MAGISTRATE JUDGE JANIS VAN MEERVELD**<br>**DIVISION 1** |

<u>**NOTICE OF SUBMISSION**</u>

PLEASE TAKE NOTICE that Defendant Cenergy International Services, Inc.'s Renewed Motion to Compel Arbitration and Motion to Stay Proceedings is hereby set for submission before the Honorable Judge Darrell J. Papillion, United States District Court for the Eastern District of Louisiana, on September 2, 2026, at 10 a.m.

Respectfully submitted,

Andrew J. Brien
La. Bar No. 37051
andrew.brien@mhllp.com
Robert Paul Debelak III*
Texas Bar No. 24078410
bobby.debelak@mhllp.com
William X. King*
Texas Bar No. 24072496
william.king@mhllp.com

1

1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
***Counsel for Defendant Cenergy International Services, Inc.***

***\* Pro Hac Vice***

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document has been served on counsel of record in accordance with the Federal Rules of Civil Procedure via email and/or filing through the Court's ECF System on July 24, 2026.

Caroline Gabriel
William Most
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel.: 985-441-9355
caroline.gabriel.ma@gmail.com
williammost@gmail.com

Kenneth C. Bordes
Abigail Floresca
Law Office of Kenneth C. Bordes
3914 Canal St.
New Orleans, Louisiana 70119
Tel.: 504-588-2700
Fax: 504-708-1717
kcb@kennethbordes.com
abigail@kennethbordes.com

**ATTORNEYS FOR PLAINTIFFS**

_____
Robert Paul Debelak III

3