**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALLYSA FITCH, et al.** | **NO. 2:25-cv-02318 -DJP-JVM** |
| **VERSUS** | **JUDGE DARREL J. PAPILLION** |
| **CENERGY INTERNATIONAL SERVICES, INC.** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

### Consent Motion to Extend Deadlines

Plaintiffs file this motion to request an extension of the remaining deadlines ordered by the Court related to Defendant's Motion to Compel Arbitration. R. Doc. 31.

On July 2, 2026, this Court held a status conference at the request of Plaintiff. The Court issued a scheduling order following that conference related to Defendant's proposed Motion to Compel Arbitration. R. Doc. 31. Specifically, the Court ordered Defendant to file its motion by July 24, 2026. R. Doc. 31. The Court set Plaintiff's deadline to file its opposition for August 19, 2026 and Defendant's reply deadline for August 28, 2026. Defendant filed its Motion to Compel on July 24, 2026. R. Doc. 32.

Due to conflicts with other matters, Plaintiff now requests an extension of the remaining deadlines ordered in R. Doc. 31, including Defendant's deadline to reply. Specifically, Plaintiff requests that Plaintiff's deadline to oppose be set for August 26, 2026, and that Defendant's deadline to reply be set for September 7, 2026. The parties have expressly agreed to these deadlines. Plaintiffs respectfully request that the Court grant this request.

Respectfully Submitted:


*/s/Caroline Gabriel*
CAROLINE GABRIEL (La. Bar No. 38224)
WILLIAM MOST (La. Bar No. 36914)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: 985-441-9355
E-Mail: carolinegabriel@mostandassociates.com

KENNETH C. BORDES (La. Bar No. 35668)
ABIGAIL FLORESCA (La. Bar No. 41248)
Law Office of Kenneth C. Bordes
3914 Canal St.
New Orleans, Louisiana 70119
Telephone: 504-588-2700
Facsimile: 504-708-1717
E-Mail: kcb@kennethbordes.com


*Counsel for Plaintiffs*