UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ALLYSA FITCH, et al.                          NO. 2:25-cv-02318 -DJP-JVM

VERSUS                                        JUDGE DARREL J. PAPILLION

CENERGY INTERNATIONAL SERVICES, INC.    MAGISTRATE JUDGE JANIS
                                        VAN MEERVELD

## Order on Motion to Extend Deadlines

Considering Plaintiffs' motion to extend the remaining deadlines pursuant to R. Doc. 31 related to Defendant's Motion to Compel Arbitration, it is ordered that the motion is GRANTED.

IT IS FURTHER ORDERED that by 5:00 p.m. (CT) on August 26, 2026, Plaintiffs shall file an Opposition to Defendant's Motion to Compel Arbitration and provide briefing in support of their position, including to the extent possible all issues raised in the Parties' Joint Status Report as well as Defendant's Motion to Compel Arbitration.

IT IS FURTHER ORDERED that by 5:00 p.m. (CT) on September 7, 2026, Defendant shall file a Reply to Plaintiffs' Opposition.

New Orleans, Louisiana, this _____day of _____ 2026

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE

1