**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ALLYSA FITCH, ET AL.                         CIVIL ACTION

VERSUS                                        NO. 25-2318

CENERGY INTERNATIONAL SERVICES,              SECTION: "P" (1)
INC.

## <u>ORDER</u>

Before the Court is Plaintiffs' Consent Motion to Extend Deadlines (R. Doc. 34). Having considered the motions and finding good cause therefor,

**IT ORDERED** that Plaintiffs' Consent Motion to Extend Deadlines is **GRANTED**.

**IT IS FURTHER ORDERED** that by **5:00 p.m. (CT) on August 26, 2026**, Plaintiffs shall file an Opposition to Defendant's Motion to Compel Arbitration (R. Doc. 32) and provide briefing in support of their position, including to the extent possible all issues raised in the Parties' Joint Status Report as well as Defendant's Motion to Compel Arbitration.

**IT IS FURTHER ORDERED** that by **5:00 p.m. (CT) on September 7, 2026**, Defendant shall file a Reply to Plaintiffs' Opposition.

**IT IS FURTHER ORDERED** that the **submission date** for Defendant's Motion to Compel Arbitration (R. Doc. 32) is hereby **RESET** to September 9, 2026.

New Orleans, Louisiana, this 14th day of August 2026.

 

 

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**