**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALLYSA FITCH, JAKIRA POINDEXTER, TASHIBA HARRIS, TYSHAUN MOULTRIE, RYAN DICKERSON, and ADE ANIMASHAUN, individually and on behalf of those similarly situated,** | **CIVIL ACTION**<br>**NO. 2:25-cv-02318 -DJP-JVM** |
| ***Plaintiffs*,** | **JUDGE DARREL J. PAPILLION**<br>**SECTION "P" (1)** |
| **v.** | |
| **CENERGY INTERNATIONAL SERVICES, INC.,** | |
| ***Defendant.*** | |

**CONSENT MOTION TO EXTEND DEADLINE**

Defendant Cenergy International Services, Inc. ("Cenergy") files this motion to request an extension on its deadline to reply to Plaintiffs' Opposition.

1. On July 2, 2026, the Court held a telephone status conference regarding the status of this action as well as the Parties' Joint Status Report (R. Doc. 30). Following the status conference, the Court ordered deadlines for Cenergy's Motion to Compel Arbitration. R. Doc. 31.

2. Cenergy timely filed its MTC on July 24, 2026. R. Doc. 32.

3. On August 13, 2026, due to conflicts with other matters, Plaintiffs filed a Consent Motion to Extend Deadlines, requesting the Court extend the remaining deadlines ordered in R. Doc. 31 to: (1) August 26, 2026 for Plaintiffs to file their opposition, and (2) September 7, 2026 for Cenergy to file its reply. R. Doc. 34.

4. The Court granted Plaintiffs' motion and extended Plaintiffs' deadline to file their opposition until August 26, 2026, and Cenergy's deadline to file its reply until September 7, 2026. R. Doc. 35.

5. Plaintiffs filed their opposition on August 26, 2026. R. Doc. 36.

6. Cenergy's current reply date (September 7, 2026) is Labor Day, a court holiday.

7. Cenergy now requests that its deadline to file its reply instead be extended one day to September 8, 2026.

8. Plaintiffs are unopposed to this one day extension for Cenergy's reply deadline.

9. Cenergy respectfully requests the Court grant this request.

Dated August 28, 2026

Respectfully submitted,

MCDOWELL HEATHERINGTON LLP

Andrew J. Brien (La. Bar No. 37051)
Robert Paul Debelak III ( Tx. Bar No. 24078410) *
William X. King (Tx. Bar No. 24072496)*
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
andrew.brien@mhllp.com
bobby.debelak@mhllp.com
william.king@mhllp.com

***Counsel for Defendant Cenergy International Services, Inc.***

*** Pro Hac Vice***