**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALLYSA FITCH, JAKIRA POINDEXTER, TASHIBA HARRIS, TYSHAUN MOULTRIE, RYAN DICKERSON, and ADE ANIMASHAUN, individually and on behalf of those similarly situated,** | **CIVIL ACTION**<br>**NO. 2:25-cv-02318 -DJP-JVM** |
| ***Plaintiffs*,** | **JUDGE DARREL J. PAPILLION**<br>**SECTION "P" (1)** |
| **v.** | |
| **CENERGY INTERNATIONAL SERVICES, INC.,** | |
| ***Defendant.*** | |

**ORDER**

Considering Defendant Cenergy International Services, Inc.'s ("Cenergy") motion to extend its deadline to reply to Plaintiffs' Opposition (R. Doc. 37),

**IT IS ORDERED** that Cenergy's motion to extend its deadline to reply to Plaintiffs' Opposition is **GRANTED**.

**IT IS FURTHER ORDERED** that by **5:00 p.m. (CT) on September 8, 2026**, Cenergy shall file a Reply to Plaintiffs' Opposition.

New Orleans, Louisiana, this ____ day of ___________ 2026.

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**