**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ALLYSA FITCH ET AL.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2318** |
| **CENERGY INTERNATIONAL SERVICES, INC.** | **SECTION: "P" (1)** |

**ORDER**

Before the Court is Defendant Cenergy International Services, Inc.'s Consent Motion to Extend Deadline (R. Doc. 37). Having considered the motions and finding good cause therefor,

**IT ORDERED** that Defendant's Consent Motion to Extend Deadline is **GRANTED**.

**IT IS FURTHER ORDERED** that by **5:00 p.m. (CT) on September 8, 2026**, Defendant shall file a Reply to Plaintiffs' Opposition.

New Orleans, Louisiana, this 31st day of August 2026.

Darrel James Papillion

**DARREL JAMES PAPILLION**
**UNITED STATES DISTRICT JUDGE**